<mark>Fill in this information to identify the case:</mark>

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — Munchery, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   — dba Munchery

3. **Debtor's federal Employer Identification Number (EIN)** — 45-2777314

4. **Debtor's address**

   **Principal place of business**
   220  Shaw Road
   Number   Street

   South San Francisco   CA   94080
   City   State   ZIP Code

   San Francisco
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)** — https://www.munchery.com/

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

<mark>Case: 19-30232   Doc# 1   Filed: 02/28/19   Entered: 02/28/19 13:57:54   Page 1 of 7</mark>

Debtor  Munchery, Inc.                                              Case number (if known)_____
        Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7 2 2 3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
           District _____  When _____  Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                         MM / DD / YYYY
            Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor  Munchery, Inc.  
　　　　Name

Case number (if known) _____

## 11. Why is the case filed in *this district*?

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number　　Street

_____

_____  _____  _____
City　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

　　Contact name _____

　　Phone _____

---

### Statistical and administrative information

## 13. Debtor's estimation of available funds

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

## 14. Estimated number of creditors

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☒ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

## 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Debtor | Munchery, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/28/2019
MM / DD / YYYY

X _____  JAMES BERIKER
Signature of authorized representative of debtor    Printed name

Title PRESIDENT & CEO

**18. Signature of attorney**

X /s/ Stephen D. Finestone    Date 2/28/2019
Signature of attorney for debtor    MM / DD / YYYY

Stephen D. Finestone
Printed name
Finestone Hayes LLP
Firm name
456  Montgomery St., 20th Floor
Number  Street
San Francisco    CA    94104
City    State    ZIP Code

(415) 421-2624    sfinestone@fhlawllp.com
Contact phone    Email address

125675    CA
Bar number    State

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## MUNCHERY INC.
## (a Delaware corporation)

Pursuant to Section 141(f) of the Delaware General Company Law (the "**DGCL**"), as amended, and the Bylaws of Munchery Inc., a Delaware corporation (the "**Corporation**"), the undersigned, being all of the members of the Board of Directors of the Corporation (the "**Board**"), hereby adopt and approve the following recitals and resolutions by unanimous written consent without a meeting effective as of the date on which the Corporation receives the last director signature hereto:

**Approval of Bankruptcy Filing**

    **WHEREAS**, the Board decided in a meeting on January 20, 2019 that it would immediately cease business operations due to the lack of financing;

    **WHEREAS**, on January 21, 2019 the Corporation ceased business operations and all employees of the Corporation were terminated, including James Beriker ("Beriker"), the President & CEO;

    **WHEREAS**, the Corporation is currently insolvent, with its liabilities exceeding its current assets;

    **WHERAS,** the Board has determined that it is in the best interests of the Corporation and its creditors to file for protection under the U.S. Bankruptcy laws;

    **WHEREAS**, the Board has determined that it is in the best interests of the Corporation to re-hire Beriker as the Corporation's President & Chief Executive Officer and appoint Beriker as the Corporation's Chief Restructuring Officer;

    **NOW, THEREFORE, BE IT RESOLVED**, that the Corporation is authorized to file bankruptcy as soon as possible for purposes of protecting its assets and seeking to maximize the return to creditors;

    **RESOLVED, FURTHER**, that the Board hereby approves the re-hiring of James Beriker as the President and Chief Executive Officer of the Corporation and Beriker's appointment as the Corporation's Chief Restructuring Officer and approves the terms and conditions of such employment contained in the 2019 Offer Letter authorizes Beriker to take all actions necessary to protect and sell the Corporation's assets and file and complete the bankruptcy process;

    **RESOLVED, FURTHER**, that the Board hereby approves the engagement of the law firm of **Finestone Hayes LLP** as Bankruptcy counsel to the corporation and authorizes **Finestone Hayes LLP** to take all actions necessary to file and complete the bankruptcy process;

    **RESOLVED, FURTHER,** that the Board approves the retention of **Armanino LLP** to provide accounting and related services to the Corporation during the bankruptcy proceeding;

**Ratification**

> **RESOLVED**, that the undersigned Board members of the Corporation hereby ratify, confirm, approve and adopt all actions previously taken by officers of the Corporation that are approved by the foregoing resolutions.

**Omnibus Resolution**

> **RESOLVED**, that the officers of the Corporation, and each of them acting without the others, are hereby authorized and directed to take such further actions, and to execute and deliver such further documents as they may deem to be necessary, advisable or appropriate to carry into effect the purposes and intent of the foregoing recitals and resolutions.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned directors hereby adopt the foregoing resolutions as of the date on which the Corporation receives the last signature hereto. This consent may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument. Delivery by facsimile or electronic mail of an executed signature page hereto shall be effective as delivery of a manually executed counterpart thereof.

_____  Monday February 11, 2019
James Beriker
Director