Fill in this information to identify the case and this filing:

Debtor Name: Munchery, Inc.
United States Bankruptcy Court for the: Northern District of California (State)
Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Creditors who have 20 Largest unsecured claims

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/27/2019
MM / DD / YYYY

X /s/ signature
Signature of individual signing on behalf of debtor

James Beriker
Printed name

CEO
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Case: 19-30232    Doc# 3    Filed: 02/28/19    Entered: 02/28/19 14:10:15    Page 1 of 5

| Debtor name | Munchery, Inc. |
|---|---|
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA | |
| Case No. (If known) | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City and County of San Francisco c/o OLSE Attn: Bianca Polovina City Hall, Rm 453 1 Dr. Carlton B. Goodlett Place San Francisco, CA 94102 | City and County of San Francisco | Settlement Agreement | | | | $286,358.60 |
| 2 | State Fund Compensation Insurance P.O. Box 7441 San Francisco, CA 94120-7441 | State Fund Compensation Insurance | Insurance | | | | $207,423.10 |
| 3 | Nextdoor.com, Inc. P.O. Box 398963 San Francisco, CA 94139-8963 | Nextdoor.com, Inc. Tel: 4153440333 Email: wilson@nextdoor.com; ar@nextdoor.com | Trade Debt | | | | $154,256.70 |
| 4 | Google Dept 33654 P.O. Box 39000 San Francisco, CA 94139 | Google Email: collections-google@google.com | Trade Debt | | | | $148,153.13 |
| 5 | Rocker Bros Meat 405 No. Centinela Ave Inglewood, CA 90302 | Rocker Bros Meat Tel: (310) 672-0139 Email: sgolper@rockerbrosmeat.com | Trade Debt | Contingent, Unliquidated & Disputed | | | $136,713.77 |

**Debtor name**  Munchery, Inc.   **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Del Monte Meat<br>P.O. Box 101831<br>Pasadena, CA 91189-1831 | Del Monte Meat<br>Email: karend@delmontemeat.com | Trade Debt | | | | $119,656.50 |
| 7  DLA Piper LLP<br>P.O. Box 75190<br>Baltimore, MD 21275 | DLA Piper LLP | Legal | | | | $113,530.50 |
| 8  Costarella Seafoods, Inc.<br>Pier 45 Shed B, 8<br>P.O. Box 192484<br>San Francisco, CA 94119-2484 | Costarella Seafoods, Inc.<br>Tel: 4156740175<br>Email: ac@costarellaseafoods.com | Trade Debt | Contingent, Unliquidated & Disputed | | | $92,702.41 |
| 9  Performance Foods<br>P.O. Box 1801<br>Santa Cruz, CA 95061-1801 | Performance Foods<br>Email: cristin.garden@ledyard.com | Trade Debt | Contingent, Unliquidated & Disputed | | | $80,783.39 |
| 10  Crossover Markets, Inc.<br>401 Congress Ave, Ste 2650<br>Austin, TX 78701 | Crossover Markets, Inc.<br>Tel: 718-406-5730<br>Email: finance@crossover.com | Trade Debt | | | | $70,632.65 |
| 11  Woodruff-Sawyer & Co.<br>P.O Box 45057<br>San Francisco, CA 94145-9950 | Woodruff-Sawyer & Co.<br>Email: accounting-premiumreceivables@wsandco.com | Insurance | | | | $67,180.00 |
| 12  Modesto Food Distributors - Shaw<br>7601 El Camino Real<br>Colma, CA 94014-3107 | Modesto Food Distributors - Shaw<br>Tel: 650-756-8924<br>Email: chicken@modestoorders.com;<br>marlene.modesto@pacbell.net | Trade Debt | | | | $61,505.51 |

Debtor name: **Munchery, Inc.**     Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  I. Halper<br>51 Hook Rd<br>Bayonne, NJ 07002 | I. Halper<br>Email: jennifer@ihalper8.onmicrosoft.com | Trade Debt | | | | $56,304.72 |
| 14  The Produce Company<br>60 Airport Blvd<br>South San Francisco, CA 94080 | The Produce Company<br>Tel: 650-871-2505<br>Email: accounting@oneproducecompany.com | Trade Debt | | | | $52,246.80 |
| 15  San Mateo County<br>555 County Center<br>Redwood City, CA 94063 | San Mateo County<br>Email: VAusten@smcacre.org | Taxes | Contingent, Unliquidated & Disputed | | | $50,000.00 |
| 16  Fenwick & West<br>Silicon Valley Center<br>801 California St<br>Mountain View, CA 94041 | Fenwick & West<br>Tel: (650) 988-8500<br>Email: accountsreceivable@fenwick.com | Legal | | | | $46,162.22 |
| 17  Oakville Produce Partners, LLC<br>c/o Leader-Picone & Yong<br>Attn: Malcolm Leader-Picone, Kaipo K.B. Young<br>1970 Broadway, Ste 1030<br>Oakland, CA 94612 | Oakville Produce Partners, LLC | Litigation | Contingent, Unliquidated & Disputed | | | $45,787.27 |
| 18  Littler Mendelson, PC<br>P.O. Box 207137<br>Dallas, TX 75320-7137 | Littler Mendelson, PC<br>Tel: 800-264-1031<br>Email: billingsupport@littler.com; clientpayments@littler.com | Legal | | | | $43,797.89 |

**Debtor name** Munchery, Inc.      **Case No. (If known)** _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 19 Kael Foods<br>1636 Gilbreth Rd<br>Burlingame, CA 94010 | Kael Foods<br>Tel: 6504432360 | Trade Debt | | | | $42,928.22 |
| 20 UNFI - CA<br>P.O. Box 742930<br>Los Angeles, CA 90074-2930 | UNFI - CA<br>Tel: 1-800-679-8735<br>Email: payments_unfiw@unfi.com | Trade Debt | | | | $40,139.00 |