Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Proposed Counsel for
Munchery, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30232 |
| MUNCHERY, INC. | Chapter 11 |
| Debtor. | **APPLICATION FOR ORDER DESIGNATING JAMES BERIKER AS RESPONSIBLE INDIVIDUAL** |

Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California, Debtor and Debtor in Possession, Munchery, Inc. ("Debtor") hereby applies for entry of an order approving James Beriker as its designated responsible individual during the Chapter 11 case. Mr. Beriker is the Debtor's Chief Executive Officer and is familiar with its operations.

Mr. Beriker's contact information is:

James Beriker
220 Shaw Road
South San Francisco, CA 94080
Tel. (888) 458-5376

Dated: February 28, 2019          FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Munchery, Inc.

Application to Designate

1

# **PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the attached document(s) entitled:

**APPLICATION FOR ORDER DESIGNATING JAMES BERIKER AS RESPONSIBLE INDIVIDUAL**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
450 Golden Gate Ave., 5th Floor
Suite #05-0153
San Francisco, CA 94102

X **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of Finestone Hayes LLP for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

**(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

**(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

**(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: (see above)
. I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **February 28, 2019** at San Francisco, California on February 28, 2019

**(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Alex Castillo          /s/ Alex Castillo

Application to Designate

2