Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.<br><br>    Debtor. | Case No. 19-30232<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST DAY MOTIONS**<br><br>**Date:** March 6, 2019<br>**Time:** 4:00 p.m.<br>**Place:** 450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102 |

**TO THE UNITED STATES TRUSTEE, ALL CREDITORS DIRECTLY AFFECTED, PARTIES HAVING REQUESTED SPECIAL NOTICE AND THE 20 LARGEST UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT:** a hearing will be held on March 6, 2019 at 4:00 p.m. in the courtroom of the Hon. Hannah L. Blumenstiel, U.S. Bankruptcy Court, 450 Golden Gate Ave, 16th Floor, San Francisco, CA 94102 to consider the First Day Motions of Debtor and Debtor in Possession, Munchery, Inc.

///

///

///

The First Day Motions include:

- **MOTION FOR APPROVAL OF STIPULATION REGARDING USE OF CASH COLLATERAL, PROVISION OF ADEQUATE PROTECTION AND DEBTOR IN POSSESSION FINANCING (ECF 10)**

- **MOTION AUTHORIZING DEBTOR TO CONTINUE USING PREPETITION BANK ACCOUNT (ECF 11)**

- **MOTION TO APPROVE BID PROCEDURES AND RELATED RELIEF IN CONNECTION WITH THE SALE OF DEBTOR'S ASSETS (ECF 8)**

- **MOTION AUTHORIZING AND APPROVING PROCEDURES FOR PROVIDING NOTICE OF THE COMMENCEMENT OF CHAPTER 11 CASE TO DEBTOR'S CUSTOMERS; AND PARTIALLY WAIVING THE REQUIREMENTS TO INCLUDE THE CUSTOMERS IN THE LIST OF CREDITORS (ECF 7)**

Any opposition to the First Day Motions may be submitted prior to or at the hearing.

Dated: March 1, 2019                  FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Munchery, Inc.