# Notice Recipients

District/Off: 0971−3     User: tprorok     Date Created: 3/4/2019
Case: 19−30232     Form ID: 309F     Total: 521

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Munchery, Inc. | 220 Shaw Road | South San Francisco, CA 94080 |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05−0153    San Francisco, CA 94102 |
| rspi | James Beriker | 220 Shaw Rd. | South San Francisco, CA 94080 |
| cr | c/o Kaipo K.B. Young Oakville Produce Partners, LLC | Leader−Picone & Young, LLP | 1970 Broadway   Suite 1030    Oakland    Oakland, CA 94612 US |
| cr | Gate Gourmet, Inc. | Attn.: Daniel M. Eliades   One Newark Center    10th Floor    Newark    NJ, 07102 UNITED STATES | |
| aty | Daniel M. Eliades | K&L Gates LLP    1 Newark Center, 10th Fl.    Newark, NJ 07102 | |
| aty | David S. Catuogno | K&L Gates LLP    1 Newark Center, 10th Fl.    Newark, NJ 07102 | |
| aty | Kaipo K.B. Young | Leader−Picone & Young, LLP    1970 Broadway #1030    Oakland, CA 94612 | |
| aty | Ryan A. Witthans | Finestone Hayes LLP    456 Montgomery St. Fl. 20    San Francisco, CA 94104 | |
| aty | Stephen D. Finestone | Finestone Hayes LLP    456 Montgomery St. 20th Fl.    San Francisco, CA 94104 | |
| aty | Trevor Ross Fehr | Office of the U.S. Trustee    280 S 1st St. #268    San Jose, CA 95113 | |
| smg | Chief Tax Collection Section | Employment Development Section    P.O. Box 826203    Sacramento, CA 94230 | |
| smg | IRS    P.O. Box 7346    Philadelphia, PA 19101−7346 | | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | | |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | | |
| 14937339 | 72 Point | 231 Front St, Ste 125 | Brooklyn, NY 11201 |
| 14937340 | Aalabel Inc | 6958 Sierra Ct | Dublin, CA 94568 |
| 14937341 | Acc Business | P.O. Box 105306 | Atlanta, GA 30348−5306 |
| 14937342 | Active Personnel | 41 West 33Rd St | New York, NY 10001 |
| 14937343 | Adam Smith | 7926 Lasaine Ave | Northridge, CA 91325 |
| 14937344 | Adp, LLC | P.O. Box 31001−1874 | Pasadena, CA 91110 |
| 14937345 | Adrian Martin Moreno | 2380 Pacheco Dr | San Jose, CA 95133 |
| 14937346 | Advantage Telecom | 5242 W Washington 2300    P.O. Box 5454 | Ventura, CA 93005−0454 |
| 14937347 | Advantage Telecom − 3200 Olympic 2295 | P.O. Box 5454 | Ventura, CA 93005−0454 |
| 14937348 | Aidee Teresa Angel Esparza | 2338 D St | Hayward, CA 94541 |
| 14937349 | Airon Meeker | 820 W 17th St | San Pedro, CA 90731 |
| 14937350 | Alberto Lopez−Dominguez | 450 Eddy St, 104 | San Francisco, CA 94104 |
| 14937351 | Alberto Navarrete | 1650 Diel Dr | Milpitas, CA 95035 |
| 14937352 | Alchemy Of Baking | 1248 West 134th St, Ste 4 | Gardena, CA 90247 |
| 14937353 | Alejandro Hernandez | 5361 Diamond Height Blvd, Apt B | San Francisco, CA 94131 |
| 14937354 | Alex Christopher Martin | 240 Pondilly Ln | Brentwood, CA 94513 |
| 14937355 | Alexander Jang | 261 Northgate Ave | Daly City, CA 94015 |
| 14937356 | Alexander William Jung | 32 Belvedere St | San Francisco, CA 94117 |
| 14937357 | Alexian Nguyen | 1 Appian Way, 7042 | South San Francisco, CA 94080 |
| 14937358 | Ali Zare | 2810 Warner Ave, Apt 323 | Irvine, CA 92606 |
| 14937359 | Alicia M Jenish−Mc Carron | 430 Baker 5 | San Francisco, CA 94117 |
| 14937360 | Amanda Stephan | 849 Dwight Cres | Berkeley, CA 94710 |
| 14937361 | Americold, Inc. | 80 Smith St, Ste 2 | Farmingdale, NY 11735 |
| 14937362 | Amin Group, LLC | 4367 Clear Valley Dr | Encino, CA 91436 |
| 14937363 | Amy A Smith | 3 Santa Clara Ct | San Rafael, CA 94903 |
| 14937364 | Ana Haro Hernandez | 417 F St | Colma, CA 94014 |
| 14937365 | Ana M Palacios | 125 Santa Maria Ave | San Bruno, CA 94066 |
| 14937366 | Analytics Pros, Inc. | 5325 Ballard Ave NW, Ste 300 | Seattle, WA 98107 |
| 14937367 | Anastacia Mendoza Cortes | 108 Manzanita Ave | South San Francisco, CA 94080 |
| 14937368 | Andre D Vintero | 280 Alta Vista Way | Daly City, CA 94014 |
| 14937369 | Andrew J Butz | 537 34th St | Oakland, CA 94609 |
| 14937370 | Andrew Mitchell | 1671 Mcallister St | San Francisco, CA 94115 |
| 14937371 | Andrew Stasium | 6865 Ridge Ct | Livermore, CA 94551 |
| 14937372 | Angelita Bratcher | 5349 Diamond Heights Blvd, Apt D | San Francisco, CA 94131 |
| 14937373 | Anthony D Prater | 890 Hayes St | San Francisco, CA 94117 |
| 14937374 | Anthony E Anderson | 625 13th St | San Francisco, CA 94130 |
| 14937375 | Anthony O Houston | 414 W 25th Ave | San Mateo, CA 94403 |
| 14937376 | Anthony Recinos | 393 Bay Ridge Dr | Daly City, CA 94014 |
| 14937377 | Apple Financial Services | P.O. Box 35701 | Billings, MT 59107−5701 |
| 14937378 | Apple Financial Services 8220 | P.O. Box 30310 | Los Angeles, CA 90030 |
| 14937379 | Aracela I Chavez Cruz | 872 3rd Ave | San Bruno, CA 94066 |
| 14937380 | Area Distributor − 220 Shaw | P.O. Box 8589 | San Jose, CA 95155 |
| 14937381 | Arlette Reyes | P.O. Box 121 | Millbrae, CA 94030 |
| 14937382 | Artisan Macaron | 255 Mendell St | San Francisco, CA 94124 |
| 14937383 | Arturo Vazquez | 653 5th Ave | San Bruno, CA 94066 |
| 14937384 | Astronova, Inc. | P.O. Box 419820 | Boston, MA 02241−9820 |
| 14937385 | Athena A Esparza | 2095 Radio Ave, Apt 9 | San Jose, CA 95125 |
| 14937386 | Austin Bath | 665 6th Ave, 3 | San Francisco, CA 94118 |

| | | | | |
|---|---|---|---|---|
| 14937387 | Auto Chlor | 971 25th St | San Francisco, CA 94107 | |
| 14937388 | Auto–Chlor System – Seattle | 4315 7th Ave S | Seattle, WA 98108 | |
| 14937389 | Automated Packaging Systems | 10175 Phillipp Pkwy | Streetsboro, OH 44241 | |
| 14937390 | Aware Gps | 16305 Swingley Ridge Rd, Ste 100 | Chesterfield, MO 63017 | |
| 14937391 | Ayako Toyama | 150 Portola Dr, Apt 203 | San Francisco, CA 94131 | |
| 14937392 | Baker Commodities | 4020 Bandini Blvd | Vernon, CA 90058 | |
| 14937393 | Baldor | P.O. Box 5411 | New York, NY 10087–5411 | |
| 14937394 | Bargreen Ellingson | Lockbox 310055 | P.O. Box 94328 | Seattle, WA 98124–6628 |
| 14937395 | Basic Pacific | P.O. Box 775339 | Chicago, IL 60677–5339 | |
| 14937396 | Baumar | 253 Capp St | San Francisco, CA 94110 | |
| 14937397 | Bay Alarm Company | P.O. Box 7137 | San Francisco, CA 94120–7137 | |
| 14937398 | Beatriz Morales | 200 B St | South San Francisco, CA 94080 | |
| 14937399 | Benjamin Gordon | 1267 16th Ave | San Francisco, CA 94122 | |
| 14937400 | Benjamin Weston | 23 Edwin Dr | Kensington, CA 94707 | |
| 14937401 | Bertagni 1882 USA | 1672 Willamette Falls Dr, Ste B | Portland, OR 97068 | |
| 14937402 | Better World B2B, LLC | 50 Trish Ct | Danville, CA 94506 | |
| 14937403 | Bhb Pest Elimination | 150 W 28 St, Ste 702 | New York, NY 10001 | |
| 14937404 | Big Joe California North, Inc. | 25932 Eden Landing Rd | Hayward, CA 94545 | |
| 14937405 | Blanca Rios | 775 W Sunset Blvd | Hayward, CA 94541 | |
| 14937406 | Blp Wholesale | 50 Constance Ct | Hauppauge, NY 11788 | |
| 14937407 | Blueshift Labs, Inc. | 231 Sansome St, Ste 300 | San Francisco, CA 94104 | |
| 14937408 | Brandon Kam Ming Chin | 288 St. Catherine Dr | Daly City, CA 94015 | |
| 14937409 | Brandon Tran | 10449 Salinas River Cir | Fountain Valley, CA 92708 | |
| 14937410 | Brightedge Technologies, Inc. | 989 E. Hillsdale Blvd, Ste 300 | Foster City, CA 94404 | |
| 14937411 | Brown Line, LLC | P.O. Box 34026 | Seattle, WA 98124–1026 | |
| 14937412 | Brusik Quality Appliances | 50 Chumasero Dr, Apt 1D | San Francisco, CA 94132 | |
| 14937413 | Bryan Martinez | 935 San Marcos Cir | Mountain View, CA 94043 | |
| 14937414 | Buttermilk Bakeshop | 260 5th Ave | Brooklyn, NY 11215 | |
| 14937415 | Bv Eventure Fund II, LP | 600 Montgomery St, 473Rd Fl | San Francisco, CA 94111–2818 | |
| 14937416 | California Alumni Association | 1 Alumni House | Berkeley, CA 94720 | |
| 14937417 | California Supply North, Inc. | P.O. Box 39180 | Los Angeles, CA 90030–0180 | |
| 14937418 | California Water Service Company | La 1237519514 | P.O. Box 51967 | Los Angeles, CA 90051–6267 |
| 14937419 | California Water Service Company | La 5884067301 | P.O. Box 51967 | Los Angeles, CA 90051–6267 |
| 14937420 | California Water Service Company | Ssf | P.O. Box 51967 | Los Angeles, CA 90051–6267 |
| 14937421 | Cameron Penrose | 36 Colonial Way | San Francisco, CA 94112 | |
| 14937422 | Captiveaire | P.O. Box 60270 | Charlotte, NC 28260 | |
| 14937423 | Carlito M Santos | 501 Crescent Way, Apt 5411 | Sf, CA 94134 | |
| 14937424 | Carlos Alberto Garcia | 2461 Wright Ct | South San Francisco, CA 94080 | |
| 14937425 | Carlos Mejia–Mejia | 3223 17th St | San Francisco, CA 94110 | |
| 14937426 | Carlos Roldan | 1779 Mckinnon Ave | San Francisco, CA 94124 | |
| 14937427 | Carolina Gonzales | 809 Cypress Ave | South San Francisco, CA 94080 | |
| 14937428 | Carolina M Portillo Campos | 66 Gutenberg St | San Francisco, CA 94112 | |
| 14937429 | Cedar Grove Organics Recycling LLC | 7343 E. Marginal Way S. | Seattle, WA 98108 | |
| 14937430 | Charlene Shinhae Park | 3331 Paraiso Way | Glendale, CA 91214 | |
| 14937431 | Charles A Hardrict | 2157 South Winchester Blvd | Campbell, CA 95112 | |
| 14937432 | Charlie s Produce | P.O. Box 24606 | Seattle, WA 98124 | |
| 14937433 | Chartio | 222 Kearny St, Ste 525 | San Francisco, CA 94108 | |
| 14937434 | Chatdesk Inc | 902 Broadway | New York, NY 10010 | |
| 14937435 | Checkr | 440 N Wolfe Rd, Ste 2224 | Sunnyvale, CA 94085 | |
| 14937436 | Cheryl Higashi | 1186 Johnson Ave | San Jose, CA 95129 | |
| 14937437 | Christian Miller | 718 Highgate Dr | Daly City, CA 94015 | |
| 14937438 | Christian Petty | 1409 Peralta Rd | Pacifica, CA 94044 | |
| 14937439 | Christina Brooks | 901 Hemlock Ave | Millbrae, CA 94030 | |
| 14937440 | Christine Ward | P.O. Box 1533 | Mountain View, CA 94042 | |
| 14937441 | Christopher Geremias Osorio | 647 Capp St | San Francisco, CA 94110 | |
| 14937442 | Christopher Jerrod Lincoln | 24 Heath Ct | Daly City, CA 94015 | |
| 14937443 | Christopher Julian | 112 Verano Dr. | So. San Francisco, CA 94080 | |
| 14937444 | Christopher W. Alexander | 446 Bernardo Ave, Apt 1 | Sunnyvale, CA 94086 | |
| 14937445 | Christopher Young | 2623 Baldwin Ln | Walnut Creek, CA 94597 | |
| 14937446 | Cigna – Dental | 5476 Collections Center Dr | Chicago, IL 60693 | |
| 14937447 | Cintas Corporation – 220 Shaw | P.O. Box 29059 | Phoenix, AZ 85038–9059 | |
| 14937448 | City and County of San Francisco | c/o OLSE | City Hall, Rm 453 | 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102 |
| 14937449 | Claudia I Beltran | 751 5th Ave | Pinole, CA 94564 | |
| 14937450 | Claudia V. Escobar Samayoa | 3824 Folson St | San Francisco, CA 94110 | |
| 14937451 | Club Demonstration Services, Inc. | P.O. Box 744818 | Atlanta, GA 30374–4818 | |
| 14937452 | Cogent Communications, Inc. | P.O. Box 791087 | Baltimore, MD 21279–1087 | |
| 14937453 | Comcast Business | P.O. Box 60533 | City Of Industry, CA 91716 | |
| 14937454 | Comerica Bank | 39200 W. Six Mile Rd | Livonia, MI 48152–2656 | |
| 14937455 | Continental Fleet Paint Body, Inc. | Terminal Annex | P.O. Box 86066 | Los Angeles, CA 90086 |
| 14937456 | Cool Solutions | 178 West Hill Pl | Brisbane, CA 94005 | |
| 14937457 | Corporation Service Company | P.O. Box 2576 | Springfield, IL 62708–2576 | |
| 14937459 | Costarella Seafoods, Inc. | Pier 45 Shed B, 8 | P.O. Box 192484 | San Francisco, CA 94119–2484 |
| 14937458 | Costarella Seafoods, Inc. | c/o Law Office of Stephen M. Beckwith | Attn Stephen M. Beckwith | 1400 North Dutton, Ste 21, Santa Rosa, CA 95401 |
| 14937460 | Cozzini Bros., Inc. | 350 Howard Ave | Des Plaines, IL 60018 | |

| | | | | |
|---|---|---|---|---|
| 14937461 | Crossover Markets, Inc. | 401 Congress Ave, Ste 2650 | Austin, TX 78701 | |
| 14937462 | Crumble Whisk | 2948 Folsom St | San Francisco, CA 94110 | |
| 14937463 | Ct Corporation | P.O. Box 4349 | Carol Stream, IL 60197–4349 | |
| 14937464 | Cucina Fresca | 8300 Military Rd S, Ste 120 | Seattle, WA 98108 | |
| 14937481 | DLA Piper LLP | P.O. Box 75190 | Baltimore, MD 21275 | |
| 14937465 | Dandelion Chocolate Inc | 740 Valencia St | San Francisco, CA 94110 | |
| 14937466 | Dania Joge | 234 Hillside Blvd | Daly City, CA 94014 | |
| 14937467 | Daniel Josiah Baldree | 1690 Hydrangea Ln | San Jose, CA 95124 | |
| 14937468 | Danlies Inc. | 383 Beach Rd | Burlingame, CA 94010 | |
| 14937469 | Darsis A. Argueta Martinez | 300 Park Plaza Dr, Apt 28 | Daly City, CA 94015 | |
| 14937470 | Darwin Mendioro | 42 Parnell Ave | Daly City, CA 94015 | |
| 14937471 | David Seavey Ogden | 725 Laurel Dr | Walnut Creek, CA 94596 | |
| 14937472 | Deibel Laboratories Of California | P.O. Box 1056 | Osprey, FL 34229–1056 | |
| 14937473 | Deilyn Martinez | 851 N Amphlett Blvd, 316 | San Mateo, CA 94401 | |
| 14937474 | Deirdre C Scott | 2400 Divisadero St | San Francisco, CA 94115 | |
| 14937475 | Del Monte Meat | P.O. Box 101831 | Pasadena, CA 91189–1831 | |
| 14937476 | Delaware Secretary Of State | Division Of Corporations | P.O. Box 5509 | Binghamton, NY 13902–5509 |
| 14937477 | Denise Cooper | 602 Moultrie St | San Francisco, CA 94110 | |
| 14937478 | Digilink | 4676 Admiralty Way, Ste 530 | Marina Del Rey, CA 90292 | |
| 14937479 | Digital Insurance, Inc. | Attn Commissions | 200 Galleria Pkwy, Ste 1950 | Atlanta, GA 30339 |
| 14937480 | Dinora Isabel Pineda Ardon | 109 Del Monte | South San Francisco, CA 94080 | |
| 14937482 | Dora M Garcia Arguello | 355 Ney St | San Francisco, CA 94112 | |
| 14937483 | Dora s Naturals, Inc | 21 Empire Blvd | South Hackensack, NJ 07606 | |
| 14937484 | Dylan Paul | 17032 Burbank Blvd, 7 | Encino, CA 91316 | |
| 14937485 | Earl s Organic Produce | 2101 Jerrold Ave, Ste 100 | San Francisco, CA 94124 | |
| 14937486 | Ec Wilson | P.O. Box 82473 | Kenmore, WA 98028 | |
| 14937487 | Ecolab Food Safety Specialties | 24198 Network Pl | Chicago, IL 60673–1241 | |
| 14937488 | Ecolab, Inc. | P.O. Box 100512 | Pasadena, CA 91189–0512 | |
| 14937489 | Efrain Rentas–Perez Jr | 191 Bismark St | Daly City, CA 94014 | |
| 14937490 | Elkwood, Inc. | 1736 64th St, 2nd Fl | Brooklyn, NY 11204 | |
| 14937491 | Emmanuel Zelada | 846 Bellevue Ave | Daly City, CA 94014 | |
| 14937492 | Encore Oils | c/o Sqpb | P.O. Box 10027 | Eugene, OR 97440 |
| 14937493 | Enrique Duenez | 2141 Estrell Ave, 2 | Los Angeles, CA 90007 | |
| 14937494 | Epicurean Butter Company, Inc. | 9355 Elm Ct | Federal Heights, CO 80260 | |
| 14937495 | Erasmo Rodriguez Almazan | 13572 Arizona St, Apt 3 | Westminster, CA 92683 | |
| 14937496 | Erin Quon | 410 Viewpark Ct | Mill Valley, CA 94941 | |
| 14937497 | Ernesto Reyes | 2100 Park Grove Ave, Apt 2 | Los Angeles, CA 90007 | |
| 14937498 | Esmeralda Reyna | 300 Park Plaza Dr, Apt 28 | Daly City, CA 94015 | |
| 14937499 | Esteban Vallejo | 4372 Mission St | San Francisco, CA 94772 | |
| 14937500 | Farzaneh Amini | 260 Vicente St | San Francisco, CA 94127 | |
| 14937501 | Fatted Calf Charcuterie | 644 C First St | Napa, CA 94559 | |
| 14937502 | Fedex | P.O. Box 223125 | Pittsburgh, PA 15251–2125 | |
| 14937503 | Fenwick West | Silicon Valley Center | 801 California St | Mountain View, CA 94041 |
| 14937504 | Flatworld Solutions Inc. | Princeton Forrestal Village | 116 Village Blvd, Ste 200 | Princeton, NJ 08540 |
| 14937505 | Frances Fang Chiu | 8 Melodylane | Irvine, CA 92614 | |
| 14937506 | Francisco A Garibay | 123 Arden Ave | South San Francisco, CA 94080 | |
| 14937507 | Francisco J Lopez Velasco | 1241 Hillside Blvd | South San Francisco, CA 94080 | |
| 14937508 | Freddy Chi | 270 Turk St, 402 | San Francisco, CA 94102 | |
| 14937509 | Fresh Green, Inc. | 1970 Jerrold Ave | San Francisco, CA 94124 | |
| 14937510 | Fruit Barn Wholesales Inc. | 1728 Ocean Ave, 209 | San Francisco, CA 94112 | |
| 14937511 | Gabriela Perez | 9812 Dorothy Ave | South Gate, CA 90280 | |
| 14937512 | Gaia A Jacob | 2370 Oakmont Dr | San Bruno, CA 94066 | |
| 14937513 | Gary Wong | 2028 Franciscan Way, Apt 211 | Alameda, CA 94501 | |
| 14937514 | George R Klaudinyi | 1252 63rd St | Emeryville, CA 94608 | |
| 14937515 | George Zeng | 65 Camellia Ave | San Francisco, CA 94112 | |
| 14937516 | Gerardo M Rosas | 540 1st Lane | South San Francisco, CA 94080 | |
| 14937517 | Gerrik E Lising | 226 Hampshire Ct | Daly City, CA 94015 | |
| 14937518 | Geyser Beverage | 174 Lawrence Dr, C | Livermore, CA 94551 | |
| 14937519 | Gina Cano Gonzalez | 392 Susie Way, Apt 4 | South San Francisco, CA 94080 | |
| 14937520 | Glassdoor, Inc. | Department 3436 | P.O. Box 123436 | Dallas, TX 75312–3436 |
| 14937521 | Gloria Maria Morales Acevedo | 1488 Valencia St, Apt 1 | San Francisco, CA 94110 | |
| 14937522 | Go Green Distribution, Inc. | P.O. Box 8072 | Covington, WA 98042 | |
| 14937523 | Golden State Overnight Delivery Service | P.O. Box 1907 | San Ramon, CA 94583 | |
| 14937524 | Good Stuff Distributor, Inc | 132 W Harris Ave | South San Francisco, CA 94080 | |
| 14937525 | Good Stuff Distributor, Inc | 2000 Mckinnon Ave | San Francisco, CA 94124–1621 | |
| 14937526 | Google | Dept 33654 | P.O. Box 39000 | San Francisco, CA 94139 |
| 14937527 | Grant A Goodwin | 6615 Tremont St | Oakland, CA 94609 | |
| 14937528 | Greenhouse Software | Greenhouse Software, Inc. | P.O. Box 392683 | Pittsburgh, PA 15251–9683 |
| 14937529 | Greenleaf – 220 Shaw | P.O. Box 45192 | San Francisco, CA 94145–0192 | |
| 14937530 | Gregory H. Peters | 1254 10th Ave, 1 | San Francisco, CA 94122 | |
| 14937531 | Gregory Moye | 255 Karen Way | Tiburon, CA 94920 | |
| 14937532 | Grubmarket | 21136 S Wilmington Ave, 300 | Carson, CA 90810 | |
| 14937533 | Gustavo Junior Maldonado | 1501 South Western Ave | Los Angeles, CA 90006 | |
| 14937534 | Gustavo Orellana | 76 Rosa Parks Ln | San Francisco, CA 94103 | |
| 14937535 | Hack s Food Safety | 3004 Hampton Rd | Martinez, CA 94553 | |

| | | | |
|---|---|---|---|
| 14937536 | Haig s Delicacies | 25673 Nickel Pl | Hayward, CA 94545 |
| 14937537 | Hanson Fitch | P.O. Box 175 | Danville, CA 94526 |
| 14937538 | Happy Moose Juice | P.O. Box 24564 | San Francisco, CA 94124 |
| 14937539 | Herbert A Virula | 3738 W 135th St | Hawthorne, CA 90250 |
| 14937540 | Hodo Soy Beanery | 2923 Adeline St | Oakland, CA 94608 |
| 14937541 | Hon Ut Thach | 619 E 227th St | Carson, CA 90745 |
| 14937542 | Howard Kim | 1881 Alpha Rd, 13 | Glendale, CA 91208 |
| 14937543 | Howell Electric, Inc. | 3390 Viso Ct | Santa Clara, CA 95054 |
| 14937544 | Humberto Huerta Moreno | 327 California Ave, Apt 3 | South San Francisco, CA 94080 |
| 14937545 | Hungry Alma | 15 Pacific Bay Cir, 201 | San Bruno, CA 94066 |
| 14937546 | Hygiena LLC | File 2007 1801 W Olympic Blvd | Pasadena, CA 91199–2007 |
| 14937547 | I. Halper | 51 Hook Rd | Bayonne, NJ 07002 |
| 14937548 | Ian Edwards | 937 Stony Hill Rd | Redwood City, CA 94061 |
| 14937549 | Igor Jonh Rosario Garlejo | 5836 Bosco Way | Sacramento, CA 95824 |
| 14937550 | Intellimize, Inc. | 341 Dwight Rd | Burlingame, CA 94010 |
| 14937551 | International Delicacies Inc. | 2100 Atlas Rd, F | Richmond, CA 94806 |
| 14937552 | Iscale Solutions | 1 North Bridge Rd, 17–02 High St Center | Singapore, 179094 Singapore |
| 14937553 | Italfoods, Inc. | 205 Shaw Rd | So San Francisco, CA 94080 |
| 14937554 | Iterable | 71 Stevenson St | San Francisco, CA 94105 |
| 14937555 | Ivan Eduardo Torres | 755 Eddy St, 203 | San Francisco, CA 94109 |
| 14937556 | Jacobs Farm | Dept 33339 P.O. Box 39000 | San Francisco, CA 94139–3339 |
| 14937557 | Jacobsen Salt Co. | 602 Se Salmon St | Portland, OR 97214 |
| 14937558 | Jay–Michael S Alivia | 2136 Edgebrook Place | Hayward, CA 94541 |
| 14937559 | Jazmine Charet Charles | 605 Herkimer St | Brooklyn, NY 11213 |
| 14937560 | Jazzmyne N Mckinney | 4960 Rue Calais | San Jose, CA 95136 |
| 14937561 | Jeffrey Tran | 1517 48th Ave | San Francisco, CA 94122 |
| 14937562 | Jennifer May Lee | 22 Precita Ave, Apt 6 | San Francisco, CA 94110 |
| 14937563 | Jennifer Norris | 211 S Kenmore Ave, Apt 6 | Los Angeles, CA 90004 |
| 14937564 | Jeronimo Duenez | 2141 Estrell Ave, 2 | Los Angeles, CA 90007 |
| 14937565 | Jessica Cortez | 84 Belle Ave | San Francisco, CA 94132 |
| 14937566 | Jeybi Chable | 619 7th Ave | San Franciosco, CA 94118 |
| 14937567 | Jo A Nelson | 2500 Mar East | Tiburon, CA 94920 |
| 14937568 | Joanis Mechanical | 9849 17th Ave S.W. P.O. Box 360 | Seattle, WA 98146 |
| 14937569 | Joanna Lucille Gratziano | 2639 3/4 Glendale Blvd | Los Angeles, CA 90039 |
| 14937570 | Joel Gonzalez | 636 El Camino Real, 1717 307B | S. San Francisco, CA 94080 |
| 14937571 | John Richter | 8990 19th St, Apt 217 | Alta Loma, CA 91701 |
| 14937572 | Jon Long | P.O. Box 14821 | San Francisco, CA 94114 |
| 14937573 | Jonathan Kerr | 467 Saratoga Ave, 238 | San Jose, CA 95129 |
| 14937574 | Jonathan Locsin | 287 Harvard St | San Francisco, CA 94134 |
| 14937575 | Jose A Gonzalez Rodriguez | 9640 Richlyn Way | Elk Grove, CA 95757 |
| 14937576 | Jose A Pool Casanova | 455 Eddy St Apt 1401 | Sf, CA 94109 |
| 14937577 | Jose Dolores Zuno | 1185 Mongomery Ave | San Bruno, CA 94066 |
| 14937578 | Jose G Aguilar | 818 West A St, Apt 36 | Hayward, CA 94541 |
| 14937579 | Jose Garcia | 332 Susie Way, 4 | South San Francisco, CA 94080 |
| 14937580 | Jose Luis Sanchez | 7341 Lockwood St | Oakland, CA 94621 |
| 14937581 | Jose O Orellana Segovia | 195 Scotia Ava | San Francisco, CA 94124 |
| 14937582 | Jose Santos Ponce | 219 Peru Ave | San Francisco, CA 94112 |
| 14937583 | Joseph Smith | 96 Buckingham Ave | Redwood City, CA 94063 |
| 14937584 | Joshua D Whitney | 3041 Mission St, 147 | San Francisco, CA 94110 |
| 14937585 | Joshua J E Phillips and Christina Brooks | c/o Outten Golden LLP Attn G. Chung, J. Raisner, R. Roupinian One California St, Ste 1250 | San Francisco, CA 94111 |
| 14937586 | Joshua Phillips | 1302 Campbell | Oakland, CA 94607 |
| 14937587 | Juan Barca | 234 Hillside Blvd | Daly City, CA 94014 |
| 14937588 | Juan Carlos Lopez | 25 Scott St | San Bruno, CA 94066 |
| 14937589 | Juan Garcia | 210 Capp St | San Francisco, CA 94110 |
| 14937590 | Juana Quinteros | 844 Persia Ave | San Francisco, CA 94112 |
| 14937591 | Julian White | 30 Day St | San Francisco, CA 94110 |
| 14937592 | Julie E. Smith | 744 Marin Dr | Mill Valley, CA 94941 |
| 14937593 | Julio Ricardo Diaz Gonzales | 2337 Mission St, Unit F | San Francisco, CA 94110 |
| 14937594 | Julius Silvert Inc. | P.O. Box 824559 | Philadelphia, PA 19182–4559 |
| 14937595 | Kael Foods | 1636 Gilbreth Rd | Burlingame, CA 94010 |
| 14937596 | Kalista Daniell Murphy | 525 Stockton St, Apt 505 | San Francisco, CA 94108 |
| 14937597 | Karen Cattivera | 2307 Gibson Girl Way | San Jose, CA 95148 |
| 14937598 | Karen Fernandez Gomez | 1359 San Mateo Ave | South San Francisco, CA 94080 |
| 14937599 | Karina Macias | 326 El Molino Way | San Jose, CA 95119 |
| 14937600 | Kathleen M Carlyle | 35 Kent Ct | Moraga, CA 94556 |
| 14937601 | Kathy Lee | 1704 Roosevelt Ave | Los Angeles, CA 90006 |
| 14937602 | Kelly Marie Dormer | 126 North Hillcrest Blvd, 3 | Inglewood, CA 90301 |
| 14937603 | Kimino Drinks Inc. | Attn Markus Schlageter 77 Van Ness Ave, Ste 101 P.O. Box 2008 | San Francisco, CA 94102 |
| 14937604 | Kiya N Williams | 1390 Market St, Apt 1913 | San Francisco, CA 94102 |
| 14937605 | Kristine Moris Villamar | 11723 Arete Way | Rancho Cordova, CA 95742 |
| 14937606 | Krystel Roche | 2812 Hillcrest Dr | Los Angeles, CA 90016 |
| 14937608 | LA Specialty Produce Co. | dba San Francisco Specialty c/o Rynn Janowsky, LLP 4100 Newport Pl Dr, Ste 700 | Newport Beach, CA 92660 |
| 14937607 | La Refrigeration Cold Service | 5104 W. Washington Blvd | Los Angeles, CA 90016 |
| 14937609 | Lance Meyers | 1011 Chadbourne Ave | Millbrae, CA 94030 |

| | | | |
|---|---|---|---|
| 14937610 | Lanlogic, Inc. | 248 Rickenbacker Cir | Livermore, CA 94551 |
| 14937611 | Level 6 Shredding | P.O. Box 14061 | San Francisco, CA 94114–0061 |
| 14937612 | Lexi Salazar | 78 S 3rd St | Campbell, CA 95008 |
| 14937613 | Lezlie Ortega | 856 Hawthorne Pl | South San Francisco, CA 94080 |
| 14937614 | Lindsey Nicole Root | 7926 Lasaine Ave | Northridge, CA 91325 |
| 14937615 | Linkedin | 62228 Collections Center Dr | Chicago, IL 60693–0622 |
| 14937616 | Littler Mendelson, PC | P.O. Box 207137 | Dallas, TX 75320–7137 |
| 14937617 | Lob | 185 Berry St, Ste 1510 | San Francisco, CA 94107 |
| 14937618 | Long H Cao | 102 Saint Michaels Ct | Daly City, CA 94015 |
| 14937619 | Lorenzo Ortega Orea | 285 Turk St, Apt 207 | San Francisco, CA 94102 |
| 14937620 | Los Angeles County Tax Collector | P.O. Box 54027 | Los Angeles, CA 90054 |
| 14937621 | Louise Young | 11870 Santa Monica Blvd, 106 | Los Angeles, CA 90025 |
| 14937622 | Lucas K Levyliotar | 359 Orchid Dr | San Rafael, CA 94903 |
| 14937623 | Luis A Ramos | 9 Castle Manor Ave, 3 | San Francisco, CA 94112 |
| 14937624 | Luis Alberto Rodriguez Covarrubias | 1185 Montgomery Ave | San Bruno, CA 94066 |
| 14937625 | Luis Ayala | 60 29th St 543 | Sf, CA 94110 |
| 14937626 | Luke Benjamin Belz | 1816 Wawona St. | San Francisco, CA 94116 |
| 14937627 | Lurton Marketing | 15245 Minnetonka Blvd | Minnetonka, MN 55345 |
| 14937628 | Lusamerica Foods, Inc. | P.O. Box 2563 | Morgan Hill, CA 95038 |
| 14937629 | Luxe Seafood | 732 S. Alameda St | Los Angeles, CA 90021 |
| 14937630 | Luz Garcia | 2885 San Bruno Ave, Apt B | San Francisco, CA 94134 |
| 14937631 | Macrina Bakery | 19215 66th Ave S | Kent, WA 98032 |
| 14937632 | Madien Hussein Abdulla | 1419 Thomas Ave | San Francisco, CA 94124 |
| 14937633 | Marcia Amaya | 3169 26th St | San Francisco, CA 94110 |
| 14937634 | Margarita Garcia Mendoza | 2885 San Bruno Ave, Apt B | San Francisco, CA 94134 |
| 14937635 | Maria Amelia Mul May | 1221 Alemany Blvd | San Francisco, CA 94112 |
| 14937636 | Maria C Paz De Guevara | 668 Paris St | San Francisco, CA 94112 |
| 14937637 | Maria Concepcion Rosas | 337 Lux Ave | South San Francisco, CA 94080 |
| 14937638 | Maria D Magallon Gil | 723 Cypress Ave, Apt 8 | South San Francisco, CA 94080 |
| 14937639 | Maria D Rivas Mercado | 444 Larkin St, Apt 19 | San Francisco, CA 94102 |
| 14937640 | Maria De Los Angeles Beltran Mendoza | 228 East Ave, 1 | San Bruno, CA 94066 |
| 14937641 | Maria De Lourdes Mora | 340 Taylor Ave | San Bruno, CA 94066 |
| 14937642 | Maria E. Gonzalez Luna | 1433 West Cypress Rd | Oakley, CA 94561 |
| 14937643 | Maria Rocio Sanchez | 7 Persia Ave, Apt 1 | San Francisco, CA 94112 |
| 14937644 | Maribel Santiago M. | 123 Arden Ave | South San Francisco, CA 94080 |
| 14937645 | Marie Morin Canada | 9995 Av De Catania, E | Brossard, QC J4Z 3V6    Canada |
| 14937646 | Mario Rivera | 49 Dakota St | San Francisco, CA 94107 |
| 14937647 | Mark Lange | 23637 Mesa Ct | Valencia, CA 91355 |
| 14937648 | Mark Richard Shaffer | 917 Folsom St, Apt 420 | San Francisco, CA 94107 |
| 14937649 | Martin Bogetz | 108 Terrace Ave, 2 | Kentfield, CA 94904–1531 |
| 14937650 | Mary Waithera Maina | 2006 Polar Ave | East Palo Alto, CA 94303 |
| 14937651 | Matagrano Inc | P.O. Box 2588 | S San Francisco, CA 94083 |
| 14937652 | Meaghan Edelstein Consultant | 4375 Sunset Cay Cir | Boynton Beach, FL 33436 |
| 14937653 | Medosweet Farms, Inc. | P.O. Box 749 | Kent, WA 98035–0749 |
| 14937654 | Megan Brazil | 8145 Meadowlark Ct | Newark, CA 94560 |
| 14937655 | Melissa L White | 810 S. 2nd St | San Jose, CA 95112 |
| 14937656 | Melissa Sheree Robinson | 5850 Owens Dr, 101 | Pleasanton, CA 94588 |
| 14937657 | Mena S Fakhr | 704 Grand Terrace | Hayward, CA 94542 |
| 14937658 | Menlo Entrepreneurs Fund XII, LP | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025–7113 |
| 14937659 | Menlo Ventures XI, LP | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025–7113 |
| 14937660 | Menlo Ventures XII, LP | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025–7113 |
| 14937661 | Menumax | Attn Andrea Burnett    P.O. Box 2628 | Fort Worth, TX 76113 |
| 14937662 | Merlino Foods | P.O. Box 80069 | Seattle, WA 98108 |
| 14937663 | Metro Locksmiths, Inc. | 2045 Divisadero St | San Francisco, CA 94115 |
| 14937664 | Mettler–Toledo Safeline | 22677 Network Pl | Chicago, IL 60673–1226 |
| 14937665 | Michael Pacult | 5704 Moraga Ave | Piedmont, CA 94611 |
| 14937666 | Michael Suncin | 723 Andover St | San Francisco, CA 94110 |
| 14937667 | Michelle Colleen Demaria | 18332 Carlton Ave | Castro Valley, CA 94546 |
| 14937668 | Michelle M. Lam | 521 5th Ave | San Bruno, CA 94066 |
| 14937669 | Micro–Chem Labs, Inc. | 9168 De Soto Ave | Chatsworth, CA 91311 |
| 14937670 | Miles Gutierrez | 110 E 232nd Pl | Carson, CA 90745 |
| 14937671 | Mmef XI, LP | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025–7113 |
| 14937672 | Mmef XII, LP | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025–7113 |
| 14937673 | Mobile Modular | P.O. Box 45043 | San Francisco, CA 94145–5043 |
| 14937674 | Modesto Food Distributors – Shaw | 7601 El Camino Real | Colma, CA 94014–3107 |
| 14937675 | Moquin Press, Inc. | 555 Harbor Blvd | Belmont, CA 94002 |
| 14937676 | Mountain Mist | Payment Processing Center    P.O. Box 84447 | Seattle, WA 98124–5747 |
| 14937677 | Murray s Cheese Wholesale | 2519 Borden Ave | Long Island City, NY 11101 |
| 14937678 | Myrna Luz Sanchez | 1026 Moore Ave | Santa Ana, CA 92707 |
| 14937679 | Myrna Maloney | 7778 Perdez Ct | Citrus Heights, CA 95610 |
| 14937680 | Native Baking Company | 65 Vicksburg St | San Francisco, CA 94114 |
| 14937681 | Nelson–Jameson Inc. | P.O. Box 1147 | Marshfield, WI 54449 |
| 14937682 | Nemesio Aranzaso Iii | 119 Wilton Dr, 1 | Campbell, CA 95008 |
| 14937683 | Neofunds | P.O. Box 30193 | Tampa, FL 33630–3193 |
| 14937684 | New System | 432 Ne Tenth Ave | Portland, OR 97232 |
| 14937685 | Nextdoor.Com, Inc. | P.O. Box 398963 | San Francisco, CA 94139–8963 |
| 14937686 | Nicholas Marcheso | 47 Panorama Dr | San Francisco, CA 94131 |
| 14937687 | Nicholas N Yegani | 1203 Scott St | San Francisco, CA 94115 |

| # | Name | Address | City, State ZIP |
|---|---|---|---|
| 14937688 | Nicholas Ryan Miranda | 544 Bellevue Ave | Daly City, CA 94014 |
| 14937689 | Nicolas Angon Domingo | 566 Miller Ave, Apt 6 | South San Francisco, CA 94080 |
| 14937690 | Noelle E Hughes | 248 Greendale Way, 1 | San Jose, CA 95129 |
| 14937691 | Nyein C Naing | 1651 Crestwood Dr | San Bruno, CA 94066 |
| 14937692 | Oakville Produce Partners, LLC | c/o Leader–Picone Yong Attn Malcolm Leader–Picone, Kaipo Young 1970 Broadway, Ste 1030 | Oakland, CA 94612 |
| 14937693 | Ocean Beauty Seafoods LLC | P.O. Box 70739 | Seattle, WA 98127–1539 |
| 14937694 | Omar Osorio | 816 5th Ave | San Bruno, CA 94080 |
| 14937695 | One Stop Grocery Supply | 1435 51 St, Ste 5 | N. Bergen, NJ 07047 |
| 14937696 | Ontrac | P.O. Box 841664 | Los Angeles, CA 90084–1664 |
| 14937697 | Orin Zebest | 3015A 23rd St | San Francisco Ca, CA 94110 |
| 14937698 | Orkin – 0602 | P.O. Box 7161 | Pasadena, CA 91109–7161 |
| 14937699 | Orkin – 1223 | P.O. Box 7161 | Pasadena, CA 91109–7161 |
| 14937700 | Osvaldo Rubio–Sanchez | 1185 Montgomery Ave | San Bruno, CA 94066 |
| 14937701 | Otis Mccallister, Inc. | 300 Frank H Ogawa Plz, Ste 400 | Oakland, CA 94612 |
| 14937702 | Owen E Newman | 69 Meernaa Ave | Fairfax, CA 94930 |
| 14937703 | P D Appliance | P.O. Box 1577 | San Bruno, CA 94066 |
| 14937704 | Pacific Gourmet | 380 Valley Dr | Brisbane, CA 94005 |
| 14937705 | Pan–O–Rama Bakery | 500 Florida St. | San Francisco, CA 94110 |
| 14937706 | Parks Coffee California, Inc. | P.O. Box 110914 | Carrollton, TX 75011–0914 |
| 14937707 | Pat Lafrieda | 3701 Tonnelle Ave | North Bergen, NJ 07047 |
| 14937708 | Patricia Gonzalez | 816 5th Ave | San Bruno, CA 94066 |
| 14937709 | Patrick Cornejo Bauza | 919 Springwood Ct | Rodeo, CA 94572 |
| 14937710 | Patrick Sproull | 684 57th St | Oakland, CA 94609 |
| 14937711 | Paul C Romero | 385 Bellevue Ave | Daly City, CA 94014 |
| 14937712 | Peacock Cheese | 5403 Santa Fe Ave | Los Angeles, CA 90058 |
| 14937713 | Pepperjam LLC | P.O. Box 787432 | Philadelphia, PA 19178–7432 |
| 14937714 | Performance Food Group, Inc. | c/o Cook Collection Attorneys PLC Attn David J Cook, Esq 165 Fell St | San Francisco, CA 94102 |
| 14937715 | Performance Foods | P.O. Box 1801 | Santa Cruz, CA 95061–1801 |
| 14937716 | Peter Li | 11 Belden Pl, 714 | San Francisco, CA 94104 |
| 14937717 | Petit Pot | 158 S Spruce Ave | South San Francisco, CA 94080 |
| 14937718 | Pgs, Inc. | 5291 Bridgewood Dr. | La Palma, CA 90623 |
| 14937719 | Pop And Bottle Inc. | 1290 Sutter St, Ste 209 | San Francisco, CA 94110 |
| 14937720 | Priscilla Cheri Mccurdy | 810 S 2nd St | San Jose, CA 95112 |
| 14937721 | Puget Sound Energy | Bot–1H P.O. Box 91269 | Bellevue, WA 98009–9269 |
| 14937722 | Pure Water Partners | Dept Ch 19648 | Palatine, IL 60055–9648 |
| 14937723 | R S Erection North Peninsula, Inc. | 133 South Linden Ave | South San Francisco, CA 94080 |
| 14937724 | Rachel Klisman | 1206 Valencia, Apt 18 | San Francisco, CA 94110 |
| 14937725 | Raffetto s | 469 West Commercial Ave | Moonachie, NJ 07074 |
| 14937726 | Refrigiwear Inc. | 54 Breakstone Dr | Dahlonega, GA 30533 |
| 14937727 | Refugio C Ramirez | 556 Miller Ave Apt 4 | South San Francisco, CA 94080 |
| 14937728 | Reyna Martinez | 43 Sycamore St | San Francisco, CA 94110 |
| 14937729 | Reyna Sigaran | 66 Nautilus Place | Pittsburg, CA 94565 |
| 14937730 | Rgb Soda LLC | P.O. Box 23176 | Seattle, WA 98102 |
| 14937731 | Ria Lauren Abella Abellera | 2088 W Lagoon Rd | Pleasanton, CA 94566 |
| 14937732 | Riviera Produce | P.O. Box 6065 | Englewood, NJ 07631 |
| 14937733 | Robert John Ford | 1315 Gateview Ave, Unit A | San Francisco, CA 94130 |
| 14937734 | Robert O Munoz | 1194 Crenshaw Blvd, 7 | Los Angeles, CA 90019 |
| 14937735 | Rochelle M Wilson | 2530 Berryessa Rd, 252 | San Jose, CA 95132 |
| 14937736 | Rockenwagner | Rockenwagner Bakery 5462 W. Adams Blvd | Los Angeles, CA 90016 |
| 14937737 | Rocker Bros Meat | 405 No. Centinela Ave | Inglewood, CA 90302 |
| 14937738 | Rocker Bros. Meat Provision, Inc. | c/o Galen Davis, LLP Attn Jeffrey Galen 2945 Townsgate Rd, Ste 200 | Westlake Village, CA 91361 |
| 14937739 | Rocket Restaurant Resource | 02940 7th St. | Berkeley, CA 94710 |
| 14937740 | Roderick D Gittens | 6645 3rd St | San Francisco, CA 94124 |
| 14937741 | Rosanna Kundrotas | 3915 Crest Dr | Manhattan Beach, CA 90266 |
| 14937742 | Runt Creative, LLC | 3519 Koso St | Davis, CA 95618 |
| 14937743 | Ryan Michael Coolahan | 1569 Solano Ave P.O. Box 319 | Berkeley, CA 94707 |
| 14937744 | Ryder | 11690 NW 105 St | Miami, FL 33178 |
| 14937745 | Safetypark | 13420 Beach Ave | Marina Del Rey, CA 90292 |
| 14937746 | Salty Sweet LLC | 219 Cumberland St, 1 | San Francisco, CA 94114 |
| 14937747 | Sam Moon | 250 W El Camino Real, Apt 6300 | Sunnyvale, CA 94087 |
| 14937748 | Sam Singkeo | 1858 W Washington St | Stockton, CA 95203 |
| 14937749 | Samantha Lu Wong | 838 30th Ave | San Francisco, CA 94121 |
| 14937750 | Samie Z Bacorro | 3866 Radburn Dr | South San Francisco, CA 94080 |
| 14937751 | San Francisco Specialty | P.O. Box 2293 | Santa Fe Springs, CA 90670 |
| 14937752 | San Mateo County | 555 County Center | Redwood City, CA 94063 |
| 14937753 | Sandra J Lovo | 101 Oakridge Dr | Daly City, CA 94014 |
| 14937754 | Santiago Santos | 1750 14 St | San Pablo, CA 94806 |
| 14937755 | Santiago T Meza | 1644 S Carmelina Ave | Los Angeles, CA 90025 |
| 14937756 | Sara C Salinda | 205 N Delaware St, Unit A | San Mateo, CA 94401 |
| 14937757 | Savory Creations | 1900 O Farrell St, Ste 180 | San Mateo, CA 94403 |
| 14937758 | Schristian Gonzalez Rodriguez | 2207 Cabrillo St | San Francisco, CA 94121 |
| 14937759 | Scott Hernandez | 226 Jeffry Ranch Pl | Clayton, CA 94517 |
| 14937760 | Scott Newman | 69 Meernaa Ave | Fairfax, CA 94930 |
| 14937761 | Sea Southeast Asia Market LLC | 52 15th St | Brooklyn, NY 11215 |
| 14937762 | Sean Carpenter | 2315 14th St, Apt 1 | Santa Monica, CA 90405 |

| | | | | |
|---|---|---|---|---|
| 14937763 | Segment.Io, Inc. | 100 California St, Ste 700 | San Francisco, CA 94111 | |
| 14937764 | Semkkann, LLC | c/o Azose Commercial Properties | 8451 SE 68th St, Ste 200 | Mercer Island, WA 98040 |
| 14937765 | Sf – Water | P.O. Box 7369 | San Francisco, CA 94120–7369 | |
| 14937766 | Shane Christopher Higgins | 25 Oakmont Ct | San Pablo, CA 94806 | |
| 14937767 | Sharon Nancy Howard | 9367 River Oaks Ln | Orangevale, CA 95662–4954 | |
| 14937768 | Shawn Evans | P.O. Box 1043 | San Bruno, CA 94066 | |
| 14937769 | Sheila Elizabeth Quijivix–Sweeney | 320 N. Civic Dr, Apt 417 | Walnut Creek, CA 94546 | |
| 14937770 | Sherpa Ventures Fund, LP | 800 Market St, Ste 800 | San Francisco, CA 94102–3033 | |
| 14937771 | Sherpaeverest Fund, LP | 800 Market St, Ste 800 | San Francisco, CA 94102–3033 | |
| 14937772 | Smelly Mel s Plumbling | 300 Shaw Rd | South San Francisco, CA 94080 | |
| 14937773 | South San Francisco Scavenger Company | 500 East Jamie Ct | South San Francisco, CA 94080 | |
| 14937774 | Sprague Pest Solutions | P.O. Box 2222 | Tacoma, WA 98401 | |
| 14937775 | State Fund Compensation Insurance | P.O. Box 7441 | San Francisco, CA 94120–7441 | |
| 14937776 | Station 1 Fire Protection | 2351 N. Watney Way, A2 | Fairfield, CA 94533 | |
| 14937777 | Steve Rodriguez | 5729 W Las Positas Blvd, 303 | Plesanton, CA 94588 | |
| 14937778 | Steven Kelly | 356 2 C St | South San Francisco, CA 94080 | |
| 14937779 | Stumptown Coffee Roasters | 100 Se Salmon St | Portland, OR 97214 | |
| 14937780 | Superior Paper Plastics | 1930 E 65th St | Los Angeles, CA 90001 | |
| 14937781 | Sysco Los Angeles, Inc. | 20701 E. Currier Rd | Walnut, CA 91789–2904 | |
| 14937782 | Sysco San Francisco, Inc. | 5900 Stewart Ave | Fremont, CA 94538–3134 | |
| 14937786 | TF Cornerstone/95–97 Horatio LLC | 387 Park Ave S, 7th Fl | New York, NY 10016 | |
| 14937783 | TableArt, Inc. | 8024 Melrose Ave | Los Angeles, CA 90046 | |
| 14937784 | Tammy Muro | 24 Cumberland St | San Francisco, CA 94110 | |
| 14937785 | Teresa Chable | 2642 1/2 Mcallister St | San Francisco, CA 94118 | |
| 14937787 | The Chefs Warehouse – LA | P.O. Box 601154 | Pasadena, CA 91189–1154 | |
| 14937788 | The Chefs Warehouse – NY | P.O. Box 30943 | New York, NY 10087–0943 | |
| 14937790 | The Chefs Warehouse – SF | P.O. Box 601154 | Pasadena, CA 91189–1154 | |
| 14937789 | The Chefs Warehouse – Sea | P.O. Box 601154 | Pasadena, CA 91189–1154 | |
| 14937791 | The Produce Company | 60 Airport Blvd | South San Francisco, CA 94080 | |
| 14937792 | Thelma Miranda | 1720 Sweetwood Dr | Daly City, CA 94015 | |
| 14937793 | Thermal Shipping Solutions | 38 Miller Ave, 252 | Mill Valley, CA 94941 | |
| 14937794 | Thibaut Laffite | 215 Randall St | San Francisco, CA 94131 | |
| 14937795 | Three Babes Bakeshop | 2501 Phelps St | San Francisco, CA 94124 | |
| 14937796 | Tierney M Snow | 505 Broderick St | San Francisco, CA 94117 | |
| 14937797 | Timothy Schmitz | P.O. Box 12363 | San Francisco, CA 94112 | |
| 14937798 | Tina Lee | 2131 Santa Ynez St | Los Angeles, CA 90026 | |
| 14937799 | Tinithya Montgomery | 545 Shields St | San Francisco, CA 94132 | |
| 14937800 | Tom Cat Bakery | 43–05 10th St | Long Island City, NY 11101 | |
| 14937801 | Tomales Bay Foods | 2080 Lakeville Hwy | Petaluma, CA 94954 | |
| 14937802 | Tony s Fine Foods | P.O. Box 1501 | West Sacramento, CA 95605–1501 | |
| 14937803 | Townhouse Management | First York 86th Street Company | 70 East 55th St | New York, NY 10022 |
| 14937804 | Trevor Johnson | 621 E. Walnut Ave | Burbank, CA 91501 | |
| 14937805 | Trevor Peter Swanson | 1018 Russia Ave | San Francisco, CA 94112 | |
| 14937806 | Triple B Corp, DBA Charlie S Produce | C/O Sussman Shank Llp | Attn Jeffrey C Misley, Kristen G Hilton | 1000 SW Broadway, Ste 1400 | Portland, OR 97205–3089 |
| 14937807 | Triplepoint Venture Growth Bdc Corp. | 2755 Sand Hill Rd, Ste 150 | Menlo Park, CA 94025–7087 | |
| 14937808 | Trustpilot Inc. | 245 Fifth Ave, 5th Fl | New York, NY 10016 | |
| 14937809 | Tsue Chong Company, Inc. | 800 South Weller St | Seattle, WA 98104 | |
| 14937810 | Tung Huynh | 2855 Senter Rd, Spc 66 | San Jose, CA 95111 | |
| 14937811 | Tyler Blumenthal | 6 Presidio Ct | Corte Madera, CA 94925 | |
| 14937818 | USDA | US Bank – Fsis Lockbox | P.O. Box 979001 | St. Louis, MO 63179–9001 |
| 14937812 | Ua Connected Fitness | 211 Walter Seaholm Dr, Ste 200 | Austin, TX 78701 | |
| 14937813 | Ucs | 1600 Donner Ave | San Francisco, CA 94124 | |
| 14937814 | Uline – 220 Shaw | Attn Accounts Receivable | P.O. Box 88741 | Chicago, IL 60680–1741 |
| 14937815 | Unfi – CA | P.O. Box 742930 | Los Angeles, CA 90074–2930 | |
| 14937816 | Unified Paper Packaging, Inc. | 1809 East 42nd St | Los Angeles, CA 90058 | |
| 14937817 | Universal Steam | P.O. Box 589 | Oakley, CA 94561 | |
| 14937819 | Valley Harvest Products | 624 Worthen St | Bronx, NY 10474 | |
| 14937820 | Vanessa Morgan Morales | 2262 Woodside Ln, 3 | Sacramento, CA 95825 | |
| 14937821 | Veronica Lee Nogales | 1201 Sycamore Terrace, 181 | Sunnyvale, CA 94086 | |
| 14937822 | Vicente Javier Milan | 2420 Bayshare Blv, Apt 9 | San Francisco, CA 94134 | |
| 14937823 | Victor A. Young | 347 Cambridge St | San Francisco, CA 94134 | |
| 14937824 | Vignette Soda LLC | 2625 Alcatraz Ave, 274 | Berkeley, CA 94705 | |
| 14937825 | Vu Bui | 600 E.Weddell Dr, 146 | Sunnyvale, CA 94089 | |
| 14937826 | Wayne Wagner | 5 College Ct | Larkspur, CA 94939 | |
| 14937827 | Wesnick Inc | 19 Forest Ave | Lake Grove, NY 11755 | |
| 14937828 | White Plains Linen | 4 John Walsh Blvd | Peekskill, NY 10566 | |
| 14937829 | Wilberth Chi Gongora | 100 Farallones St | San Francisco, CA 94112 | |
| 14937830 | Wilfreddie Orellana | 76 Rosa Parks Ln | San Francisco, CA 94103 | |
| 14937831 | William Wenik | 283 Barbara Ln | Daly City, CA 94015 | |
| 14937832 | Windsor Owners Corp | 250 Park Ave S, 4th Fl | New York, NY 10003 | |
| 14937833 | Woodruff–Sawyer Co. | P.O. Box 45057 | San Francisco, CA 94145–9950 | |
| 14937834 | World Language Communications | 1800 Century Park E, Ste 600 | Los Angeles, CA 90067 | |
| 14937835 | Xerox | P.O. Box 202882 | Dallas, TX 75320–2882 | |
| 14937836 | Xerox Financial Services | 45 Glover Ave | Norwalk, CT 06850–1238 | |
| 14937837 | Xo Communications | P.O. Box 15043 | Albany, NY 12212–5043 | |

```
14937838   Yee Yuen Linen Service      2575 S. Normandie Ave    Los Angeles, CA 90007
14937839   Yi Su       1552 Marin Ave        Albany, CA 94706
14937840   Your Copier Source LLC      P.O. Box 1749       Novato, CA 94948
14937841   Yung−Huei Chiu       8 Melodylane       Irvine, CA 92614
14937842   Yusif Cural      1155 Ellis St Apt B101       San Francisco, CA 94109
14937843   Zachary Brown        1341 David St, Apt 102       San Mateo, CA 94403
14937844   Zoila E Alfaro Cerna       464 El Dorado Dr       Daly City, CA 94015
```

TOTAL: 521