DAVID J. COOK, ESQ. (SBN 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 57,999

Attorneys for Creditor
PERFORMANCE FOOD GROUP, INC.

UNITED STATED BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:                                    ) CASE NO. 19-30232 HLB 11
                                          )
    MUNCHERY, INC.,                       ) REQUEST FOR SPECIAL NOTICE
                                          )
              Debtor.                )
_____)

TO THE DEBTOR, AND TO ALL OTHER PARTIES:

PLEASE TAKE NOTICE that Creditor PERFORMANCE FOOD GROUP, INC. requests special notice of all papers, pleadings, and other matters on file herein and which may be filed from time to time in the above-entitled proceeding, and true and authentic copies be served, as follows:

DAVID J. COOK, ESQ.
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
P.O. Box 270
San Francisco, CA 94104-0270
Email: Cook@SqueezeBloodFromTurnip.com

PERFORMANCE FOOD GROUP, INC.
Attn: Cristin Garden
P.O. Box 1801
Santa Cruz, CA 95061

DATED: March 7, 2019        COOK COLLECTION ATTORNEYS

                                      By: /s/ DAVID J. COOK
                                      DAVID J. COOK, ESQ. (SBN 060859)
                                      Attorneys for Creditor
                                      PERFORMANCE FOOD GROUP, INC.