

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Proposed Counsel for
Munchery, Inc.

Signed and Filed: March 8, 2019

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.<br><br>    Debtor and Debtor in Possession. | Case No. 19-30232<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION AUTHORIZING DEBTOR TO EMPLOY OMNI MANAGEMENT GROUP AS NOTICING AGENT AND RELATED TASKS** |

The Court has considered the Application Authorizing Debtor To Employ Omni Management Group As Noticing Agent And Related Tasks (the "Application") and the accompanying Declaration of Brian K. Osborne. Based on the record before the Court, Omni Management Group ("Omni"), does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, Omni is disinterested, and its employment is in the best interest of the estate. Accordingly,

**IT IS ORDERED** that:

The Application is granted and the Debtor is authorized to employ Omni pursuant to the terms of the retention agreement attached to the Osborne Declaration to act as Noticing Agent

1  and handle related tasks concerning the administration of Debtor's case, with Omni's
2  compensation subject to the subsequent order of the Court.

3                              ** END OF ORDER **