David J. Cook (SBN 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102-5106
P.O. Box 270, San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 57,999

Attorneys for Creditor
PERFORMANCE FOOD GROUP, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

MUNCHERY, INC.

Debtor.

CASE NO.: 19-30232 HLB 11

WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE (DOC #36) AND CLAIM NO. 1 OF CREDITOR PERFORMANCE FOOD GROUP, INC.

COMES NOW Creditor PERFORMANCE FOOD GROUP, INC., who hereby withdraws its Request for Special Notice filed as Document Number 36 and its claim filed as Claim No. 1.

DATED: March 14, 2019

COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SBN 060859)
Attorney for Creditor
PERFORMANCE FOOD GROUP, INC.

**PROOF OF SERVICE**

ALL ECF PARTICIPANTS

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE (DOC #36) AND CLAIM NO. 1 OF CREDITOR PERFORMANCE FOOD GROUP, INC.

on the above-named person(s) by:

__XXX__  (BY ECF) Via the court's electronic service list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2019.

                                                 /s/ David J. Cook
                                                   David J. Cook