David J. Cook (SBN 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102-5106
P.O. Box 270, San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 57,999

Attorneys for Creditor
PERFORMANCE FOOD GROUP, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.<br><br>        Debtor.<br> | CASE NO.: 19-30232 HLB 11<br><br>WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE (DOC #36) AND CLAIM NO. 1 OF CREDITOR PERFORMANCE FOOD GROUP, INC. |

COMES NOW Creditor PERFORMANCE FOOD GROUP, INC., who hereby withdraws its Request for Special Notice filed as Document Number 36 and its claim filed as Claim No. 1.

DATED: March 14, 2019        COOK COLLECTION ATTORNEYS

                                 By:   /s/ David J. Cook
                                 DAVID J. COOK, ESQ. (SBN 060859)
                                 Attorney for Creditor
                                 PERFORMANCE FOOD GROUP, INC.

## **PROOF OF SERVICE**

1

2   ALL ECF PARTICIPANTS

3       I declare:

4       I am employed in the County of San Francisco, California. I am over the age of eighteen
     (18) years and not a party to the within cause. My business address is 165 Fell Street, San
5   Francisco, CA 94102. On the date set forth below, I served the attached:

6       WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE (DOC #36) AND CLAIM NO.
        1 OF CREDITOR PERFORMANCE FOOD GROUP, INC.

7
    on the above-named person(s) by:
8
        XXX    (BY ECF) Via the court's electronic service list.
9
        I declare under penalty of perjury that the foregoing is true and correct.
10
        Executed on March 14, 2019.
11

12                                    /s/ David J. Cook
                                      David J. Cook
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28