

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Proposed Counsel for Debtor
Munchery, Inc.

Signed and Filed: March 18, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.<br><br>Debtor and Debtor in Possession. | Case No. 19-30232<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 DEBTOR (FINESTONE HAYES LLP)** |

The Court has considered the Debtor's Application to employ Finestone Hayes LLP as its Chapter 11 counsel (the "Application") and the Declaration of Stephen D. Finestone file in support of the Application. Based upon the record before the Court, the proposed counsel does not hold or represent any interest adverse to the estate in the matters on which counsel is to be employed, that proposed counsel is disinterested, that counsel's employment is in the best interest of the estate. Accordingly, it is hereby:

**ORDERED** that the Application is granted, and the Debtor is authorized to employ Finestone Hayes LLP as its counsel under the terms and conditions set forth in the Application, with compensation subject to approval of the Court.

** END OF ORDER **

**Court Service List**

[None]