TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Trevor.Fehr@usdoj.gov

Attorneys for Tracy Hope Davis
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30232 HLB |
| MUNCHERY, INC., | Chapter 11 |
| Debtor. | |

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

| | |
|---|---|
| 1. PayPal, Inc. dba Braintree<br>Attn: Joseph DiLuia<br>222 W Merchandise Mart Plaza<br>Suite 800<br>Chicago, IL 6054 | Represented by:<br>Mikel R. Bistrow<br>Christopher Celentino<br>Dinsmore & Shohl LLP<br>655 West Broadway, #800<br>San Diego, CA 92101<br>mikel.bistrow@dinsmore.com<br>Christopher.celentino@dinsmore.com |
| 2. Performance Food Group, Inc.<br>Attn: Brad Boe<br>188 Inverness Drive West, Suite 700 | |

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

|  |  |
|---|---|
| Englewood, CO 80112<br>brad.boe@pfgc.com |  |
| 3. Joshua James Eaton Philips | Represented by:<br>René S. Roupinian<br>Jack A. Raisner<br>Outten & Golden LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>rsr@outtengolden.com<br>jar@outtengolden.com |

Dated: March 21, 2019

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Timothy S. Laffredi
Assistant United States Trustee
Office of the United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS