SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
KYLE MATHEWS, Cal. Bar No. 218384
MICHAEL LAUTER, Cal. Bar No. 246048
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398
Email: kmathews@sheppardmullin.com
       mlauter@sheppardmullin.com

Counsel for Secured Creditor, COMERICA BANK

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re: | Case No.: 19-30232-HLB |
|---|---|
| MUNCHERY INC., | Chapter 11 |
| Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE THAT**, COMERICA BANK ("Comerica"), a secured creditor in the above-captioned bankruptcy case (the "Bankruptcy Case"), through its counsel, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases.  CPF requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Case and copies of all papers served or required to be served in the Bankruptcy Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Sheppard Mullin at the following addresses:

Case: 19-30232    Doc# 74    Filed: 03/21/19    Entered: 03/21/19 12:16:24    Page 1 of 3

Sheppard, Mullin, Richter & Hampton LLP
Attn: Kyle Mathews
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
Email: kmathews@sheppardmullin.com

and

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mlauter@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, fax or otherwise filed or made with regard to the above-captioned case.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Comerica's (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after a de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Comerica is, or may be, entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Case: 19-30232    Doc# 74    Filed: 03/21/19    Entered: 03/21/19 12:16:24    Page 2 of 3

Dated: March 20, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Michael M. Lauter_____
MICHAEL M. LAUTER
KYLE MATHEWS
Attorneys for COMERICA BANK