UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

MUNCHERY, INC.,

Debtor-In-Possession.

Case No. 19-30232-HLB
Chapter 11

**NOTICE OF HEARING ON (1) MOTION FOR SALE OF ASSETS FREE AND CLEAR OF LIENS AND (2) MOTION TO ASSUME AND ASSIGN NON-RESIDENTIAL REAL PROPERTY LEASE**

Date: April 18, 2019
Time: 3:00 p.m.
Place: 450 Golden Gate Ave., Floor 16
San Francisco, CA 94102

**TO THE UNITED STATES TRUSTEE, LIENHOLDERS, CREDITORS AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will take place on April 18, 2019 at 3:00 p.m. in the courtroom of the Hon. Hannah L. Blumenstiel, 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 on the Debtor's: (1) Motion for Sale of Assets Free and Clear of Liens and (2) Motion to Assume and Assign Non-Residential Real Property Lease. These Motions are based upon this Notice, the concurrently-filed Motion for Sale of Assets Free and Clear of Liens ("Motion to Sell"), Motion to Assume and Assign Non-Residential Real Property Lease ("Motion to Assume"), Declaration of James Beriker ("Beriker Declaration"), Declaration of Stephen D. Finestone ("Finestone Declaration") and Declaration of Dominic Troilo.

**You may obtain a copy of these supporting documents by emailing the law offices of Finestone Hayes LLP at munchery-info@fhlawllp.com.**

**PLEASE TAKE FURTHER NOTICE** that the deadline to file an opposition to the above-referenced motions is April 4, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Motion to Sell seeks to sell the assets described therein free and clear of any liens. The parties whose lien rights may be affected are as follows:

- Comerica Bank;
- TriplePoint Venture Growth BDC Corp.;
- Sherpa Ventures Fund, LP;
- SherpaEverest Fund, LP;
- Menlo Ventures XI, L.P.;
- MMEF XI, L.P.;
- Menlo Ventures XII, L.P.;
- Menlo Entrepreneurs Fund XII, L.P.;
- MMEF XII, L.P.;
- BV eVenture Fund II, LP;
- COTA Capital Master Fund, L.P.;
- OA3, LLC; and

-1-

- Vive FC Fund, LP.

In addition to these listed parties, Debtor believes the following parties have filed UCC-1 lien claims against Debtor: Ocean Beauty Seafoods, LLC, Sysco Los Angeles, Inc., Xerox Financial Services, Apple Financial Services, and Corporation Service Company. The parties are collectively referred to as the "Vendor Creditors. Debtor is not selling any assets against which the Vendor Creditors could assert liens, if any, such that Debtor contends that the sale will not affect any lien claims of the Vendor Creditors.

In addition to the creditors listed above, there are numerous creditors who participated in Convertible Bridge Notes in 2017 and 2018 (the "Unperfected Noteholders"). A list of these creditors is attached to the Beriker Declaration as Exhibit C. The list includes approximately 110 parties. The proposed sale transaction is free and clear of any lien claims of the Unperfected Noteholders.

## MOTION TO SELL

Summary of Relief Sought

Debtor seeks Court approval of a sale of assets to Gate Gourmet, Inc. ("Gate"), or an overbidder if an overbid is made, free and clear of liens. The assets being sold ("Sale Assets") are described in greater detail in the Asset Purchase Agreement ("APA") between Debtor and Gate and the Schedules attached thereto. A copy of the APA is attached to the Beriker Declaration.

Debtor also seeks a determination that Gate (or any overbidder) is a good faith purchaser pursuant to Bankruptcy Code Section 363(m).

Debtor also requests a waiver of the 14-day stay of the order granting the Motion to Sell provided for in Bankruptcy Rule 6004(h) to enable the Debtor to promptly close the sale transaction and avoid incurring additional costs associated with its occupancy of the Premises.

In general terms, the Sale Assets consist of Debtor's improvements to its leased premises (the "Premises") and the extensive machinery and equipment used in the operation of Debtor's business and located on the Premises. Gate is paying Debtor $5,000,000 for the Sale Assets. In addition to the $5,000,000 being paid for the Sale Assets, Gate, or any overbidder, will provide the Landlord with a security deposit of $600,000. The $600,000 is equivalent to Debtor's security deposit with the Landlord and a letter of credit posted in Landlord's favor. When the sale closes, Landlord will return the Debtor's security deposit and the letter of credit will be terminated.

The Motion to Sell includes overbid procedures that are discussed in and attached to the Motion to Sell and set forth in a previously approved Motion to Establish Bid Procedures. Parties should consult those documents for the specifics, but in general terms an overbid must be at least $5,250,000, on terms similar or identical those in the APA, and include financial information sufficient to satisfy Debtor on the ability to close the transaction and to provide adequate assurance to the Landlord of future performance of the Lease. If Gate is not the winning bidder, it will be entitled to receive $150,000 from escrow as a break-up fee.

In addition to the Sale Assets, and as part of the overall transaction with Gate, Debtor will assume and assign its lease (the "Lease") for the Premises between itself as tenant and Eureka Ventures VI LLC ("Landlord"). The initial term of the Lease runs through April 30, 2025. The Lease includes an option to extend (the "Option") which, if exercised, extends the lease an additional ten year. The assumption and assignment of the Lease are the subject of the Motion to Assume.

## MOTION TO ASSUME LEASE

Summary of Relief Sought

The Motion to Assume is brought in conjunction with Motion to Sell. Debtor seeks to assume its Lease for the Premises and assign it to Gate or a qualified overbidder if any other party submits a timely overbid in response to the Motion to Sell.

The rent for the Premises escalates each year. The current base monthly rent is $72,100, which will increase on May 1, 2019. Additional taxes and other costs that are added to the Lease bring the monthly rent obligation to approximately $80,000. As of the filing of this Motion to Assume Lease, Debtor believes it is current on its obligations under the Lease. More particulars about the Lease and the relief requested may be found in the Motion to Assume and the Beriker Declaration.

Dated March 21, 2019　　　　　　　　　　　**FINESTONE HAYES LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　　Attorneys for Munchery, Inc.