Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30232 |
| MUNCHERY, INC. | Chapter 11 |
| Debtor and Debtor in Possession. | **STIPULATION REGARDING TURNOVER OF SECURITY DEPOSIT AND TERMINATION OF NON-RESIDENTIAL REAL PROPERTY LEASE** |

Debtor and Debtor in Possession, Munchery, Inc. ("Munchery" or "Debtor") and 95-97 Horatio L.L.C. ("Landlord"), by and through their respective counsel, enter into the following Stipulation Regarding Turnover of Security Deposit and Termination of Non-Residential Real Property Lease (the "Stipulation"):

## RECITALS

Whereas, on October 16, 2014, Debtor entered into an assignment of a lease for premises in a building commonly known as 95-97 Horatio St., New York, NY (the "Premises");

Whereas, Debtor ceased operations in, and vacated, the Premises in May, 2018;

Whereas, on August 31, 2018, Debtor entered into a sublease (the "Sublease") for the Premises with High Quality Nutrition Company LLC ("Subtenant") and Landlord consented to the Sublease;

Whereas, in February 2019, Subtenant indicated its desire to surrender the Premises and Debtor also indicated its desire to surrender the Premises, and Debtor, Subtenant and Landlord entered into a Surrender Agreement on February 1, 2019 (the "Surrender Agreement');

Whereas, the Surrender Agreement and the notice provided thereunder required Subtenant to vacate the Premises by March 6, 2019 and Subtenant vacated the Premises on March 8, 2019;

Whereas, Debtor and Subtenant failed to pay rent for the period of January 1, 2019 through March 8, 2019;

Whereas, Landlord is currently in possession of Debtor's security deposit of $98,833.69 (the "Security Deposit") and wishes to deduct from the Security Deposit the rent due for the period of January 1, 2019 through March 8, 2019 and turnover the balance of the Security Deposit to Debtor.

Based on the foregoing recitals, Debtor and Landlord stipulate as follows:

1.      Landlord shall deduct from the Security Deposit the sum of $40,748.91 (the "Unpaid Rent") for the period of January 1, 2019 through and including March 8, 2019, which Unpaid Rent consists of the following: Base Rent of $35,302.59; real estate taxes of $4,846.32; and a move out fee of $600.  Once Landlord deducts the Unpaid Rent, Debtor will have no further obligations to Landlord.

2.      Landlord shall turnover the unused portion of the Security Deposit in the amount of $58,084.48 (the "Turnover Funds") by check payable to Debtor.

3.      After this Bankruptcy Court so orders, Landlord shall send its check in the amount of the Turnover Funds via Federal Express to Munchery, Inc., attention: James Beriker, 220 Shaw Road, South San Francisco, CA 94080.

4.      Once Debtor receives the Turnover Funds, Landlord shall have no further obligation to Debtor.

5. Debtor and Landlord request that the Bankruptcy Court enter an order approving the terms of this Stipulation.

Dated: March 25, 2019                    FINESTONE HAYES LLP


                                         /s/ Stephen D. Finestone
                                         Stephen D. Finestone
                                         Attorneys for Munchery, Inc.


Dated: March 25, 2019                    95-97 Horatio L.L.C.


                                 ___     /s/ Jo-Ann Whitehorn
                                         Jo-Ann H. Whitehorn
                                         Deputy General Counsel and Vice
                                         President