| Debtor Name | **Munchery, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **19-30232** |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................

$164,339.76

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................

$125,555,973.66

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.............................................................................

$125,720,313.42

## Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................

$83,479.25

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................

**+**   $7,619,084.99

4.    **Total liabilities** ..............................................................................................
Lines 2 + 3a + 3b

$7,702,564.24

| Debtor Name | **Munchery, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **19-30232** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| | **All cash of cash equivalents owned or controlled by the debtor** | | |
| 2. | **Cash on hand** | | $22,464.71 |

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Comerica Bank | Operating Checking | 4668 | $6,558.63 |
| 3.2 | Comerica Bank | Payables Checking | 4718 | $3,928.73 |
| 3.3 | Comerica Bank | Payroll Sweep Account | 4700 | $11,519.93 |
| 3.4 | Comerica Bank | Sales Revenue Sweep Account | 4684 | $457.42 |

4.  **Other cash equivalents**

| | | |
|---|---|---|
| 4.1 | Comerica Bank - Pledge Account 7071 | $241,522.37 |

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$286,451.79** |
|---|

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 2 of 89

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

<b>Current value of<br>debtor's interest</b>

**7.    Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---:|
| 7.1 | Applied Underwriters<br>Workers Compensation Deposit | $89,856.00 |
| 7.2 | Regency Centers<br>Potrero Parking Parking Deposits | $1,000.00 |
| 7.3 | Armanino LLP<br>Retainer - Consulting Services | $30,000.00 |
| 7.4 | Giant Eagle<br>Transaction Deposit | $100,000.00 |
| 7.5 | Auto Chlor<br>Sanitation Machine Deposit | $979.00 |
| 7.6 | Century Entertainment Inc.<br>Office Space Deposit | $5,200.00 |
| 7.7 | Amin Group, LLC<br>Fulfillment Center Deposit | $13,260.00 |
| 7.8 | TableArt, Inc.<br>Fulfillment Center Deposit | $13,382.00 |
| 7.9 | SEMKKANN, LLC<br>Fulfillment Center Deposit | $4,481.00 |
| 7.10 | Townhouse Management (First York 86th Street Company)<br>Fulfillment Center Deposit | $30,000.00 |
| 7.11 | Windsor Owners Corp<br>Fulfillment Center Deposit | $15,000.00 |
| 7.12 | TF Cornerstone/95-97 Horatio LLC<br>NY Production Facility Deposit | $50,115.00 |
| 7.13 | Eureka Ventures VI<br>SF Production Facility Deposit | $300,000.00 |
| 7.14 | Farzaneh Amini<br>Fulfillment Center Deposit | $11,000.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

**9.    Total of Part 2**                                                                          $664,273.00
        Add lines 7 through 8.  Copy the total to line 81.

| Part 3: | Accounts Receivable |
|---|---|

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 3 of 89

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $17,092.85 | - | $0.00 = | $17,092.85 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | $191,838.60 | - | $0.00 = | $191,838.60 |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$208,931.45**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

## Part 5:  Inventory, excluding agricultural assets

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 4 of 89

18. **Does the debtor own any inventory (excluding agricultural assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No.

    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No.

    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No.

    ☐ Yes.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 5 of 89

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops - either planted of harvested**

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 6 of 89

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1   Office Furniture | $33,432.85 | Unknown | $33,432.85 |
| 40. **Office fixtures** | | | |
| 40.1   Leasehold Improvements | $3,755,210.17 | Unknown | $3,755,210.17 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Computer Equipment | $29,565.00 | Unknown | $29,565.00 |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$3,818,208.02

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

Case: 19-30232   Doc# 94   Filed: 03/29/19   Entered: 03/29/19 15:38:16   Page 7 of 89

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:**     **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   Kitchen Equipment | $1,396,593.40 | Unknown | $1,396,593.40 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$1,396,593.40

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 8 of 89

☑ No.

☐ Yes.

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1    See attached Schedule A/B Exhibit 55                                                     $164,339.76

56.  **Total of Part 9.**                                                                        | $164,339.76 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 9 of 89

**60.  Patents, copyrights, trademarks, or trade secrets**

| | | | |
|---|---|---|---|
| 60.1 | Trademark in Munchery Trade Name | Unknown | Unknown | Unknown |

**61.  Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | See attached Schedule A/B Exhibit | | | Unknown |

**62.  Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1 | Giant Eagle - License to the Business's Technology | $3,181,516.00 | Unknown | $3,181,516.00 |

**63.  Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| 63.1 | Customer Lists in San Francisco, Los Angeles, New York, and Seattle | Unknown | Unknown | Unknown |

**64.  Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| 64.1 | Software technology platform  to operate the business and related administrative tools | Unknown | Unknown | Unknown |
| 64.2 | Over 3000 recipes with photographs | Unknown | Unknown | Unknown |
| 64.3 | Customer ordering/ behavior data | Unknown | Unknown | Unknown |

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| |
|---|
| **$3,181,516.00** |

**67.  Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 10 of 89

☑ No.

☐ Yes.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** |  |  |
| Description (include name of obligor) |  |  |

_____  -  _____  =  _____
Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| 72.1 | Federal and State NOL's | Multiple years through 6/2017 | $116,000,000.00 |
|---|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    | $116,000,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 12:**     **Summary**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | $286,451.79 | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | $664,273.00 | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | $208,931.45 | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | $3,818,208.02 | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | $1,396,593.40 | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | $164,339.76 |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | $3,181,516.00 | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | $116,000,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column.   91a. | $125,555,973.66   **+**   91b. | $164,339.76 |
| 92. | **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92.................................................. | | $125,720,313.42 |

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 12 of
89

SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 9, QUESTION 55

ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR
LAND WHICH THE DEBTOR OWNS OR IN WHICH THE
DEBTOR HAS AN INTEREST

**Munchery, Inc.**
**Case No. 19-30232**
**Schedule AB-55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Landord | Location of Property | Description | Nature and Extent of Debtor's Interest | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| Eureka Ventures VI | 220 Shaw Rd, South San Francisco, CA 94080 | Kitchen/Distribution | Leased Property | $87,748.36 | Unknown | $87,748.36 |
| Farzaneh Amini | 935 Howard St, San Francisco, CA 94103 | Fulfillment Center | Leased Property | $6,190.00 | Unknown | $6,190.00 |
| Breather Products Inc | 165 10th St, San Francisco, CA 94103 | Executive Office | Leased Property | $9,300.00 | Unknown | $9,300.00 |
| Century Entertainment Inc. | 4508 Del Rey Ave, Los Angeles, CA 90292 | Office Kiosk w/ 2 spaces | Leased Property | $2,600.00 | Unknown | $2,600.00 |
| Amin Group, LLC | 3200 Olympic Blvd, Santa Monica, CA 90404 | | Leased Property - Currently Subleased | $8,528.89 | Unknown | $8,528.89 |
| TableArt, Inc. | 5242 West Washington Blvd, Los Angeles, CA 90016 | | Leased Property - Currently Subleased | $6,691.15 | Unknown | $6,691.15 |
| SEMKKANN, LLC | 3025 1st Ave, Ste B, Seattle, WA 98121 | Belltown FC | Leased Property | $6,349.00 | Unknown | $6,349.00 |
| Asian Pacific Properties, LLC | 1207 S. Jackson St, Ste 209, Seattle, WA 98144 (Ding How Center) | Kitchen/Distribution | Leased Property | Unknown | Unknown | Unknown |
| Asian Pacific Properties, LLC | 1207 S. Jackson St, Ste 210, Seattle, WA 98144 (Ding How Center) | Kitchen/Distribution | Leased Property | Unknown | Unknown | Unknown |
| Windsor Owners Corp | 5 Tudor City Pl, New York, NY 10017 (701 1st Ave) | Fulfillment Center | Leased Property - Currently Subleased | $7,956.75 | Unknown | $7,956.75 |
| TF Cornerstone/95-97 Horatio LLC | 95-97 Horatio St, New York, NY 10014 (521 West St) | HQ/Kitchen/Distribution | Leased Property - Currently Subleased | $17,720.61 | Unknown | $17,720.61 |
| Townhouse Management (First York 86th Street Company) | 435 East 86th St, New York, NY 10028 | Fulfillment Center | Leased Property - Currently Subleased | $11,255.00 | Unknown | $11,255.00 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**Munchery, Inc.**
**Case No. 19-30232**
**Schedule A/B Exhibit: 61. Internet domain names and websites**

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| battleforthemenu.com | Unknown | Unknown | Unknown |
| goeatbetter.com | Unknown | Unknown | Unknown |
| lab32.io | Unknown | Unknown | Unknown |
| mnch.es | Unknown | Unknown | Unknown |
| mnch.in | Unknown | Unknown | Unknown |
| mnch.io | Unknown | Unknown | Unknown |
| mnch.it | Unknown | Unknown | Unknown |
| mnch.li | Unknown | Unknown | Unknown |
| mnch.me | Unknown | Unknown | Unknown |
| mnch.us | Unknown | Unknown | Unknown |
| munchery.cafe | Unknown | Unknown | Unknown |
| munchery.cc | Unknown | Unknown | Unknown |
| munchery.club | Unknown | Unknown | Unknown |
| munchery.co | Unknown | Unknown | Unknown |
| munchery.com | Unknown | Unknown | Unknown |
| munchery.cooking | Unknown | Unknown | Unknown |
| munchery.delivery | Unknown | Unknown | Unknown |
| munchery.farm | Unknown | Unknown | Unknown |
| munchery.info | Unknown | Unknown | Unknown |
| munchery.kitchen | Unknown | Unknown | Unknown |
| munchery.life | Unknown | Unknown | Unknown |
| munchery.market | Unknown | Unknown | Unknown |
| munchery.me | Unknown | Unknown | Unknown |
| munchery.menu | Unknown | Unknown | Unknown |
| munchery.net | Unknown | Unknown | Unknown |
| munchery.org | Unknown | Unknown | Unknown |
| munchery.restaurant | Unknown | Unknown | Unknown |
| munchery.store | Unknown | Unknown | Unknown |
| munchery.team | Unknown | Unknown | Unknown |
| munchery.tv | Unknown | Unknown | Unknown |
| themunchery.com | Unknown | Unknown | Unknown |

| Debtor Name | **Munchery, Inc.** | |
|---|---|---|
| **United States Bankruptcy Court for the Northern District of California** | | |
| Case number (if known): | **19-30232** | ☐ Check if this is an amended filing |

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

### 2.1

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **APPLE FINANCIAL SERVICES** | UCC | | |
| Creditor's mailing address | | UNKNOWN | UNKNOWN |
| **P.O. BOX 35701** | | | |
| **BILLINGS, MT 59107-5701** | Describe the lien | | |
| | Equipment Leased and Proceeds | | |
| Creditor's email address, if known | Is the creditor an insider or related party? | | |
| | ☒ No | | |
| Date debt was incurred  **12/01/2014 & 01/25/2016** | ☐ Yes | | |
| Last four digits of account number | Is anyone else liable on this claim? | | |
| Do multiple creditors have an interest in the same property? | ☒ No | | |
| ☒ No | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is: | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

### 2.2

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **COMERICA BANK** | UCC | | |
| Creditor's mailing address | | UNKNOWN | UNKNOWN |
| **39200 W. SIX MILE RD** | | | |
| **LIVONIA, MI 48152-2656** | Describe the lien | | |
| | Accounts & Assets | | |
| Creditor's email address, if known | Is the creditor an insider or related party? | | |
| | ☒ No | | |
| Date debt was incurred  **12/30/2014** | ☐ Yes | | |
| Last four digits of account number | Is anyone else liable on this claim? | | |
| Do multiple creditors have an interest in the same property? | ☒ No | | |
| ☒ No | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| ☐ Yes. Have you already specified the relative priority? | As of the petition filing date, the claim is: | | |
| ☒ No. Specify each creditor, including this creditor, and its relative priority. | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| ☐ Yes.  The relative priority of creditors is specified on lines | ☒ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  `$0.00`

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  1 of 8

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 17 of 89

| **Part 1:** | Additional Page(s) |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.3**    **Creditor's name**
CORPORATION SERVICE COMPANY

**Describe debtor's property that is subject to a lien**
UCC

**Amount of Claim:** UNKNOWN    **Value of collateral:** UNKNOWN

**Creditor's mailing address**
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

**Describe the lien**
Computer Equipment

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  07/08/2014, 08/12/2014, 08/2

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☑ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
| X | Contingent |
| X | Unliquidated |
| X | Disputed |

---

**2.4**    **Creditor's name**
BV EVENTURE FUND II, LP

**Describe debtor's property that is subject to a lien**
UCC

**Amount of Claim:** UNKNOWN    **Value of collateral:** UNKNOWN

**Creditor's mailing address**
600 MONTGOMERY ST, 473RD FL
SAN FRANCISCO, CA 94111-2818

**Describe the lien**
Assets

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  2/16/2017

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☑ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
| X | Contingent |
| X | Unliquidated |
| X | Disputed |

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 18 of 89

| **Part 1:** | Additional Page(s) |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

---

**2.5**

Creditor's name
MENLO ENTREPRENEURS FUND XII, LP

Creditor's mailing address
3000 SAND HILL RD, 100
MENLO PARK, CA 94025-7113

Creditor's email address, if known

Date debt was incurred  2/16/2017

Last four digits of
account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC

Describe the lien
Assets

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Amount of Claim:** UNKNOWN   **Value of collateral:** UNKNOWN

---

**2.6**

Creditor's name
MENLO VENTURES XI, LP

Creditor's mailing address
3000 SAND HILL RD, 100
MENLO PARK, CA 94025-7113

Creditor's email address, if known

Date debt was incurred  2/16/2017

Last four digits of
account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC

Describe the lien
Assets

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Amount of Claim:** UNKNOWN   **Value of collateral:** UNKNOWN

---

Case: 19-30232   Doc# 94   Filed: 03/29/19   Entered: 03/29/19 15:38:16   Page 19 of 89

| Debtor Name | **Munchery, Inc.** | Case number (if known): **19-30232** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.7**

Creditor's name
MENLO VENTURES XII, LP

Describe debtor's property that is subject to a lien
UCC

UNKNOWN        UNKNOWN

Creditor's mailing address
3000 SAND HILL RD, 100
MENLO PARK, CA 94025-7113

Creditor's email address, if known

Describe the lien
Assets

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  2/16/2017

Last four digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
X Contingent
X Unliquidated
X Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.8**

Creditor's name
MMEF XI, LP

Describe debtor's property that is subject to a lien
UCC

UNKNOWN        UNKNOWN

Creditor's mailing address
3000 SAND HILL RD, 100
MENLO PARK, CA 94025-7113

Creditor's email address, if known

Describe the lien
Assets

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  2/16/2017

Last four digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
X Contingent
X Unliquidated
X Disputed

☐ Yes.  The relative priority of creditors is specified on lines

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 20 of 89

Debtor Name  **Munchery, Inc.**    Case number (if known): **19-30232**

| **Part 1:** | **Additional Page(s)** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |

**2.9**

Creditor's name
MMEF XII, LP

Creditor's mailing address
3000 SAND HILL RD, 100
MENLO PARK, CA 94025-7113

Creditor's email address, if known

Date debt was incurred  2/16/2017

Last four digits of
account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC     UNKNOWN     UNKNOWN

Describe the lien
Assets

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**2.10**

Creditor's name
OCEAN BEAUTY SEAFOODS LLC

Creditor's mailing address
P.O. BOX 70739
SEATTLE, WA 98127-1539

Creditor's email address, if known

Date debt was incurred  7/23/2018

Last four digits of
account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
UCC     UNKNOWN     UNKNOWN

Describe the lien
Equipment

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 21 of 89

| Part 1: | Additional Page(s) |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | | **Amount of Claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- | --- |

**2.11**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| SHERPAEVEREST FUND, LP | UCC | | |
| | | UNKNOWN | UNKNOWN |

Creditor's mailing address

800 MARKET ST, STE 800
SAN FRANCISCO, CA 94103-3033

Describe the lien

Creditor's email address, if known

Assets

Date debt was incurred  2/16/2017

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Last four digits of
account number

**Is anyone else liable on this claim?**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**

☑ No. Specify each creditor, including this creditor, and its relative priority.

| X | Contingent |
| X | Unliquidated |
| X | Disputed |

☐ Yes. The relative priority of creditors is specified on lines

**2.12**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| SHERPA VENTURES FUND, LP | UCC | | |
| | | UNKNOWN | UNKNOWN |

Creditor's mailing address

800 MARKET ST, STE 800
SAN FRANCISCO, CA 94103-3033

Describe the lien

Creditor's email address, if known

Assets

Date debt was incurred  2/16/2017

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Last four digits of
account number

**Is anyone else liable on this claim?**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**

☑ No. Specify each creditor, including this creditor, and its relative priority.

| X | Contingent |
| X | Unliquidated |
| X | Disputed |

☐ Yes. The relative priority of creditors is specified on lines

Case: 19-30232   Doc# 94   Filed: 03/29/19   Entered: 03/29/19 15:38:16   Page 22 of 89

| Debtor Name | **Munchery, Inc.** | Case number (if known): **19-30232** |
|---|---|---|

## Part 1: Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.13**

**Creditor's name**
SYSCO LOS ANGELES, INC.

**Describe debtor's property that is subject to a lien**
UCC

UNKNOWN        UNKNOWN

**Creditor's mailing address**
20701 E. CURRIER RD
WALNUT, CA 91789-2904

**Describe the lien**
Inventory

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 6/27/2018

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
X Contingent
X Unliquidated
X Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.14**

**Creditor's name**
SYSCO SAN FRANCISCO, INC.

**Describe debtor's property that is subject to a lien**
UCC

UNKNOWN        UNKNOWN

**Creditor's mailing address**
5900 STEWART AVE
FREMONT, CA 94538-3134

**Describe the lien**
Inventory

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 10/27/2017

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
X Contingent
X Unliquidated
X Disputed

☐ Yes.  The relative priority of creditors is specified on lines

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 23 of 89

## Part 1:   Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.15**

**Creditor's name**
TRIPLEPOINT VENTURE GROWTH BDC CORP.

**Creditor's mailing address**
2755 SAND HILL RD, STE 150
MENLO PARK, CA 94025-7087

**Creditor's email address, if known**

**Date debt was incurred** 6/30/2016

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC

**Describe the lien**
Unspecified

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Amount of Claim: **UNKNOWN**     Value of collateral: **UNKNOWN**

**2.16**

**Creditor's name**
XEROX FINANCIAL SERVICES

**Creditor's mailing address**
45 GLOVER AVE
NORWALK, CT 06850-1238

**Creditor's email address, if known**

**Date debt was incurred** 6/18/2015

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?
- [x] No. Specify each creditor, including this creditor, and its relative priority.
- [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC

**Describe the lien**
Xerox Equipment

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

Amount of Claim: **UNKNOWN**     Value of collateral: **UNKNOWN**

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 24 of 89

| Debtor Name | **Munchery, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **19-30232** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*  (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CITY AND COUNTY OF SAN FRANCISCO
BUREAU OF DELINQUENT REVENUE
ATTN:EDMUNDO BORGEN
P.O. BOX 7027
SAN FRANCISO, CA 94120-7027

As of the petition filing date, the claim is:          **$23,479.25**          **$23,479.25**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
6/21/2018

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

**2.2** Priority creditor's name and mailing address
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

As of the petition filing date, the claim is:          **$10,000.00**          **$10,000.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

**2.3** Priority creditor's name and mailing address
LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054

As of the petition filing date, the claim is:          **$0.00**          **$0.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
TAXES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8     )

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 25 of 89

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.4** **Priority creditor's name and mailing address**
SAN MATEO COUNTY
555 COUNTY CENTER
REDWOOD CITY, CA 94063

**As of the petition filing date, the claim is:**      **$50,000.00**      **$50,000.00**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8         )

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 26 of
89

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**
- SEE ATTACHED EXHIBIT -

     As of the petition filing date, the claim is:     **$1,544,720.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GIFT CARDS
NOT REDEEMED

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
- SEE ATTACHED EXHIBIT -

     As of the petition filing date, the claim is:     **$1,238,995.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GIFT CARDS
REDEEMED

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
- SEE ATTACHED EXHIBIT -

     As of the petition filing date, the claim is:     **$116,216.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GROUP GIFTS
NOT REDEEMED

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**
- SEE ATTACHED EXHIBIT -

     As of the petition filing date, the claim is:     **$339,082.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
GROUP GIFTS
REDEEMED

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

72 POINT
231 FRONT ST, STE 125
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**  $4,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

AALABEL INC
6958 SIERRA CT
DUBLIN, CA 94568

**As of the petition filing date, the claim is:**  $614.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

ACC BUSINESS
P.O. BOX 105306
ATLANTA, GA 30348-5306

**As of the petition filing date, the claim is:**  $4,617.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1205747

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ACTIVE PERSONNEL
41 WEST 33RD ST
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**  $1,581.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 28 of
89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.9** Nonpriority creditor's name and mailing address
ADP, LLC
P.O. BOX 31001-1874
PASADENA, CA 91110

As of the petition filing date, the claim is: **$24,756.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
ADVANTAGE TELECOM
5242 W WASHINGTON 2300
P.O. BOX 5454
VENTURA, CA 93005-0454

As of the petition filing date, the claim is: **$1,050.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number
2300

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
ADVANTAGE TELECOM - 3200 OLYMPIC (2295)
P.O. BOX 5454
VENTURA, CA 93005-0454

As of the petition filing date, the claim is: **$2,421.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number
2295

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
ALCHEMY OF BAKING
1248 WEST 134TH ST, STE 4
GARDENA, CA 90247

As of the petition filing date, the claim is: **$5,626.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448

As of the petition filing date, the claim is:            **UNKNOWN**
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.14** Nonpriority creditor's name and mailing address
AMERICOLD, INC.
80 SMITH ST, STE 2
FARMINGDALE, NY 11735

As of the petition filing date, the claim is:            **$884.25**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number
1130157

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address
AMIN GROUP, LLC
4367 CLEAR VALLEY DR
ENCINO, CA 91436

As of the petition filing date, the claim is:            **$17,509.52**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
LANDLORD

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.16** Nonpriority creditor's name and mailing address
ANALYTICS PROS, INC.
5325 BALLARD AVE NW, STE 300
SEATTLE, WA 98107

As of the petition filing date, the claim is:            **$2,750.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 30 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
APPLE FINANCIAL SERVICES 8220
P.O. BOX 30310
LOS ANGELES, CA 90030

As of the petition filing date, the claim is:                    $14.05
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
90136458220

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.18** Nonpriority creditor's name and mailing address
AREA DISTRIBUTOR - 220 SHAW
P.O. BOX 8589
SAN JOSE, CA 95155

As of the petition filing date, the claim is:                    $21,211.64
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
323092 + 323080

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.19** Nonpriority creditor's name and mailing address
ARTISAN MACARON
255 MENDELL ST
SAN FRANCISCO, CA 94124

As of the petition filing date, the claim is:                    $16,522.80
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.20** Nonpriority creditor's name and mailing address
ASTRONOVA, INC.
P.O. BOX 419820
BOSTON, MA 02241-9820

As of the petition filing date, the claim is:                    $28,416.19
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
426546

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.21** Nonpriority creditor's name and mailing address
AUTO CHLOR
971 25TH ST
SAN FRANCISCO, CA 94107

As of the petition filing date, the claim is:    $4,202.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
31016724

Is the claim subject to offset?
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address
AUTO-CHLOR SYSTEM - SEATTLE
4315 7TH AVE S
SEATTLE, WA 98108

As of the petition filing date, the claim is:    $1,970.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
141100006

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address
AUTOMATED PACKAGING SYSTEMS
10175 PHILLIPP PKWY
STREETSBORO, OH 44241

As of the petition filing date, the claim is:    $4,498.93
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
59797

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address
AWARE GPS
16305 SWINGLEY RIDGE RD, STE 100
CHESTERFIELD, MO 63017

As of the petition filing date, the claim is:    $1,379.31
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.25** | **Nonpriority creditor's name and mailing address**
BAKER COMMODITIES
4020 BANDINI BLVD
VERNON, CA 90058

**As of the petition filing date, the claim is:**              $850.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
24875-00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
BALDOR
P.O. BOX 5411
NEW YORK, NY 10087-5411

**As of the petition filing date, the claim is:**              $15,520.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
MUNCHE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
BARGREEN ELLINGSON
LOCKBOX 310055
P.O. BOX 94328
SEATTLE, WA 98124-6628

**As of the petition filing date, the claim is:**              $2,531.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
105-39000634

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
BASIC PACIFIC
P.O. BOX 775339
CHICAGO, IL 60677-5339

**As of the petition filing date, the claim is:**              $130.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 33 of 89

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

### 3.29
**Nonpriority creditor's name and mailing address**
BAUMAR
253 CAPP ST
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00

### 3.30
**Nonpriority creditor's name and mailing address**
BAY ALARM COMPANY
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
3107134

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,776.49

### 3.31
**Nonpriority creditor's name and mailing address**
BERTAGNI 1882 USA
1672 WILLAMETTE FALLS DR, STE B
PORTLAND, OR 97068

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,865.50

### 3.32
**Nonpriority creditor's name and mailing address**
BETTER WORLD B2B, LLC
50 TRISH CT
DANVILLE, CA 94506

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 34 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.33**

**Nonpriority creditor's name and mailing address**
BHB PEST ELIMINATION
150 W 28 ST, STE 702
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
2628

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,438.65

---

**3.34**

**Nonpriority creditor's name and mailing address**
BIG JOE CALIFORNIA NORTH, INC.
25932 EDEN LANDING RD
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,803.58

---

**3.35**

**Nonpriority creditor's name and mailing address**
BLP WHOLESALE
50 CONSTANCE CT
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,608.49

---

**3.36**

**Nonpriority creditor's name and mailing address**
BLUESHIFT LABS, INC.
231 SANSOME ST, STE 300
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,168.00

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,677.48 |

BREX
153 TOWNSEND ST, 6TH FL
SAN FRANCISCO, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,000.00 |

BRIGHTEDGE TECHNOLOGIES, INC.
989 E. HILLSDALE BLVD, STE 300
FOSTER CITY, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,101.73 |

BRINKS SECURITY/MONITRONICS INTRNL
C/O ROSENTHAL, MORGAN, AND THOMAS, INC.
12747 OLIVE BLVD, STE 250
ST. LOUIS, MO 63141

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,011.42 |

BROWN LINE, LLC
P.O. BOX 34026
SEATTLE, WA 98124-1026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
MU4081

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232      Doc# 94      Filed: 03/29/19      Entered: 03/29/19 15:38:16      Page 36 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                         **Amount of claim**

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $165.00
BRUSIK QUALITY APPLIANCES
50 CHUMASERO DR, APT 1D
SAN FRANCISCO, CA 94132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $565.05
BUTTERMILK BAKESHOP
260 5TH AVE
BROOKLYN, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,500.00
CALIFORNIA ALUMNI ASSOCIATION
1 ALUMNI HOUSE
BERKELEY, CA 94720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,956.20
CALIFORNIA SUPPLY NORTH, INC.
P.O. BOX 39180
LOS ANGELES, CA 90030-0180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.45** **Nonpriority creditor's name and mailing address**
CALIFORNIA WATER SERVICE COMPANY
LA (5884067301)
P.O. BOX 51967
LOS ANGELES, CA 90051-6267

As of the petition filing date, the claim is:  $155.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
5884067301

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
CALIFORNIA WATER SERVICE COMPANY
LA (1237519514)
P.O. BOX 51967
LOS ANGELES, CA 90051-6267

As of the petition filing date, the claim is:  $998.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
1237519514

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
CALIFORNIA WATER SERVICE COMPANY
SSF
P.O. BOX 51967
LOS ANGELES, CA 90051-6267

As of the petition filing date, the claim is:  $1,156.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
9128276830

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
CAPTIVEAIRE
P.O. BOX 60270
CHARLOTTE, NC 28260

As of the petition filing date, the claim is:  $1,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
596953

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 38 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | **Amount of claim** |

**3.49**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,971.42 |
|---|---|---|

CEDAR GROVE ORGANICS RECYCLING LLC
7343 E. MARGINAL WAY S.
SEATTLE, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
15585

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,254.95 |
|---|---|---|

CHARLIE'S PRODUCE
P.O. BOX 24606
SEATTLE, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
75390

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|

CHARTIO
222 KEARNY ST, STE 525
SAN FRANCISCO, CA 94108

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $644.40 |
|---|---|---|

CHATDESK INC
902 BROADWAY
NEW YORK, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 39 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,771.12
CHECKR
440 N WOLFE RD, STE 2224
SUNNYVALE, CA 94085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,981.40
CIGNA - DENTAL
5476 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,733.07
CINTAS CORPORATION - 220 SHAW
P.O. BOX 29059
PHOENIX, AZ 85038-9059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
8372

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $286,358.60
CITY AND COUNTY OF SAN FRANCISCO
C/O OLSE
ATTN: BIANCA POLOVINA, COMPLIANCE OFFICER
CITY HALL, RM 453
1 DR. CARLTON B. GOODLETT PLACE
SAN FRANCISCO, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SETTLEMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.57** Nonpriority creditor's name and mailing address
CLUB DEMONSTRATION SERVICES, INC.
P.O. BOX 744818
ATLANTA, GA 30374-4818

As of the petition filing date, the claim is:     $5,226.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
COGENT COMMUNICATIONS, INC.
P.O. BOX 791087
BALTIMORE, MD 21279-1087

As of the petition filing date, the claim is:     $35,407.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**
MUNCHERY00001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
COMCAST BUSINESS
P.O. BOX 60533
CITY OF INDUSTRY, CA 91716

As of the petition filing date, the claim is:     $2,094.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
CONTINENTAL FLEET PAINT & BODY, INC.
TERMINAL ANNEX
P.O. BOX 86066
LOS ANGELES, CA 90086

As of the petition filing date, the claim is:     $5,315.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.61** **Nonpriority creditor's name and mailing address**
COOL SOLUTIONS
178 WEST HILL PL
BRISBANE, CA 94005

As of the petition filing date, the claim is:                              $18,629.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**
COSTARELLA SEAFOODS, INC.
ATTENTION: STEPHEN M. BECKWITH
C/O LAW OFFICE OF STEPHEN M. BECKWITH
ATTN: STEPHEN M. BECKWITH
1400 NORTH DUTTON, STE 21
SANTA ROSA, CA 95401

As of the petition filing date, the claim is:                              UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
2/13/2019

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**
COSTARELLA SEAFOODS, INC.
PIER 45 SHED B, 8
P.O. BOX 192484
SAN FRANCISCO, CA 94119-2484

As of the petition filing date, the claim is:                              $92,702.41
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
MUNC10

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**
COZZINI BROS., INC.
350 HOWARD AVE
DES PLAINES, IL 60018

As of the petition filing date, the claim is:                              $439.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 19-30232      Doc# 94      Filed: 03/29/19      Entered: 03/29/19 15:38:16      Page 42 of 89

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.65**

**Nonpriority creditor's name and mailing address**
CROSSOVER MARKETS, INC.
401 CONGRESS AVE, STE 2650
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**                    $70,632.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
1881815482

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**
CRUMBLE & WHISK
2948 FOLSOM ST
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:**                    $1,750.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**
CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:**                    $2,660.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
COMPLIANCE

**Last 4 digits of account number**
9401020069

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
CUCINA FRESCA
8300 MILITARY RD S, STE 120
SEATTLE, WA 98108

**As of the petition filing date, the claim is:**                    $838.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 43 of
89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.69**

**Nonpriority creditor's name and mailing address**
DANDELION CHOCOLATE INC
740 VALENCIA ST
SAN FRANCISCO, CA 94110

**Date or dates debt was incurred**

**Last 4 digits of account number**
432953424

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,252.86

**3.70**

**Nonpriority creditor's name and mailing address**
DANLIES INC.
383 BEACH RD
BURLINGAME, CA 94010

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR CREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.71**

**Nonpriority creditor's name and mailing address**
DARBY SMART, INC
830 MENLO AVE, STE 100
MENLO PARK, CA 94025

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,500.00

**3.72**

**Nonpriority creditor's name and mailing address**
DEIBEL LABORATORIES OF CALIFORNIA
P.O. BOX 1056
OSPREY, FL 34229-1056

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,796.03

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 44 of 89

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                                            **Amount of claim**

**3.73**   **Nonpriority creditor's name and mailing address**
DEL MONTE MEAT
P.O. BOX 101831
PASADENA, CA 91189-1831

As of the petition filing date, the claim is:      $149,556.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
201994

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74**   **Nonpriority creditor's name and mailing address**
DIGILINK
4676 ADMIRALTY WAY, STE 530
MARINA DEL REY, CA 90292

As of the petition filing date, the claim is:      $3,922.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75**   **Nonpriority creditor's name and mailing address**
DIGITAL INSURANCE, INC.
ATTN: COMMISSIONS
200 GALLERIA PKWY, STE 1950
ATLANTA, GA 30339

As of the petition filing date, the claim is:      $23,511.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**   **Nonpriority creditor's name and mailing address**
DLA PIPER LLP
P.O. BOX 75190
BALTIMORE, MD 21275

As of the petition filing date, the claim is:      $113,530.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 45 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.77** Nonpriority creditor's name and mailing address
DORA'S NATURALS, INC
21 EMPIRE BLVD
SOUTH HACKENSACK, NJ 07606

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

$1,153.60

Date or dates debt was incurred

Last 4 digits of account number
27743

Is the claim subject to offset?
☑ No
☐ Yes

**3.78** Nonpriority creditor's name and mailing address
EARL'S ORGANIC PRODUCE
2101 JERROLD AVE, STE 100
SAN FRANCISCO, CA 94124

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

$1,708.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.79** Nonpriority creditor's name and mailing address
EC WILSON
P.O. BOX 82473
KENMORE, WA 98028

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

$33,817.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.80** Nonpriority creditor's name and mailing address
ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PL
CHICAGO, IL 60673-1241

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

$797.42

Date or dates debt was incurred

Last 4 digits of account number
2903830

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.81**

**Nonpriority creditor's name and mailing address**
ECOLAB, INC.
P.O. BOX 100512
PASADENA, CA 91189-0512

As of the petition filing date, the claim is:                    $4,299.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
10453883

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**
ELKWOOD, INC.
1736 64TH ST, 2ND FL
BROOKLYN, NY 11204

As of the petition filing date, the claim is:                    $2,690.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**
EMSL ANALYTICAL
3356 WEST CATALINA DR
PHOENIX, AZ 85017

As of the petition filing date, the claim is:                    $1,709.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**
ENCORE OILS
C/O SQPB
P.O. BOX 10027
EUGENE, OR 97440

As of the petition filing date, the claim is:                    $1,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.85**

**Nonpriority creditor's name and mailing address**
EPICUREAN BUTTER COMPANY, INC.
9355 ELM CT
FEDERAL HEIGHTS, CO 80260

**As of the petition filing date, the claim is:**  $2,638.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**
ERIN QUON
410 VIEWPARK CT
MILL VALLEY, CA 94941

**As of the petition filing date, the claim is:**  $1,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**
FARZANEH AMINI
260 VICENTE ST
SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**  $12,380.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LANDLORD

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
FATTED CALF CHARCUTERIE
644 C FIRST ST
NAPA, CA 94559

**As of the petition filing date, the claim is:**  $581.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.89**

**Nonpriority creditor's name and mailing address**
FEDEX
P.O. BOX 223125
PITTSBURGH, PA 15251-2125

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,237.37

---

**3.90**

**Nonpriority creditor's name and mailing address**
FENWICK & WEST
SILICON VALLEY CENTER
801 CALIFORNIA ST
MOUNTAIN VIEW, CA 94041

**Date or dates debt was incurred**

**Last 4 digits of account number**
30097

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,162.22

---

**3.91**

**Nonpriority creditor's name and mailing address**
FLATWORLD SOLUTIONS INC.
PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD, STE 200
PRINCETON, NJ 08540

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,414.30

---

**3.92**

**Nonpriority creditor's name and mailing address**
FRESH GREEN, INC.
1970 JERROLD AVE
SAN FRANCISCO, CA 94124

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,948.25

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.93**    **Nonpriority creditor's name and mailing address**

FRUIT BARN WHOLESALES INC.
1728 OCEAN AVE, 209
SAN FRANCISCO, CA 94112

**As of the petition filing date, the claim is:**    $9,585.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**

GEYSER BEVERAGE
174 LAWRENCE DR, C
LIVERMORE, CA 94551

**As of the petition filing date, the claim is:**    $537.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**

GLASSDOOR, INC.
DEPARTMENT 3436
P.O. BOX 123436
DALLAS, TX 75312-3436

**As of the petition filing date, the claim is:**    $1,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**    **Nonpriority creditor's name and mailing address**

GO GREEN DISTRIBUTION, INC.
P.O. BOX 8072
COVINGTON, WA 98042

**As of the petition filing date, the claim is:**    $164.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 50 of 89

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

                                                                   **Amount of claim**

**3.97**

**Nonpriority creditor's name and mailing address**
GOLDEN STATE OVERNIGHT DELIVERY SERVICE, INC.
P.O. BOX 1907
SAN RAMON, CA 94583

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,190.50**

---

**3.98**

**Nonpriority creditor's name and mailing address**
GOOD STUFF DISTRIBUTOR, INC
132 W HARRIS AVE
SOUTH SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**
02/06/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**UNKNOWN**

---

**3.99**

**Nonpriority creditor's name and mailing address**
GOOD STUFF DISTRIBUTOR, INC
2000 MCKINNON AVE
SAN FRANCISCO, CA 94124-1621

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUNCHERY

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,268.28**

---

**3.100**

**Nonpriority creditor's name and mailing address**
GOOGLE
DEPT 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

**Last 4 digits of account number**
765644

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**$148,153.13**

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 51 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**

GREENHOUSE SOFTWARE
GREENHOUSE SOFTWARE, INC.
P.O. BOX 392683
PITTSBURGH, PA 15251-9683

**$700.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**

GREENLEAF - 220 SHAW
P.O. BOX 45192
SAN FRANCISCO, CA 94145-0192

**$2,425.91**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUNSSF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

GRUBMARKET
21136 S WILMINGTON AVE, 300
CARSON, CA 90810

**$1,295.50**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

GRUBMARKET DBA FRESH GREEN
C/O MAGSTONE LAW
ATTN: BING RYAN
4633 OLD IRONSIDES DR, STE 160
SANTA CLARA, CA 95054

**$10,441.40**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

|  | **Amount of claim** |

**3.105** **Nonpriority creditor's name and mailing address**                                                      $25,324.00

HACK'S FOOD SAFETY
3004 HAMPTON RD
MARTINEZ, CA 94553

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.106** **Nonpriority creditor's name and mailing address**                                                      $742.40

HAIG'S DELICACIES
25673 NICKEL PL
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.107** **Nonpriority creditor's name and mailing address**                                                      $1,092.80

HANSON & FITCH
P.O. BOX 175
DANVILLE, CA 94526

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.108** **Nonpriority creditor's name and mailing address**                                                      $3,415.50

HAPPY MOOSE JUICE
P.O. BOX 24564
SAN FRANCISCO, CA 94124

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 53 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.109**

**Nonpriority creditor's name and mailing address**
HODO SOY BEANERY
2923 ADELINE ST
OAKLAND, CA 94608

**As of the petition filing date, the claim is:**                              $3,649.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
HOWELL ELECTRIC, INC.
3390 VISO CT
SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**                              $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
MOMUN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
HUNGRY ALMA
15 PACIFIC BAY CIR, 201
SAN BRUNO, CA 94066

**As of the petition filing date, the claim is:**                              $3,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
HYGIENA LLC
FILE 2007
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2007

**As of the petition filing date, the claim is:**                              $404.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232      Doc# 94      Filed: 03/29/19      Entered: 03/29/19 15:38:16      Page 54 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.113** Nonpriority creditor's name and mailing address
I. HALPER
51 HOOK RD
BAYONNE, NJ 07002

Date or dates debt was incurred

Last 4 digits of account number
MUNCHE

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☑ No
☐ Yes

$56,304.72

**3.114** Nonpriority creditor's name and mailing address
INTELLIMIZE, INC.
341 DWIGHT RD
BURLINGAME, CA 94010

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☑ No
☐ Yes

$18,332.00

**3.115** Nonpriority creditor's name and mailing address
INTERNATIONAL DELICACIES INC.
2100 ATLAS RD, F
RICHMOND, CA 94806

Date or dates debt was incurred

Last 4 digits of account number
0

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☑ No
☐ Yes

$238.80

**3.116** Nonpriority creditor's name and mailing address
ISCALE SOLUTIONS
1 NORTH BRIDGE RD, 17-02
HIGH ST CENTER
SINGAPORE, 179094
SINGAPORE

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☑ No
☐ Yes

$6,408.21

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** | **Nonpriority creditor's name and mailing address**
ITALFOODS, INC.
205 SHAW RD
SO SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is:  $21,048.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118** | **Nonpriority creditor's name and mailing address**
ITERABLE
71 STEVENSON ST
SAN FRANCISCO, CA 94105

As of the petition filing date, the claim is:  $2,805.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119** | **Nonpriority creditor's name and mailing address**
JACOBS FARM
DEPT 33339
P.O. BOX 39000
SAN FRANCISCO, CA 94139-3339

As of the petition filing date, the claim is:  $4,197.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120** | **Nonpriority creditor's name and mailing address**
JACOBSEN SALT CO.
602 SE SALMON ST
PORTLAND, OR 97214

As of the petition filing date, the claim is:  $2,279.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 56 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.121**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $1,428.35

JOANIS MECHANICAL
9849 17TH AVE S.W.
P.O. BOX 360
SEATTLE, WA 98146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN

JOSHUA JAMES EATON PHILLIPS AND CHRISTINA BROOKS
C/O OUTTEN & GOLDEN LLP
ATTN: GAIL LIN CHUNG, JACK A. RAISNER, RENE S. ROUPINIAN
ONE CALIFORNIA ST, STE 1250
SAN FRANCISCO, CA 94111

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
02/11/2019

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $226,937.69

JTR AREA DISTRIBUTORS, INC.
C/O HOPKINS CARLEY
ATTN: BRECK E. MILDE
70 S FIRST ST
SAN JOSE, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $3,000.00

JULIE E. SMITH
744 MARIN DR
MILL VALLEY, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.125**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $18,214.82
JULIUS SILVERT INC.
P.O. BOX 824559
PHILADELPHIA, PA 19182-4559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**          **Is the claim subject to offset?**
150512          ☑ No
☐ Yes

**3.126**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $42,928.22
KAEL FOODS
1636 GILBRETH RD
BURLINGAME, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**          **Is the claim subject to offset?**
1210          ☑ No
☐ Yes

**3.127**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $3,450.72
KIMINO DRINKS INC.
ATTN: MARKUS SCHLAGETER
77 VAN NESS AVE, STE 101
P.O. BOX 2008
SAN FRANCISCO, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

**3.128**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $95.00
LA REFRIGERATION COLD SERVICE
5104 W. WASHINGTON BLVD
LOS ANGELES, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**          **Is the claim subject to offset?**
0          ☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 58 of
89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

| | | **Amount of claim** |
|---|---|---|

**3.129** Nonpriority creditor's name and mailing address

LA SPECIALTY PRODUCE CO.
ATTENTION: JUNE MONROE
DBA SAN FRANCISCO SPECIALTY
C/O RYNN & JANOWSKY, LLP
ATTN: JUNE MONROE
4100 NEWPORT PL DR, STE 700
NEWPORT BEACH, CA 92660

As of the petition filing date, the claim is:          $20,425.61

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

09/22/2018

**Last 4 digits of account number**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.130** Nonpriority creditor's name and mailing address

LANLOGIC, INC.
248 RICKENBACKER CIR
LIVERMORE, CA 94551

As of the petition filing date, the claim is:          $4,800.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.131** Nonpriority creditor's name and mailing address

LEVEL 6 SHREDDING
P.O. BOX 14061
SAN FRANCISCO, CA 94114-0061

As of the petition filing date, the claim is:          $297.80

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.132** Nonpriority creditor's name and mailing address

LINKEDIN
62228 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0622

As of the petition filing date, the claim is:          $14,175.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

TRADE DEBT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 59 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.133** Nonpriority creditor's name and mailing address
LITTLER MENDELSON, PC
P.O. BOX 207137
DALLAS, TX 75320-7137

As of the petition filing date, the claim is:   $43,797.89
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
LEGAL

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.134** Nonpriority creditor's name and mailing address
LOB
185 BERRY ST, STE 1510
SAN FRANCISCO, CA 94107

As of the petition filing date, the claim is:   $213.14
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
0

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.135** Nonpriority creditor's name and mailing address
LURTON MARKETING
15245 MINNETONKA BLVD
MINNETONKA, MN 55345

As of the petition filing date, the claim is:   $782.67
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.136** Nonpriority creditor's name and mailing address
LUSAMERICA FOODS, INC.
P.O. BOX 2563
MORGAN HILL, CA 95038

As of the petition filing date, the claim is:   $5,026.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
MUNCH

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.137** Nonpriority creditor's name and mailing address
LUXE SEAFOOD
732 S. ALAMEDA ST
LOS ANGELES, CA 90021

As of the petition filing date, the claim is: $834.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
MUN000

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address
MACRINA BAKERY
19215 66TH AVE S
KENT, WA 98032

As of the petition filing date, the claim is: $944.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number
MUNCHY

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address
MARIE MORIN CANADA
9995 AV DE CATANIA, E
BROSSARD, QC J4Z 3V6
CANADA

As of the petition filing date, the claim is: $3,801.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address
MARTIN BOGETZ
108 TERRACE AVE, 2
KENTFIELD, CA 94904-1531

As of the petition filing date, the claim is: UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred
2/14/2019

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 61 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.141**  **Nonpriority creditor's name and mailing address**

MATAGRANO INC
P.O. BOX 2588
S SAN FRANCISCO, CA 94083

**As of the petition filing date, the claim is:**          $1,966.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
16438

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142**  **Nonpriority creditor's name and mailing address**

MEAGHAN EDELSTEIN CONSULTANT
4375 SUNSET CAY CIR
BOYNTON BEACH, FL 33436

**As of the petition filing date, the claim is:**          $3,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**

MEDOSWEET FARMS, INC.
P.O. BOX 749
KENT, WA 98035-0749

**As of the petition filing date, the claim is:**          $532.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**

MENUMAX
ATTN: ANDREA BURNETT
P.O. BOX 2628
FORT WORTH, TX 76113

**As of the petition filing date, the claim is:**          $329.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 62 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.145** | Nonpriority creditor's name and mailing address
MERLINO FOODS
P.O. BOX 80069
SEATTLE, WA 98108

As of the petition filing date, the claim is:                    $13,589.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**
21800

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address
METRO LOCKSMITHS, INC.
2045 DIVISADERO ST
SAN FRANCISCO, CA 94115

As of the petition filing date, the claim is:                    $1,190.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**
Munchery

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address
METTLER-TOLEDO SAFELINE
22677 NETWORK PL
CHICAGO, IL 60673-1226

As of the petition filing date, the claim is:                    $1,473.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address
MICRO-CHEM LABS, INC.
9168 DE SOTO AVE
CHATSWORTH, CA 91311

As of the petition filing date, the claim is:                    $872.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.149**  **Nonpriority creditor's name and mailing address**

MOBILE MODULAR
P.O. BOX 45043
SAN FRANCISCO, CA 94145-5043

**As of the petition filing date, the claim is:**    $6,327.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**  **Nonpriority creditor's name and mailing address**

MODESTO FOOD DISTRIBUTORS - SHAW
7601 EL CAMINO REAL
COLMA, CA 94014-3107

**As of the petition filing date, the claim is:**    $61,505.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
216100

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**  **Nonpriority creditor's name and mailing address**

MOQUIN PRESS, INC.
555 HARBOR BLVD
BELMONT, CA 94002

**As of the petition filing date, the claim is:**    $3,433.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152**  **Nonpriority creditor's name and mailing address**

MOUNTAIN MIST
PAYMENT PROCESSING CENTER
P.O. BOX 84447
SEATTLE, WA 98124-5747

**As of the petition filing date, the claim is:**    $50.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.153**  **Nonpriority creditor's name and mailing address**

MURRAY'S CHEESE WHOLESALE
2519 BORDEN AVE
LONG ISLAND CITY, NY 11101

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUNCHERY

**As of the petition filing date, the claim is:**                                    $5,025.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**  **Nonpriority creditor's name and mailing address**

MYRNA MALONEY
7778 PERDEZ CT
CITRUS HEIGHTS, CA 95610

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $1,804.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**  **Nonpriority creditor's name and mailing address**

NATIVE BAKING COMPANY
65 VICKSBURG ST
SAN FRANCISCO, CA 94114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $4,718.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**  **Nonpriority creditor's name and mailing address**

NELSON-JAMESON INC.
P.O. BOX 1147
MARSHFIELD, WI 54449

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $740.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 65 of 89

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.157**

**Nonpriority creditor's name and mailing address**
NEOFUNDS
P.O. BOX 30193
TAMPA, FL 33630-3193

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
7900 0440 8012 6976

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.68

---

**3.158**

**Nonpriority creditor's name and mailing address**
NEW SYSTEM
432 NE TENTH AVE
PORTLAND, OR 97232

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
600030-00000

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,084.59

---

**3.159**

**Nonpriority creditor's name and mailing address**
NEXTDOOR.COM, INC.
P.O. BOX 398963
SAN FRANCISCO, CA 94139-8963

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$154,256.70

---

**3.160**

**Nonpriority creditor's name and mailing address**
NICHOLAS MARCHESO
47 PANORAMA DR
SAN FRANCISCO, CA 94131

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

$243.12

---

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 66 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.161** **Nonpriority creditor's name and mailing address**
OAKVILLE PRODUCE PARTNERS, LLC
ATTENTION: MALCOLM LEADER-PICONE, KAIPO K.B. YOUNG
C/O LEADER-PICONE & YONG
ATTN: MALCOLM LEADER-PICONE, KAIPO K.B. YOUNG
1970 BROADWAY, STE 1030
OAKLAND, CA 94612

**Date or dates debt was incurred**
01/30/2019

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $45,787.27
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.162** **Nonpriority creditor's name and mailing address**
ONE STOP GROCERY SUPPLY
1435 51 ST, STE 5
N. BERGEN, NJ 07047

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:          $966.34
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.163** **Nonpriority creditor's name and mailing address**
ONTRAC
P.O. BOX 841664
LOS ANGELES, CA 90084-1664

**Date or dates debt was incurred**

**Last 4 digits of account number**
190996

As of the petition filing date, the claim is:          $1,373.74
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.164** **Nonpriority creditor's name and mailing address**
ORKIN – 0602
P.O. BOX 7161
PASADENA, CA 91109-7161

**Date or dates debt was incurred**

**Last 4 digits of account number**
28260602

As of the petition filing date, the claim is:          $790.50
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 67 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.165** | **Nonpriority creditor's name and mailing address**
ORKIN - 1223
P.O. BOX 7161
PASADENA, CA 91109-7161

**As of the petition filing date, the claim is:**        $112.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
27741223

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
OTIS MCCALLISTER, INC.
300 FRANK H OGAWA PLZ, STE 400
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**        $710.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address**
P&D APPLIANCE
P.O. BOX 1577
SAN BRUNO, CA 94066

**As of the petition filing date, the claim is:**        $1,576.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**
PACIFIC GOURMET
380 VALLEY DR
BRISBANE, CA 94005

**As of the petition filing date, the claim is:**        $632.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
M424

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 68 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.169**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $1,000,000.00
PAGEMILL PARTNERS
C/O DUFF & PHELPS SECURITIES, LLC               ☐ Contingent
ATTN: CHRISTIAN BENNETT                          ☐ Unliquidated
1950 UNIVERSITY AVE, STE 400                     ☒ Disputed
EAST PALO ALTO, CA 94303
                                                 **Basis for the claim:**
**Date or dates debt was incurred**              LITIGATION

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☒ No
                                                 ☐ Yes

**3.170**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $7,819.46
PAN-O-RAMA BAKERY
500 FLORIDA ST.                                  ☐ Contingent
SAN FRANCISCO, CA 94110                           ☐ Unliquidated
                                                 ☐ Disputed
                                                 **Basis for the claim:**
**Date or dates debt was incurred**              TRADE DEBT

**Last 4 digits of account number**              **Is the claim subject to offset?**
180                                              ☒ No
                                                 ☐ Yes

**3.171**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $324.45
PARKS COFFEE CALIFORNIA, INC.
P.O. BOX 110914                                  ☐ Contingent
CARROLLTON, TX 75011-0914                         ☐ Unliquidated
                                                 ☐ Disputed
                                                 **Basis for the claim:**
**Date or dates debt was incurred**              TRADE DEBT

**Last 4 digits of account number**              **Is the claim subject to offset?**
0                                                ☒ No
                                                 ☐ Yes

**3.172**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $23,999.40
PAT LAFRIEDA
3701 TONNELLE AVE                                ☐ Contingent
NORTH BERGEN, NJ 07047                            ☐ Unliquidated
                                                 ☐ Disputed
                                                 **Basis for the claim:**
**Date or dates debt was incurred**              TRADE DEBT

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                 ☒ No
                                                 ☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.173**  **Nonpriority creditor's name and mailing address**

PEACOCK CHEESE
5403 SANTA FE AVE
LOS ANGELES, CA 90058

**As of the petition filing date, the claim is:**                          $2,939.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE DEBT

**Last 4 digits of account number**           **Is the claim subject to offset?**

☑ No
☐ Yes

**3.174**  **Nonpriority creditor's name and mailing address**

PEPPERJAM LLC
P.O. BOX 787432
PHILADELPHIA, PA 19178-7432

**As of the petition filing date, the claim is:**                          $13,959.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE DEBT

**Last 4 digits of account number**           **Is the claim subject to offset?**

☑ No
☐ Yes

**3.175**  **Nonpriority creditor's name and mailing address**

PERFORMANCE FOOD GROUP, INC.
ATTENTION: DAVID J COOK, ESQ
C/O COOK COLLECTION ATTORNEYS PLC
ATTN: DAVID J COOK, ESQ
165 FELL ST
SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**                          UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            LITIGATION
02/14/2019

**Last 4 digits of account number**           **Is the claim subject to offset?**

☑ No
☐ Yes

**3.176**  **Nonpriority creditor's name and mailing address**

PERFORMANCE FOODS
P.O. BOX 1801
SANTA CRUZ, CA 95061-1801

**As of the petition filing date, the claim is:**                          $80,783.39

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**            TRADE DEBT

**Last 4 digits of account number**           **Is the claim subject to offset?**
62006078
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.177** | **Nonpriority creditor's name and mailing address**
PETIT POT
158 S SPRUCE AVE
SOUTH SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is:     $2,995.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
munchery LA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**
PGS, INC.
5291 BRIDGEWOOD DR.
LA PALMA, CA 90623

As of the petition filing date, the claim is:     $3,001.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**
POP AND BOTTLE INC.
1290 SUTTER ST, STE 209
SAN FRANCISCO, CA 94110

As of the petition filing date, the claim is:     $1,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**
PUGET SOUND ENERGY
BOT-1H
P.O. BOX 91269
BELLEVUE, WA 98009-9269

As of the petition filing date, the claim is:     $113.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
220004000000

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232     Doc# 94     Filed: 03/29/19     Entered: 03/29/19 15:38:16     Page 71 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.181** | Nonpriority creditor's name and mailing address
PURE WATER PARTNERS
DEPT CH 19648
PALATINE, IL 60055-9648

As of the petition filing date, the claim is:                                     **$1,065.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
9816

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address
R & S ERECTION NORTH PENINSULA, INC.
133 SOUTH LINDEN AVE
SOUTH SAN FRANCISCO, CA 94080

As of the petition filing date, the claim is:                                     **$1,722.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address
RAFFETTO'S
469 WEST COMMERCIAL AVE
MOONACHIE, NJ 07074

As of the petition filing date, the claim is:                                     **$1,059.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUNCHE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address
REFRIGIWEAR INC.
54 BREAKSTONE DR
DAHLONEGA, GA 30533

As of the petition filing date, the claim is:                                     **$1,100.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 72 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.185**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |
| --- | --- | --- |

RGB SODA LLC
P.O. BOX 23176
SEATTLE, WA 98102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.186**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,292.77 |
| --- | --- | --- |

RIVIERA PRODUCE
P.O. BOX 6065
ENGLEWOOD, NJ 07631

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
MUN

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.187**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,330.84 |
| --- | --- | --- |

ROCKENWAGNER
ROCKENWAGNER BAKERY
5462 W. ADAMS BLVD
LOS ANGELES, CA 90016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1035

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.188**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $136,713.77 |
| --- | --- | --- |

ROCKER BROS MEAT
405 NO. CENTINELA AVE
INGLEWOOD, CA 90302

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1516705

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 73 of 89

<table>
<tr><td>Part 2:</td><td>List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

| | | Amount of claim |
|---|---|---|

**3.189 Nonpriority creditor's name and mailing address**
ROCKER BROS. MEAT & PROVISION, INC.
ATTENTION: JEFFREY GALEN
C/O GALEN & DAVIS, LLP
ATTN: JEFFREY GALEN
2945 TOWNSGATE RD, STE 200
WESTLAKE VILLAGE, CA 91361

**Date or dates debt was incurred**
01/29/2019

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.190 Nonpriority creditor's name and mailing address**
ROCKET RESTAURANT RESOURCE
02940 7TH ST.
BERKELEY, CA 94710

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.191 Nonpriority creditor's name and mailing address**
RUNT CREATIVE, LLC
3519 KOSO ST
DAVIS, CA 95618

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **$6,370.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.192 Nonpriority creditor's name and mailing address**
RYDER
11690 NW 105 ST
MIAMI, FL 33178

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    **UNKNOWN**
[ ] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                                                                      Amount of claim

**3.193** | **Nonpriority creditor's name and mailing address**
SAFETYPARK
13420 BEACH AVE
MARINA DEL REY, CA 90292

As of the petition filing date, the claim is:                                         $1,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194** | **Nonpriority creditor's name and mailing address**
SALTY SWEET LLC
219 CUMBERLAND ST, 1
SAN FRANCISCO, CA 94114

As of the petition filing date, the claim is:                                         $405.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195** | **Nonpriority creditor's name and mailing address**
SAN FRANCISCO SPECIALTY
P.O. BOX 2293
SANTA FE SPRINGS, CA 90670

As of the petition filing date, the claim is:                                         $18,129.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
689000

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.196** | **Nonpriority creditor's name and mailing address**
SAVORY CREATIONS
1900 O FARRELL ST, STE 180
SAN MATEO, CA 94403

As of the petition filing date, the claim is:                                         $648.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                 Amount of claim

**3.197**   **Nonpriority creditor's name and mailing address**
SEA SOUTHEAST ASIA MARKET LLC
52 15TH ST
BROOKLYN, NY 11215

As of the petition filing date, the claim is:      $1,032.07
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
M95-MP

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.198**   **Nonpriority creditor's name and mailing address**
SEGMENT.IO, INC.
100 CALIFORNIA ST, STE 700
SAN FRANCISCO, CA 94111

As of the petition filing date, the claim is:      $7,500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.199**   **Nonpriority creditor's name and mailing address**
SEMKANN, LLC
C/O AZOSE COMMERCIAL PROPERTIES
8451 SE 68TH ST, STE 200
MERCER ISLAND, WA 98040

As of the petition filing date, the claim is:      $19,047.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
LANDLORD

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.200**   **Nonpriority creditor's name and mailing address**
SEMKANN, LLC
C/O AZOSE COMMERCIAL PROPERTIES
8451 SE 68TH ST, STE 200
MERCER ISLAND, WA 98040

As of the petition filing date, the claim is:      $6,349.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Case: 19-30232     Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 76 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.201**

**Nonpriority creditor's name and mailing address**
SF - WATER
P.O. BOX 7369
SAN FRANCISCO, CA 94120-7369

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$443.19

---

**3.202**

**Nonpriority creditor's name and mailing address**
SMELLY MEL'S PLUMBING
300 SHAW RD
SOUTH SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,712.00

---

**3.203**

**Nonpriority creditor's name and mailing address**
SOUTH SAN FRANCISCO SCAVENGER COMPANY, INC.
500 EAST JAMIE CT
SOUTH SAN FRANCISCO, CA 94080

**Date or dates debt was incurred**

**Last 4 digits of account number**
Munchery

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,783.75

---

**3.204**

**Nonpriority creditor's name and mailing address**
SPRAGUE PEST SOLUTIONS
P.O. BOX 2222
TACOMA, WA 98401

**Date or dates debt was incurred**

**Last 4 digits of account number**
10027372

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$175.62

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 77 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.205** | **Nonpriority creditor's name and mailing address**
STATE FUND COMPENSATION INSURANCE
P.O. BOX 7441
SAN FRANCISCO, CA 94120-7441

As of the petition filing date, the claim is:                    $207,423.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INSURANCE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**
STATION 1 FIRE PROTECTION
2351 N. WATNEY WAY, A2
FAIRFIELD, CA 94533

As of the petition filing date, the claim is:                    $781.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**
STUMPTOWN COFFEE ROASTERS
100 SE SALMON ST
PORTLAND, OR 97214

As of the petition filing date, the claim is:                    $75.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**
SUPERIOR PAPER & PLASTICS
1930 E 65TH ST
LOS ANGELES, CA 90001

As of the petition filing date, the claim is:                    $19,649.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

            **Amount of claim**

**3.209**

**Nonpriority creditor's name and mailing address**
SYSCO LOS ANGELES, INC.
20701 E CURRIER
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
56879

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,428.01

---

**3.210**

**Nonpriority creditor's name and mailing address**
TABLEART, INC.
8024 MELROSE AVE
LOS ANGELES, CA 90046

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LANDLORD

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,382.30

---

**3.211**

**Nonpriority creditor's name and mailing address**
TEA CRUSH
139 MITCHELL AVE, 112 SOUTH
SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,594.40

---

**3.212**

**Nonpriority creditor's name and mailing address**
TF CORNERSTONE/95-97 HORATIO LLC
387 PARK AVE S, 7TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LANDLORD

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,441.22

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.213**

**Nonpriority creditor's name and mailing address**
THE CHEFS' WAREHOUSE - LA
P.O. BOX 601154
PASADENA, CA 91189-1154

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1087671

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,659.15

---

**3.214**

**Nonpriority creditor's name and mailing address**
THE CHEFS' WAREHOUSE - NY
P.O. BOX 30943
NEW YORK, NY 10087-0943

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1075864

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,067.21

---

**3.215**

**Nonpriority creditor's name and mailing address**
THE CHEFS' WAREHOUSE - SEA
P.O. BOX 601154
PASADENA, CA 91189-1154

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
1076066

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,399.10

---

**3.216**

**Nonpriority creditor's name and mailing address**
THE CHEFS' WAREHOUSE - SF
P.O. BOX 601154
PASADENA, CA 91189-1154

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
763526

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,911.75

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

---

**3.217**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            $52,246.80

THE PRODUCE COMPANY
60 AIRPORT BLVD
SOUTH SAN FRANCISCO, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        TRADE DEBT

**Last 4 digits of account number**                    **Is the claim subject to offset?**
Munchery                                               ☑ No
                                                        ☐ Yes

---

**3.218**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            $12,247.84

THERMAL SHIPPING SOLUTIONS
38 MILLER AVE, 252
MILL VALLEY, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        TRADE DEBT

**Last 4 digits of account number**                    **Is the claim subject to offset?**
Munchery                                               ☑ No
                                                        ☐ Yes

---

**3.219**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            $18,044.44

THREE BABES BAKESHOP
2501 PHELPS ST
SAN FRANCISCO, CA 94124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        TRADE DEBT

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                        ☐ Yes

---

**3.220**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            $364.46

TOM CAT BAKERY
43-05 10TH ST
LONG ISLAND CITY, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
                                                        TRADE DEBT

**Last 4 digits of account number**                    **Is the claim subject to offset?**
MUNC50                                                 ☑ No
                                                        ☐ Yes

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 81 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                        **Amount of claim**

**3.221**   **Nonpriority creditor's name and mailing address**

TOMALES BAY FOODS
2080 LAKEVILLE HWY
PETALUMA, CA 94954

**Date or dates debt was incurred**

**Last 4 digits of account number**
DJPB

As of the petition filing date, the claim is:       $4,479.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.222**   **Nonpriority creditor's name and mailing address**

TONY'S FINE FOODS
P.O. BOX 1501
WEST SACRAMENTO, CA 95605-1501

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:       $2,521.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.223**   **Nonpriority creditor's name and mailing address**

TOWNHOUSE MANAGEMENT
(FIRST YORK 86TH STREET COMPANY)
70 EAST 55TH ST
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:       $22,510.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LANDLORD

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.224**   **Nonpriority creditor's name and mailing address**

TRIPLE B CORPORATION, DBA CHARLIE'S PRODUCE
C/O SUSSMAN SHANK LLP
ATTN: JEFFREY C. MISLEY, KRISTEN G. HILTON
1000 SW BROADWAY, STE 1400
PORTLAND, OR 97205-3089

**Date or dates debt was incurred**
11/21/2018

**Last 4 digits of account number**

As of the petition filing date, the claim is:       $24,041.33

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 19-30232     Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 82 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.225** Nonpriority creditor's name and mailing address
TRUSTPILOT INC.
245 FIFTH AVE, 5TH FL
NEW YORK, NY 10016

As of the petition filing date, the claim is:          $900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis for the claim:
TRADE DEBT

Last 4 digits of account number
Is the claim subject to offset?
☑ No
☐ Yes

**3.226** Nonpriority creditor's name and mailing address
TSUE CHONG COMPANY, INC.
800 SOUTH WELLER ST
SEATTLE, WA 98104

As of the petition filing date, the claim is:          $34.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis for the claim:
TRADE DEBT

Last 4 digits of account number
113250
Is the claim subject to offset?
☑ No
☐ Yes

**3.227** Nonpriority creditor's name and mailing address
UA CONNECTED FITNESS
211 WALTER SEAHOLM DR, STE 200
AUSTIN, TX 78701

As of the petition filing date, the claim is:          $7,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis for the claim:
TRADE DEBT

Last 4 digits of account number
Is the claim subject to offset?
☑ No
☐ Yes

**3.228** Nonpriority creditor's name and mailing address
UCS
1600 DONNER AVE
SAN FRANCISCO, CA 94124

As of the petition filing date, the claim is:          $418.75
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Basis for the claim:
TRADE DEBT

Last 4 digits of account number
279
Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.229**  **Nonpriority creditor's name and mailing address**
ULINE - 220 SHAW
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**    $8,803.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**                   **Is the claim subject to offset?**
8525205                                                ☑ No
                                                       ☐ Yes

**3.230**  **Nonpriority creditor's name and mailing address**
UNFI - CA
P.O. BOX 742930
LOS ANGELES, CA 90074-2930

**As of the petition filing date, the claim is:**    $40,139.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**                   **Is the claim subject to offset?**
42301                                                  ☑ No
                                                       ☐ Yes

**3.231**  **Nonpriority creditor's name and mailing address**
UNIFIED PAPER & PACKAGING, INC.
1809 EAST 42ND ST
LOS ANGELES, CA 90058

**As of the petition filing date, the claim is:**    $2,392.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**                   **Is the claim subject to offset?**
9670                                                   ☑ No
                                                       ☐ Yes

**3.232**  **Nonpriority creditor's name and mailing address**
UNIVERSAL STEAM
P.O. BOX 589
OAKLEY, CA 94561

**As of the petition filing date, the claim is:**    $5,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number**                   **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 84 of 89

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                            **Amount of claim**

**3.233** Nonpriority creditor's name and mailing address

USDA
US BANK - FSIS LOCKBOX
P.O. BOX 979001
ST. LOUIS, MO 63179-9001

As of the petition filing date, the claim is:     **$1,383.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
COMPLIANCE

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.234** Nonpriority creditor's name and mailing address

VALLEY HARVEST PRODUCTS
624 WORTHEN ST
BRONX, NY 10474

As of the petition filing date, the claim is:     **$748.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number
0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.235** Nonpriority creditor's name and mailing address

VIGNETTE SODA LLC
2625 ALCATRAZ AVE, 274
BERKELEY, CA 94705

As of the petition filing date, the claim is:     **$5,268.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.236** Nonpriority creditor's name and mailing address

WESNICK INC
19 FOREST AVE
LAKE GROVE, NY 11755

As of the petition filing date, the claim is:     **$134.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
TRADE DEBT

Last 4 digits of account number
0

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.237**

**Nonpriority creditor's name and mailing address**
WHITE PLAINS LINEN
4 JOHN WALSH BLVD
PEEKSKILL, NY 10566

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
28153

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,135.70

---

**3.238**

**Nonpriority creditor's name and mailing address**
WINDSOR OWNERS CORP
250 PARK AVE S, 4TH FL
NEW YORK, NY 10003

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LANDLORD

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,913.50

---

**3.239**

**Nonpriority creditor's name and mailing address**
WINDSOR OWNERS CORP
250 PARK AVE S, 4TH FL
NEW YORK, NY 10003

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,913.50

---

**3.240**

**Nonpriority creditor's name and mailing address**
WOODRUFF-SAWYER & CO.
P.O. BOX 45057
SAN FRANCISCO, CA 94145-9950

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,180.00

---

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 86 of 89

| | Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.241**

**Nonpriority creditor's name and mailing address**

WORLD LANGUAGE COMMUNICATIONS
1800 CENTURY PARK E, STE 600
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.00

---

**3.242**

**Nonpriority creditor's name and mailing address**

XEROX
P.O. BOX 202882
DALLAS, TX 75320-2882

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,499.60

---

**3.243**

**Nonpriority creditor's name and mailing address**

XO COMMUNICATIONS
P.O. BOX 15043
ALBANY, NY 12212-5043

**Date or dates debt was incurred**

**Last 4 digits of account number**
4000000000000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,665.26

---

**3.244**

**Nonpriority creditor's name and mailing address**

YEE YUEN LINEN SERVICE
2575 S. NORMANDIE AVE
LOS ANGELES, CA 90007

**Date or dates debt was incurred**

**Last 4 digits of account number**
560

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,562.12

Case: 19-30232    Doc# 94    Filed: 03/29/19    Entered: 03/29/19 15:38:16    Page 87 of 89

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.245** **Nonpriority creditor's name and mailing address**

YOUR COPIER SOURCE LLC
P.O. BOX 1749
NOVATO, CA 94948

**As of the petition filing date, the claim is:**                    $104.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**

YOUR COPIER SOURCE LLC
P.O. BOX 1749
NOVATO, CA 94948

**As of the petition filing date, the claim is:**                    $52.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Date or dates debt was incurred**

**Last 4 digits of account number**
0

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | |
|---|---:|
| **5a. Total claims from Part 1** | $83,479.25 |
| **5b. Total claims from Part 2** | $7,619,084.99 |
| **5c. Total claims of Parts 1 and 2**<br>    Lines 5a + 5b = 5c | $7,702,564.24 |