UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: Munchery, Inc.                              CASE NO.: 19-30232

VERIFICATION OF EQUITY HOLDERS LIST

The above named debtor(s) hereby verifies that the attached list of equity holders is true and correct to the best of his/her/their knowledge.

Date: March 28, 2019                               By: /s/ James Beriker

                                                        James Beriker

Munchery, Inc.
Case No. 19-30232
Equity Holders

| CREDITOR | ADDRESS | Redacted ADDRESS1 | Redacted ADDRESS2 | Redacted ADDRESS3 | Redacted ADDRESS4 |
| --- | --- | --- | --- | --- | --- |
| Yee Revocable Trust DTD 11-15-91 | Redacted | Attn: Lily Yee | 9435 N. 42nd St | Pheonix, AZ 85028 | |
| Vincent Laresca | Redacted | 8033 W. Sunset Blvd, 1102 | Los Angeles, CA 90046 | | |
| Sanaa Lathan | Redacted | P.O. Box 515381, 32335 | Los Angeles, CA 90051 | | |
| Marcheta Marshall Schroeder | Redacted | 60 E 8th St, Apt 23P | New York, NY 10003 | | |
| Karen Liedtka Redling | Redacted | 1025 Sorrento Dr | San Diego, CA 92107 | | |
| James Edward Pipe | Redacted | 2 Diamond St, Apt 10 | San Francisco, CA 94114 | | |
| Lee and Lauren Fishman Family Trust U/D/D Nov. 3, 2010 | Redacted | Attn: Lee Fishman, Trustee | 1186 Glen Rd | Lafayette, CA 94549 | |
| Adele Noor Futures, LLC | Redacted | Attn: Afshin Pishevar, Owner | 226 North Adams St | Rockville, MD 20850 | |
| Bita Pishevar Hayes | Redacted | 7106 Brooktree Way | San Jose, CA 95120 | | |
| SCDP Global LLC | Redacted | Attn: Shervin Pishevar | 1266 Washington St | San Francisco, CA 94108 | |
| James Messina | Redacted | 4433 Lowell St NW | Washington, DC 20036 | | |
| 137 Ventures II, LP | Redacted | Attn: Justin Fishner-Wolfson | 49 Geary St, Ste 500 | San Francisco, CA 94108 | |
| Thomas H. Peterson | Redacted | 702 Casita Way | Los Altos, CA 94022 | | |
| Dream Products Pty Ltd | Redacted | Attn: Lance Kalish | 13/409 New South Head Rd. | Double Bay, NSW 2028 | Australia |
| OA3, LLC, a California limited liability company | Redacted | 9130 West Sunset Boulevard | Los Angeles, CA 90069 | | |
| Dan & Jaffa Leffler | Redacted | 123/555 St Kilda Rd | Melbourne, VIC 3004 | Australia | |
| Tina Sharkey | Redacted | 1 Park Ave | Mill Valley, CA 94941 | | |
| Peter Kahn | Redacted | 5591 Country Club Dr | Oakland, CA 94618 | | |
| Spring Ventures LLC | Redacted | Attn: Sunil Paul, Partner | 912 Cole St, 311 | San Francisco, CA 94117 | |
| Sheeraz Haji | Redacted | 2925 Hillegass Ave | Berkeley, CA 94705 | | |
| Andrew N. Allen | Redacted | 416 Duncan St, Apt. 5 | San Francisco, CA 94131 | | |
| The Kwam Sook Trust | Redacted | Attn: Phatchany Phanyanouvong, Trustee | 1609 Franklin St, 4 | San Francisco, CA 94109 | |
| Paul Lee | Redacted | 2101 Central Ave, Apt G | Alameda, CA 94501 | | |
| NCD SWIB, LP | Redacted | Attn: Moez R. Virani, COO/CFO | 649 San Ramon Valley Blvd | Danville, CA 94526 | |
| Northgate Venture Growth III, LP | Redacted | Attn: Moez R. Virani, COO/CFO | 649 San Ramon Valley Blvd | Danville, CA 94526 | |
| Lisa Gansky | Redacted | 345 Randolph St | Napa, CA 94559 | | |
| Brooklyn Elias | Redacted | 21 West St, Apt 22C | New York, NY 10006 | | |
| Eric Ries | Redacted | 340 S Lemon Ave, 2197 | Walnut, CA 91789 | | |
| Lynton Asset LP | Redacted | Attn: Carol Lynton, President & General Partner | 33 West 81 St | New York, NY 10024 | |
| WEHO Investments, LLC | Redacted | Attn: Robert P. Hrtica | 9255 W. Sunset Blvd, 615 | West Hollywood, CA 90069 | |
| Tarrant Munchery Partners, LP | Redacted | Attn: John Viola, VP | 301 Commerce St, Ste 3150 | Fort Worth, TX 76102 | |
| DS PPI LLC | Redacted | Attn: David Sacks, Manager | 237 Kearny St, 234 | San Francisco, CA 94108 | |
| EM Capital 2 LLC | Redacted | c/o EFO Management LLC | Attn: Justin Mateen | 666 Fifth Ave, 4th Fl | New York, NY 10103 |
| Valor R&D Series LLC -- Series AF | Redacted | Attn: Jonathan Shulkin | 875 N. Michigan Ave, Ste 3214 | Chicago, IL 60611 | |
| DEP LLC | Redacted | Attn: Eric Cohen | 37 Murray Hill Rd | Scarsdale, NY 10583 | |
| Babak Yazdani | Redacted | P.O. Box 61260 | Potomac, MD 20859 | | |
| Gregory Silverman | Redacted | 4000 Warner Blvd. | Burbank, CA 91522 | | |
| Diego Berdakin | Redacted | 101 S. Rossmore | Los Angeles, CA 90004 | | |
| Jason Goldberg | Redacted | 10960 Wilshire Blvd, 1900 | Los Angeles, CA 90024 | | |
| Jared Leto | Redacted | c/o NKSFB | 10960 Wilshire Blvd, 5th Fl | Los Angeles, CA 90024 | |
| Longboard Ventures | Redacted | c/o Altman Greenfield Selvaggi | Attn: Steve Pregiato | 200 Park Ave.South, 8th Fl | New York, NY 10003 |
| Pug Ventures | Redacted | Attn: Shauna Robertson, President | 200 Park Ave, South 8th Fl | New York, NY 10003 | |
| Compagnia Fiduciaria Nazionale S.p.A. | Redacted | Attn: Angelo Aldrighetti, Managing Director | Galleria De Cristoforis 3 | 20122 Milano | Italy |
| Integritis Investments Limited | Redacted | 38 Esplanade | P.O. Box 728 | St. Helier, Jersey, JE4 8ZT | |
| HCC Capital, LP | Redacted | Attn: Carter Reum, Manager | 215 S La Cienega Blvd, 200 | Beverly Hills, CA 90211 | |
| Williams Realty Co., LLC | Redacted | Attn: Emory Williams, Managing Member | 7760 S.E. Lakeshore Dr | Hobe Sound, FL 33455 | |
| Valor R&D Series LLC -- Series AU | Redacted | Attn: Jonathan Shulkin | 875 N. Michigan Ave, Ste 3214 | Chicago, IL 60611 | |
| Zephyr Cove Capital, LLC | Redacted | Attn: Alvaro Pascotto, President | 276 Kingsbury Grade, Ste 2000 | P.O. Box 3390 | Stateline, NV 89449-3390 |
| Daniel Dana Jackson | Redacted | 20 Trail Ln | Woodside, CA 94062 | | |

| CREDITOR | ADDRESS | Redacted ADDRESS1 | Redacted ADDRESS2 | Redacted ADDRESS3 | Redacted ADDRESS4 |
|---|---|---|---|---|---|
| Brian Yee | Redacted | 1895 Jackson St, 306 | San Francisco, CA 94109 | | |
| Brian Pham | Redacted | 260 King St, Apt 787 | San Francisco, CA 94107 | | |
| Roger Biscay | Redacted | 1375 Monteclair Ct | Los Altos, CA 94024 | | |
| Keybridge Venture Partners LLC | Redacted | Attn: Grant Rosser Allen, Managing Director | 1717 K St NW, Ste 900 | Washington, DC 20006 | |
| Grant Rosser Allen | Redacted | 1380 Country Club Dr | Los Altos, CA 94024 | | |
| Seth Miller | Redacted | 90 Rockwood Ln | Greenwich, CT 06830 | | |
| Cashin 1995 Revocable Trust Dated 2/2/95 FBO Emmet J. Cashin III | Redacted | Attn: Emmet J. Cashin III, Trustee | 134 Stonegate Rd | Portola Valley, CA 94028 | |
| Mark Camel | Redacted | 47 Beechcroft Rd | Greenwich, CT 06830 | | |
| Arch F. Meredith III | Redacted | 305 Jane Dr | Woodside, CA 94062 | | |
| Atlas Northern Advisors, Inc. | Redacted | Attn: Andrew M. Burskey, Chairman | 100 Northfield St | Greenwich, CT 06830 | |
| Bursky Family Investments LLC | Redacted | Attn: Andrew M. Burskey, Managing Member | 100 Northfield St | Greenwich, CT 06830 | |
| The Robert L. Falkenberg III 1999 Grantor Retained Annuity Trust | Redacted | Attn: Martha B. Falkenberg, Trustee | 155 Marva Oaks Dr | Woodside, CA 94062 | |
| Van Veenendaal Revocable Trust | Redacted | Attn: Frank Van Veenendaal, Trustee | 450 Whiskey Hill Rd | Woodside, CA 94062 | |
| Ting Yin Kwan | Redacted | 1350 Harker Ave | Palo Alto, CA 94301 | | |
| Chad Eugene Little | Redacted | 4156 Old Tree Rd | Palo Alto, CA 94306 | | |
| Peter Kravtsov | Redacted | 113 Cherry St, 53406 | Seattle, WA 98104 | | |
| Lewis Marshall Roch IV | Redacted | 58 Avondale Ave | Redwood City, CA 94062 | | |
| Andree Wijaya | Redacted | 137 S Spalding Dr, Unit 302 | Beverly Hills, CA 90212 | | |
| 1999 Douglass Family Trust | Redacted | Attn: Mark Douglass, Trustee | 42 Catalpa Dr | Atherton, CA 94027 | |
| Nicholas Philip Gianos | Redacted | 2872 Pine St | San Francisco, CA 94115 | | |
| Michael Riady | Redacted | 2300 W. Sahara Ave, 140 | Las Vegas, NV 89102 | | |
| A# Capital, LLC | Redacted | P.O. Box 680610 | Park City, UT 84068 | | |
| SpaceEye, LLC | Redacted | Attn: Jacob Goldfield, Managing Member | 33 Union Square West 11 | New York, NY 10003 | |
| Amber Arbucci | Redacted | 6427 La Punta Dr | Los Angeles, CA 90068 | | |
| The Favreau 2008 Trust, DTD 4-10-2008 | Redacted | Attn: Jon Favreau, Trustee | c/o Shephard McIlwee Tinglof | 92000 Sunset Blvd, PH 22 | Los Angeles, CA 90069 |
| Charles Pacheco | Redacted | 170 N Normandie Ave | Los Angeles, CA 90004 | | |
| GMM Capital | Redacted | Attn: Harry Tawil , Principal | 2 Park Ave, 17th Fl | New York, NY 10016 | |
| Star Holdings, LLC | Redacted | Attn: Bert Hedaya, Member | 10 West 33rd St, Ste 705 | New York, NY 10001 | |
| Marisa Tomei | Redacted | 200 Park Ave South, 8th Fl | New York, NY 10003 | | |
| Mousserena, LP | Redacted | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605, | New York, NY 10019 | |
| Chloe Won | Redacted | 8 Spruce St, 63T | New York, NY 10038 | | |
| Lisa Olivia Munn | Redacted | 21650 Oxnard St, Ste 350 | Woodland Hills, CA 91367 | | |
| F. Hill Harper | Redacted | 16-26 Wilcox Ave, Ste 211 | Hollywood, CA 90028 | | |
| Yun-Fang Juan | Redacted | 10314 Palo Vista Rd | Cupertino, CA 95014 | | |
| 2000 Jackson Family Trust | Redacted | Attn: Dana Jackson, Trustee | 20 Trail Ln | Woodside, CA 94062 | |
| Bv Eventure Fund II, LP | Redacted | 600 Montgomery St, 473Rd Fl | San Francisco, CA 94111-2818 | | |
| Menlo Entrepreneurs Fund XII, LP | Redacted | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025-7113 | | |
| Menlo Ventures XI, LP | Redacted | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025-7113 | | |
| Menlo Ventures XII, LP | Redacted | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025-7113 | | |
| Mmef XI, LP | Redacted | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025-7113 | | |
| Mmef XII, LP | Redacted | 3000 Sand Hill Rd, 100 | Menlo Park, CA 94025-7113 | | |
| Sherpa Ventures Fund, LP | Redacted | 800 Market St, Ste 800 | San Francisco, CA 94102-3033 | | |
| SherpaEverest Fund, LP | Redacted | 800 Market St, Ste 800 | San Francisco, CA 94102-3033 | | |
| Adrian S. Grenier Living Trust | Redacted | 425 Riverside Dr, 130 | New York, NY 10025 | | |
| Baldwin Family Trust dated 9-16-15 | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Cota Capital Master Fund, LP | Redacted | 455 Market St, Ste 1850 | San Francisco, CA 94105 | | |
| Gayl Simkin | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| IPV SS II LLC | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Jordan Simkin | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Lezack Living Trust | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Moussefixe LP | Redacted | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605 | New York, NY 10019 | |
| Moussescale, LP | Redacted | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605 | New York, NY 10019 | |
| Murray Simkin | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |

| CREDITOR | ADDRESS | Redacted ADDRESS1 | Redacted ADDRESS2 | Redacted ADDRESS3 | Redacted ADDRESS4 |
|---|---|---|---|---|---|
| Nathan Fields | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| RDG Inc. | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Simkin Living Trust 5-1-2017 | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| Smokey Investments LP | Redacted | c/o VIVE VC Fund, LP | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | |
| VIVE VC Fund, LP | Redacted | 1111 Bayhill Dr, Ste 220 | San Mateo, CA 94066 | | |