| Debtor Name | **Munchery, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **19-30232** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross Revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of Revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| 1.1 **Fiscal Year** | From January 1, 2018 | To | December 31, 2018 | | ☑ Operating a business<br>☐ Other | $25,781,913.05 |
| 1.2 **Fiscal Year** | From January 1, 2017 | To | December 31, 2017 | | ☑ Operating a business<br>☐ Other | $42,099,362.77 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross Revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| 2.1 **Fiscal Year** | From January 1, 2018 | To | December 31, 2018 | | Interest and credit card rewards | $48,637.13 |
| 2.2 **Fiscal Year** | From January 1, 2017 | To | December 31, 2017 | | Interest and credit card rewards | $88,916.34 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

Case: 19-30232    Doc# 96    Filed: 03/29/19    Entered: 03/29/19 15:39:35    Page 1 of 21

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments of transfers - including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | See attached SOFA Exhibit 3 | | | ☐ Secured Debt |
| | | | | ☐ Unsecured Loan Payments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

**4. Payments or other transfers of property made within 1 year before filing  this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | James Beriker 220 Shaw Rd South San Francisco, CA 94080 | July - August 2018 | $200,000.00 | 2017 Bonus |
| | **Relationship to debtor** CEO | | | |
| 4.2 | James Beriker 220 Shaw Rd South San Francisco, CA 94080 | 2018 | $450,000.00 | Salary |
| | **Relationship to debtor** CEO | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Kimino Drinks Inc. 77 Van Ness Ave., Suite 101 San Francisco, CA 94102 | Kimino Yuzu Pallet (50 cases) | 02/2019 | $1,896.00 |

Case: 19-30232     Doc# 96     Filed: 03/29/19     Entered: 03/29/19 15:39:35     Page 2 of 21

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[X] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

Case: 19-30232      Doc# 96      Filed: 03/29/19      Entered: 03/29/19 15:39:35      Page 3 of 21

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Costarella Seafoods Inc. vs. Munchery, Inc. Et Al  **Case number** CGC-19-573736 | Breach of Contract | Superior Court of California County of San Francisco 400 McAllister Street, San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2 | Good Stuff Distributor, Inc. vs. Munchery Inc, DBA Munchery SF  **Case number** CSM-19-859988 | Unpaid Invoices | Superior Court of California County of San Francisco 400 McAllister Street, San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3 | Oakville Produce Partners. LLC vs. Munchery Inc. Et Al  **Case number** CGC-19-573371 | Breach of Contract | Superior Court of California County of San Francisco 400 McAllister Street, San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4 | Rocker Bros. Meat & Provision, Inc. vs. Munchery Inc. Et Al  **Case number** CGC-19-573326 | Breach of Settlement Agreement | Superior Court of California County of San Francisco 400 McAllister Street, San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5 | Joshua James Eaton Philips and Christina Brooks vs. Munchery, Inc.  **Case number** 3:19-cv-00469-JSC | Employment Suit | Northern District of California | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 19-30232     Doc# 96     Filed: 03/29/19     Entered: 03/29/19 15:39:35     Page 4 of 21

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6  LA Specialty Produce Co., A California corporation, dba San Francisco Specialty vs. Munchery, Inc., James Beriker, Tri Duy Tran<br><br>**Case number**<br>N/A | Demand Letter | N/A | ☑ Pending<br>☐ On appeal<br><br>☐ Concluded |
| 7.7  Performance Food Group, Inc., a Colorado corporation, dba Performance Foodservice vs. Munchery, Inc., a Delaware corporation dba Munchery<br><br>**Case number**<br>CGC-19-573859 | Nonpayment for Goods Sold and Delivered | Superior Court of California, County of San Francisco<br>400 McAllister St<br>San Francisco, CA 91402-4515 | ☑ Pending<br>☐ On appeal<br><br>☐ Concluded |
| 7.8  Triple B Corporation, dba Charlie's Produce, a Washington corporation vs. Munchery Inc., a Delaware corporation, and James Beriker, an individual<br><br>**Case number**<br>2:18-cv-01674 | Breach of Contract, Enforcement of PACA Trust Provisions, Breach of Fiduciary Duty by PACA Trustee, Violation of PACA | United States District Court, Western District of Washington at Seattle | ☑ Pending<br>☐ On appeal<br><br>☐ Concluded |
| 7.9  Martin Bogetz vs. Munchery, Inc.<br><br>**Case number**<br>823291 | Unknown | State of California Department of Justice Public Inquiry Unit<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10  GrubMarket dba Fresh Green vs. Munchery, Inc.<br><br>**Case number**<br>N/A | Demand Letter | N/A | ☑ Pending<br>☐ On appeal<br><br>☐ Concluded |

Case: 19-30232   Doc# 96   Filed: 03/29/19   Entered: 03/29/19 15:39:35   Page 5 of 21

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

**[X]** None

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |

**Part 4:**          **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of gifts to that recipient is less than $1,000**

**[ ]** None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1 | Various charities through Food Runners San Francisco 2579 Washington St San Francisco, CA 94115 | Perishables | 5/26/2017 - 3/1/2019 | Unknown |
| | **Recipient's relationship to debtor** Community organizations | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.2 | SF City Impact 230 Jones St San Francisco, CA 94102 | Perishables | Unknown | Unknown |
| | **Recipient's relationship to debtor** Community organization | | | |

**Part 5:**          **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[X] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106 A/B (Schedule A/B: Assets - Real and Personal Property). | | |

---

| Part 6: | Certain Payments of Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

[ ] None

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Armanino LLP 12657 Alcosta Blvd, Ste 500 San Ramon, CA 94583 | | 02/19/2019 02/27/2019 | $20,000.00 $20,000.00 |
| | **Email or website address** https://www.armaninollp.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | Finestone Hayes LLP 456 Montgomery St, 20th Fl San Francisco, CA 94104 | | 01/11/2019 02/27/2019 | $15,000.00 $75,000.00 |
| | **Email or website address** https://www.fhlawllp.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

[X] None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| Who received transfer? Address. | Description of property transferred or payments received or debts paid in exchange. | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1 | 375 Alabama St, Suite 300<br>San Francisco, CA 94110 | 08/2014 - 06/2018 |
| 14.2 | 220 Shaw Rd<br>South San Francisco, CA 94080 | 05/2015 - current |
| 14.3 | 935 Howard St<br>San Francisco, CA 94103 | 08/2014 - current |
| 14.4 | 1633 Valencia St<br>San Francisco, CA 94110 | 05/2015 - 03/2018 |
| 14.5 | 4508 Del Rey Ave<br>Los Angeles, CA 90292 | 09/2018 - current |
| 14.6 | 3200 Olympic Blvd<br>Santa Monica, CA 90404 | 01/2015 - 08/2018 |
| 14.7 | 5242 West Washington Blvd<br>Los Angeles, CA 90016 | 12/2014 - 08/2017 |
| 14.8 | 18527 S Broadway<br>Carson, CA 90248 | 03/2015 - 07/2018 |
| 14.9 | 3025 1st Ave, Ste B<br>Seattle, WA 98121 | 01/2016 - 06/2018 |
| 14.10 | 1207 S Jackson St, Ste 209<br>Seattle, WA 98144 | 10/2013 - 06/2018 |
| 14.11 | 1207 S Jackson St, Ste 210<br>Seattle, WA 98144 | 09/2014 - 06/2018 |
| 14.12 | 5 Tudor City Pl<br>New York, NY 10017<br>(701 1st Ave) | 06/2018 - 06/2018 |
| 14.13 | 95-97 Horatio St<br>New York, NY 10014<br>(521 West St) | 10/2014 - 09/2018 |
| 14.14 | 435 East 86th St<br>New York, NY 10028 | 12/2014 - 08/2018 |
| 14.15 | 9215 51st Ave, Ste 11<br>College Park, MD 20740 | 03/2017 - 07/2018 |
| 14.16 | 268 3rd Ave<br>Brooklyn, NY 11215 | 01/2015 - 09/30/2018 |

| Part 8: | Health Care Bankruptcies |
|---|---|

Case: 19-30232     Doc# 96     Filed: 03/29/19     Entered: 03/29/19 15:39:35     Page 9 of 21

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No   Go to Part 9.
☐ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | Location where patient records are maintained | How are records kept? ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No
☑ Yes. State the nature of the information collected and retained.    Names, physical addresses, email addresses, and telephone numbers for the purpose of providing the delivery service.

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No   Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of plan |
|---|---|
| 2012 Stock Option | EIN: 45-2777314 |

Has the plan been terminated?
☑ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Case: 19-30232   Doc# 96   Filed: 03/29/19   Entered: 03/29/19 15:39:35   Page 10 of 21

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Comerica Bank<br>226 Airport Parkway<br>San Jose, CA 94110-4348 | 4676 | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other | 1/23/2019 | $39.26 |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2 Comerica Bank<br>226 Airport Parkway<br>San Jose, CA 94110-4348 | 4692 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 1/23/2019 | $0.00 |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3 Comerica Bank<br>226 Airport Parkway<br>San Jose, CA 94110-4348 | 4783 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | 1/23/2019 | $0.00 |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  | ☐ No<br>☐ Yes |

Case: 19-30232    Doc# 96    Filed: 03/29/19    Entered: 03/29/19 15:39:35    Page 11 of
21

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it. Address | Description of contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[X] None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:
 - Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
 - Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
 - Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Case: 19-30232    Doc# 96    Filed: 03/29/19    Entered: 03/29/19 15:39:35    Page 12 of 21

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Case: 19-30232    Doc# 96    Filed: 03/29/19    Entered: 03/29/19 15:39:35    Page 13 of 21

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| Business name and address | Describe the nature of the business | Employer identification number. Dates business existed |
|---|---|---|

---

**26. Books, records, and financial statements**
**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

[ ] None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | Armanino, LLP 12657 Alcosta Blvd, Ste 500 San Ramon, CA 94583 | May 2018 - current |
| 26a.2 | Tanya Pastrano | 05/2017 - 06/2018 |
| 26a.3 | Chloe Lee | 08/2017 - 06/2018 |
| 26a.4 | Carol Lampson | 03/2017 - 04/2017 |

**26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.**

[X] None

| Name and address | Dates of service |
|---|---|

---

**26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

[ ] None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | Armanino, LLP 12657 Alcosta Blvd, Ste 500 San Ramon, CA 94583 | |

**26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

☐ None

**Name and address**

26d.1   Comerica
226 Airport Pkwy
San Jose, CA 95110-4348

26d.2   Triple Point
2755 Sand Hill Rd
Menlo Park, CA 94025

26d.3   Menlo
2884 Sand Hill Rd
Menlo Park, CA 94025

26d.4   Sherpa
800 Market St, 8th Fl
San Francisco, CA 94102

26d.5   eVentures
600 Montgomery St, 43rd
Fl
San Francisco, CA 94111

26d.6   COTA Capital
455 Market St, Ste 1850
San Francisco, CA 94105

26d.7   Northgate
150 California St
San Francisco, CA 94111

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes.  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**Name and address of the person who has possession of inventory records**

---

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | James Beriker | 220 Shaw Rd<br>South San Francisco, CA 94080 | CEO - Executive Management | |
| 28.2 | SherpaEverest Fund, LP | 800 Market St, Ste 800<br>San Francisco, CA 94102 | Equity Investor | 12.1952% |
| 28.3 | Menlo Ventures XI, L.P. | 3000 Sand Hill Rd<br>Menlo Park, CA 94025 | Equity Investor | 10.9082% |
| 28.4 | Sherpa Ventures Fund, LP | 800 Market St, Ste 800<br>San Francisco, CA 94102 | Equity Investor | 10.9445% |
| 28.5 | BV eVentures Fund II, LP | 600 Montgomery St, Fl 43<br>San Francisco, CA 94111 | Equity Investor | 10.4261% |
| 28.6 | Menlo Ventures XII, L.P. | 3000 Sand Hill Rd<br>Menlo Park, CA 94025 | Equity Investor | 7.3044% |
| 28.7 | Mousserena, L.P. | | Equity Investor | 5.073% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Pravin Vazirani | 2884 Sand Hill Rd, Suite 100<br>Menlo Park, CA 90425 | Board Member | Through 11/2/2018 |
| 29.2 | Tom Gielsemann | 600 Montgomery St, 43rd Floor<br>San Francisco, CA 94111 | Board Member | Through 7/27/2018 |
| 29.3 | Brian Yee | 800 Market St, 8th Floor<br>San Francisco, CA 94102 | Board Member | Through 1/21/2019 |
| 29.4 | Ron Burkle | 9130 West Sunset Blvd<br>Beverly Hills, CA 90069 | Board Member | Through 8/30/2018 |

Case: 19-30232   Doc# 96   Filed: 03/29/19   Entered: 03/29/19 15:39:35   Page 16 of 21

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing this value |
|---|---|---|---|
| 30.1   See SOFA 4 | | | |
| **Relationship to debtor** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING**    Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on.        3/28/2019
                         MM / DD / YYYY

/s/ James Beriker                                                                      Printed name        James Beriker

Signature of individual signing on behalf of the debtor

Position or relationship to the debtor          CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**

☐ No

☑ Yes

STATEMENT OF FINANCIAL AFFAIRS


EXHIBIT
PART 2, QUESTION 3

CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
WITHIN 90 DAYS BEFORE FILING THIS CASE

**Munchery, Inc.**
**Case No. 19-30232**
**SOFA Exhibit 3. Certain payments or transfers to creditors within 90 days before filing this case.**

| Creditor | Date | Address | Amount | Reason for Payment |
|---|---|---|---|---|
| 95-97 Horatio, LLC | 12/17/2018 | 387 Park Avenue South, 7th Floor, TF Cornerstone Inc., New York, NY 10016 | $ 17,720.61 | Rent |
| **95-97 Horatio, LLC Total** | | | **$ 17,720.61** | |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 467.42 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 4,088.57 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 18,517.58 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 22,216.78 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 54,481.77 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 55,724.17 | Payroll Funding |
| ADP | 11/29/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 178,665.15 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 281.34 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 1,157.06 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 4,862.59 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 20,386.12 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 21,320.82 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 52,644.80 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 55,844.59 | Payroll Funding |
| ADP | 12/13/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 185,159.47 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 727.74 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 4,383.61 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 18,710.58 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 18,810.87 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 45,097.73 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 48,811.40 | Payroll Funding |
| ADP | 12/27/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 179,455.29 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 622.26 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 2,955.47 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 8,370.81 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 23,896.18 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 38,284.65 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 47,131.87 | Payroll Funding |
| ADP | 1/10/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 110,077.92 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 496.09 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 7,107.00 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 23,642.79 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 32,020.80 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 58,154.50 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 90,682.65 | Payroll Funding |
| ADP | 1/18/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 226,506.77 | Payroll Funding |
| **ADP Total** | | | **$ 1,661,765.21** | |
| Aetna | 12/3/2018 | PO Box 31001-1874, Pasadena, CA 91110 | $ 15,462.43 | Payroll Benefits |
| Aetna | 1/2/2019 | PO Box 31001-1874, Pasadena, CA 91110 | $ 21,903.39 | Payroll Benefits |
| **Aetna Total** | | | **$ 37,365.82** | |
| American Express | 11/30/2018 | PO Box 0001, Los Angeles, CA 90096 | $ 106,981.94 | CC Payment |

**Munchery, Inc.**
**Case No. 19-30232**
**SOFA Exhibit 3. Certain payments or transfers to creditors within 90 days before filing this case.**

| Creditor | Date | Address | Amount | | Reason for Payment |
|---|---|---|---|---|---|
| American Express | 12/3/2018 | 5042 Wilshire Blvd, Los Angeles, CA 90036 | $ | 8,022.56 | Merchant Fee |
| American Express | 12/28/2018 | PO Box 0001, Los Angeles, CA 90096 | $ | 87,373.69 | CC Payment |
| American Express | 1/2/2019 | 5042 Wilshire Blvd, Los Angeles, CA 90036 | $ | 33.97 | Merchant Fee |
| American Express | 1/2/2019 | 5042 Wilshire Blvd, Los Angeles, CA 90036 | $ | 6,816.32 | Merchant Fee |
| American Express | 1/18/2019 | 5042 Wilshire Blvd, Los Angeles, CA 90036 | $ | 85.00 | Merchant Fee |
| American Express | 1/22/2019 | 5042 Wilshire Blvd, Los Angeles, CA 90036 | $ | 87.95 | Merchant Fee |
| **American Express Total** | | | **$** | **209,401.43** | |
| Applied Underwriters | 1/15/2019 | PO Box 3646, Omaha, NE, 68103 | $ | 7,364.08 | Workers Compensation |
| **Applied Underwriters Total** | | | **$** | **7,364.08** | |
| Armanino, LLP | 11/27/2018 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 64,693.19 | Accounting Services |
| Armanino, LLP | 12/13/2018 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 36,276.94 | Accounting Services |
| Armanino, LLP | 12/26/2018 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 26,513.31 | Accounting Services |
| Armanino, LLP | 1/10/2019 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 17,000.00 | Accounting Services |
| Armanino, LLP | 1/14/2019 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 16,922.36 | Accounting Services |
| Armanino, LLP | 1/17/2019 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 10,000.00 | Accounting Services |
| Armanino, LLP | 1/18/2019 | 12657 Alcosta Blvd, Suite 500, San Ramon, CA 94583 | $ | 20,000.00 | Accounting Services |
| **Armanino, LLP Total** | | | **$** | **191,405.80** | |
| Bill.com | 11/29/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 176,414.18 | Bill Payments |
| Bill.com | 12/5/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 67,850.95 | Bill Payments |
| Bill.com | 12/6/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 867.09 | Bill Payments |
| Bill.com | 12/6/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 151,624.33 | Bill Payments |
| Bill.com | 12/10/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 11,735.35 | Bill Payments |
| Bill.com | 12/11/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 9,114.25 | Bill Payments |
| Bill.com | 12/13/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 158,909.05 | Bill Payments |
| Bill.com | 12/17/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 16,485.64 | Bill Payments |
| Bill.com | 12/19/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 40,740.96 | Bill Payments |
| Bill.com | 12/20/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 163,022.53 | Bill Payments |
| Bill.com | 12/27/2018 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 701.72 | Bill Payments |
| Bill.com | 1/9/2019 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 52,105.84 | Bill Payments |
| Bill.com | 1/14/2019 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 65,028.96 | Bill Payments |
| Bill.com | 1/15/2019 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 26,197.74 | Bill Payments |
| Bill.com | 1/17/2019 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 2,349.07 | Bill Payments |
| Bill.com | 1/22/2019 | 1810 Embarcadero Road, Palo Alto, CA 94303 | $ | 26,806.31 | Bill Payments |
| **Bill.com Total** | | | **$** | **969,953.97** | |
| Comerica Bank | 12/3/2018 | 226 Airport Parkway, San Jose, CA 95110 | $ | 10,694.71 | Debt Payment |
| Comerica Bank | 12/13/2018 | 226 Airport Parkway, San Jose, CA 95110 | $ | 2,884.41 | Bank Fee |
| Comerica Bank | 1/14/2019 | 226 Airport Parkway, San Jose, CA 95110 | $ | 2,311.39 | Bank Fee |
| Comerica Bank | 2/13/2019 | 226 Airport Parkway, San Jose, CA 95110 | $ | 2,615.55 | Bank Fee |
| **Comerica Bank Total** | | | **$** | **18,506.06** | |
| Costarella | 1/14/2019 | 45 Sausalito  - San Francisco Pier 41, San Francisco, CA 94133 | $ | 2,808.52 | Vendor Wire |
| Costarella | 1/15/2019 | 45 Sausalito  - San Francisco Pier 41, San Francisco, CA 94133 | $ | 4,427.83 | Vendor Wire |
| Costarella | 1/16/2019 | 45 Sausalito  - San Francisco Pier 41, San Francisco, CA 94133 | $ | 2,820.50 | Vendor Wire |
| Costarella | 1/18/2019 | 45 Sausalito  - San Francisco Pier 41, San Francisco, CA 94133 | $ | 2,640.70 | Vendor Wire |

**Munchery, Inc.**
**Case No. 19-30232**
**SOFA Exhibit 3. Certain payments or transfers to creditors within 90 days before filing this case.**

| Creditor | Date | Address | Amount | Reason for Payment |
|---|---|---|---|---|
| Costarella | 1/18/2019 | 45 Sausalito - San Francisco Pier 41, San Francisco, CA 94133 | $ 3,947.73 | Vendor Wire |
| **Costarella Total** | | | **$ 16,645.28** | |
| Del Monte Meat | 1/16/2019 | PO Box 101831, Pasadena, CA 91189 | $ 7,744.33 | Vendor Payment |
| Del Monte Meat | 1/17/2019 | PO Box 101831, Pasadena, CA 91189 | $ 3,956.42 | Vendor Payment |
| Del Monte Meat | 1/22/2019 | PO Box 101831, Pasadena, CA 91189 | $ 12,188.33 | Vendor Payment |
| **Del Monte Meat Total** | | | **$ 23,889.08** | |
| Eureka Ventures | 12/7/2018 | 434 North Canal #11, South San Francisco, CA 94080 | $ 87,748.36 | Rent |
| Eureka Ventures | 1/15/2019 | 434 North Canal #11, South San Francisco, CA 94080 | $ 87,748.36 | Rent |
| **Eureka Ventures Total** | | | **$ 175,496.72** | |
| Finestone Hayes, LLP | 1/11/2019 | 456 Montgomery St, 20th Floor, San Francisco, CA 94104 | $ 15,000.00 | Bankruptcy Services |
| **Finestone Hayes, LLP Total** | | | **$ 15,000.00** | |
| Hanover Insurance | 11/29/2018 | 440 Lincoln St, Worcester, MA 01653 | $ 17,699.94 | Insurance Payment |
| Hanover Insurance | 12/6/2018 | 440 Lincoln St, Worcester, MA 01653 | $ 3,543.58 | Insurance Payment |
| **Hanover Insurance Total** | | | **$ 21,243.52** | |
| IPFS Financial | 12/11/2018 | PO Box 412086, Kansas City, MO 64141 | $ 28,603.38 | Debt Financing |
| IPFS Financial | 1/11/2019 | PO Box 412086, Kansas City, MO 64141 | $ 28,603.38 | Debt Financing |
| **IPFS Financial Total** | | | **$ 57,206.76** | |
| Kaiser | 12/11/2018 | PO Box 745874, Los Angeles, CA 90074 | $ 486.47 | Payroll Benefits |
| Kaiser | 12/13/2018 | PO Box 745874, Los Angeles, CA 90074 | $ 39,501.36 | Payroll Benefits |
| Kaiser | 1/15/2019 | PO Box 745874, Los Angeles, CA 90074 | $ 41,312.79 | Payroll Benefits |
| **Kaiser Total** | | | **$ 81,300.62** | |
| Modesto Food Distributors | 1/22/2019 | 7601 El Camino Real, Colma, CA 94014 | $ 20,000.00 | Vendor Payment |
| **Modesto Food Distributors Total** | | | **$ 20,000.00** | |
| Pex | 11/30/2018 | 462 7th Ave, 21st Floor, New York, NY 10018 | $ 2,500.00 | Fuel Card Funding |
| Pex | 12/7/2018 | 462 7th Ave, 21st Floor, New York, NY 10018 | $ 3,500.00 | Fuel Card Funding |
| Pex | 12/18/2018 | 462 7th Ave, 21st Floor, New York, NY 10018 | $ 3,500.00 | Fuel Card Funding |
| Pex | 1/4/2019 | 462 7th Ave, 21st Floor, New York, NY 10018 | $ 2,500.00 | Fuel Card Funding |
| Pex | 1/16/2019 | 462 7th Ave, 21st Floor, New York, NY 10018 | $ 1,000.00 | Fuel Card Funding |
| **Pex Total** | | | **$ 13,000.00** | |
| PG&E | 12/18/2018 | PO Box 997300, Sacramento, CA 95899 | $ 11,105.66 | Utilities |
| PG&E | 1/17/2019 | PO Box 997300, Sacramento, CA 95899 | $ 10,295.36 | Utilities |
| **PG&E Total** | | | **$ 21,401.02** | |
| Ryder | 1/4/2019 | 11690 NW 105 St, Miami, FL 33178 | $ 37,203.64 | Vendor Wire |
| **Ryder Total** | | | **$ 37,203.64** | |
| Telegraph Hill | 1/22/2019 | 268 Bush St, #1500, San Francisco, CA 94104 | $ 20,000.00 | Vendor Wire |
| **Telegraph Hill Total** | | | **$ 20,000.00** | |
| **Grand Total** | | | **$ 3,615,869.62** | |