Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-03232 |
| MUNCHERY, INC. | Chapter 11 |
| Debtor. | **DECLARATON OF DOMINIC J. TROILO IN SUPPORT OF BREAK UP FEE IN CONNECTION WITH DEBTOR'S MOTION FOR SALE OF ASSETS FREE AND CLEAR OF LIENS** |
| | **Date:** April 18, 2019<br>**Time:** 3:00 p.m.<br>**Place:** 450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102 |

I, Dominic J. Troilo, declare as follows:

1.      I am the Vice President of Procurement, North America and Latin America of Gate Gourmet, Inc., the proposed purchaser (the "Purchaser") of certain of the Debtor's assets pursuant to the Debtor's Motion for Sale of Assets to the Highest and Best Bid Free and Clear of Liens, Claims and Encumbrances (the "Sale Motion").

2.      I submit this declaration to provide information of the costs and expenses of the Purchaser, as of the date hereof, in support of the breakup fee of $150,000.00 (the "Breakup

TROILO DEC RE SALE MOTION                                                                                    1

Fee") set forth in the Asset Purchase Agreement between the Debtor and the Purchaser dated as of March 19, 2019 (the "APA").

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents maintained under my general supervision and control in the ordinary course of business, my review of the Debtors' records and business through Purchaser's due diligence effort or my opinion based upon my experience, knowledge and information concerning the operations and financial affairs of Gate Group, Purchaser and its affiliated companies. If I were called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration.

4. As of the date hereof, due diligence costs relating to the APA are as follows: K&L Gates LLP legal fees (approximately $51,000.00 with an estimated cost of $60,000.00); MCA Architects costs (first invoice of $47,652.00 with further invoices expected); travel costs for Adam Harvey, Director, Fleet, Facilities and Assets at Purchaser ($4,971.00); travel costs, Kevin Levett, Regional Executive Chef at Purchaser ($1,722.00); and IEH Laboratories & Testing Group for biological testing costs ($8,000.00), for a total cost to date of $113,346 with costs expected to exceed the Breakup Fee by the time of the auction for the sale of the assets which are the subject matter of this motion.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 29 day of March 2019 at Reston, Virginia.

Dominic J. Troilo