DAVID B. GOLUBCHIK (SBN 185520)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyb.com; kjm@lnbyb.com

Attorneys for Urban Leaf Co. dba The Produce Company

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30232 |
| MUNCHERY, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF SOO MING YEE IN SUPPORT OF OPPOSITION BY URBAN LEAF CO. DBA THE PRODUCE COMPANY TO SECOND AMENDED STIPULATION REGARDING USE OF CASH COLLATERAL, PROVISION OF ADEQUATE PROTECTION AND DEBTOR IN POSSESSION FINANCING** |
| | Hearing:<br>Date: April 4, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 19<br>      U.S. Bankruptcy Court<br>      450 Golden Gate Ave., 16th Fl.<br>      San Francisco, CA<br>Judge: Hon. Hannah L. Blumenstiel |

I, Soo Ming Yee, declare as follows:

1. I am the Chief Financial Officer of Urban Leaf Co. dba The Produce Company ("Produce Co"). I make this Declaration in support of Produce Co's Opposition to the *Second Amended Stipulation Regarding Use Of Cash Collateral, Provision Of Adequate Protection And Debtor In Possession Financing* (the "Stipulation") and the motion ("Cash Collateral/DIP Financing Motion") filed by Munchery, Inc. (the "Debtor") for approval of the Stipulation.

1

2. I am personally familiar with all matters that are the subject of this declaration and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this Declaration.

3. In my capacity as Chief Financial Officer, I monitor Produce Co's sales of vegetables and fruit, and I supervise the collection of accounts receivables for such sales. I have monitored Produce Co's sales to the Debtor, and I have supervised the collection of Produce Co's collection of accounts receivable from the Debtor. I have custody and control of Produce Co's sales and accounts receivable records as they relate to the Debtor and I am thoroughly familiar with the manner in which those records are prepared and maintained. The sales and accounts receivable records of Produce Co such as invoices and billing statements, are prepared under my direction and supervision by Produce Co employees.

4. Produce Co processes, packages, and sells fresh vegetables and fruit. Produce Co has sold fresh vegetables and fruit to the Debtor. During the period from September 20, 2018 through and including January 7, 2019, Produce Co sold and delivered, and the Debtor received but did not pay for, $57,650.45 worth of vegetables and fruit.

5. Produce Co is a licensee under the Perishable Agricultural Commodities Act and properly preserved its rights as a beneficiary of the statutory trust created under 7 U.S.C. § 499e(c) by placing the statutorily required language on its invoices pursuant to 7 U.S.C. §499e(c)(4). I obtained a copy of the USDA's online confirmation of the status of Produce Co's PACA license information, which is attached as Exhibit 1 to this Declaration. Copies of Produce Co's invoices containing the required trust notice are attached as Exhibit 2 to this Declaration.

///
///
///
///

6. I also obtained the Debtor's PACA license information from the USDA's website, which is attached as Exhibit 3 to this Declaration.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed this 29th day of March 2019 at San Francisco, California.

_____
SOO MING YEE