# EXHIBIT "1"

Case: 19-30232    Doc# 99-1    Filed: 03/29/19    Entered: 03/29/19 16:16:07    Page 1 of 4



**Fair Trade Practices Program**

Search PACA

Search Again   Go Back to the previous page   Generate PDF Report

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 20160766 | 6/8/2016 | 6/8/2019 | Active |

| Business Name | Business Address | City | State | Zip |
|---|---|---|---|---|
| URBAN LEAF CO | 60 AIRPORT BLVD | S SAN FRANCISCO | CA | 940806515 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| | WAYMANWONG@URBANLEAFCO.COM | 650 871-2505 | 650 871-2507 |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | 60 AIRPORT BLVD | S SAN FRANCISCO | CA | 940806515 |

### Reported Principal (Last Name, First Name)

```
YEE, SOO MING
WONG, WAYMAN
```

### Trade Names

```
PRODUCE COMPANY THE
```

### Branch Name , Branch City , Branch State   None

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:**

**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:**

**1 (800) 495-7222, then Option #2**

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**

Return to: Perishable Agricultural Commodities Act (PACA)