# EXHIBIT "3"

Case: 19-30232 Doc# 99-4 Filed: 03/29/19 Entered: 03/29/19 16:16:07 Page 1 of 6

Case: 19-30232    Doc# 99-4    Filed: 03/29/19    Entered: 03/29/19 16:16:07    Page 2 of 6



**Fair Trade Practices Program**

Search PACA

Search Again    Go Back to the previous page    Generate PDF Report

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 20160146 | 11/6/2015 | 11/6/2018 | Active |

| **Business Name** | **Business Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| MUNCHERY INC | 375 ALABAMA ST STE 300 | SAN FRANCISCO | CA | 941101360 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| WWW.MUNCHERY.COM | chris@munchery.com | 888 458-8576 | |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | 375 ALABAMA ST STE 300 | SAN FRANCISCO | CA | 941101360 |

**Reported Principal (Last Name, First Name)**

```
TRAN, TRI
CHU, CONRAD
```

**Trade Names**   None

**Branch Name , Branch City , Branch State**   None

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:**

**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:**

**1 (800) 495-7222, then Option #2**

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**

Return to: Perishable Agricultural Commodities Act (PACA)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document: **DECLARATION OF SOO MING YEE IN SUPPORT OF OPPOSITION BY URBAN LEAF CO. DBA THE PRODUCE COMPANY TO SECOND AMENDED STIPULATION REGARDING USE OF CASH COLLATERAL, PROVISION OF ADEQUATE PROTECTION AND DEBTOR IN POSSESSION FINANCING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 29, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mikel R. Bistrow**     mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- **David S. Catuogno**     david.catuogno@klgates.com
- **Christopher Celentino**     chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- **Gail Lin Chung**     GL@outtengolden.com, gail.lin@yahoo.com
- **David J. Cook**     cook@squeezebloodfromturnip.com
- **Terri H. Didion**     terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Leonardo D. Drubach**     leo@9000Law.com
- **Daniel M. Eliades**     daniel.eliades@klgates.com
- **Trevor Ross Fehr**     trevor.fehr@usdoj.gov, lynne.knight@usdoj.gov
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Steven T. Gubner**     sgubner@ebg-law.com, ecf@ebg-law.com
- **Robert G. Harris**     rob@bindermalter.com
- **Jennifer C. Hayes**     jhayes@fhlawllp.com
- **Gary M. Kaplan**     gkaplan@fbm.com, calendar@fbm.com
- **Michael Lauter**     mlauter@sheppardmullin.com
- **Kyle Mathews**     kmathews@sheppardmullin.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Jason Rosell**     jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- **Ryan A. Witthans**     rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- **Kaipo K.B. Young**     KYoung@BL-Plaw.com

**2. SERVED BY UNITED STATES MAIL**: On **March 29, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Case: 19-30232    Doc# 99-4    Filed: 03/29/19    Entered: 03/29/19 16:16:07    Page 5 of 6

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 29, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

Case: 19-30232   Doc# 99-4   Filed: 03/29/19   Entered: 03/29/19 16:16:07   Page 6 of 6