SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
KYLE MATHEWS, Cal. Bar No. 218384
MICHAEL LAUTER, Cal. Bar No. 246048
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
Email: kmathews@sheppardmullin.com
       mlauter@sheppardmullin.com

Counsel for Secured Creditor, COMERICA BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY INC.,<br><br>Debtor in Possession. | Case No.: 19-30232-HLB<br><br>Chapter 11<br><br>**COMERICA BANK'S STATEMENT OF POSITION REGARDING DEBTOR'S MOTION FOR SALE OF ASSETS FREE AND CLEAR OF LIENS**<br><br>Date: April 18, 2019<br>Time: 3:00 p.m.<br>Place: 450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

COMERICA BANK ("Comerica"), senior secured creditor of the debtor Munchery Inc. (the "Debtor"), hereby files this statement of position with respect to the Debtor's *Motion for Sale of Assets Free and Clear of Liens* (the "Sale Motion").

Pursuant to the Sale Motion, the Debtor proposes to sell certain of its assets to Gate Gourmet, Inc. or an overbidder (the "Sale"), and to pay off Comerica's senior secured debt in full with the sale proceeds.

By this Statement of Position, Comerica consents to the Sale, so long as all net sale proceeds are deposited into the Restricted Account (as defined in the Cash Collateral Stipulation) at Comerica subject to Comerica's security interest as provided in pursuant to Section 6(b)(iv) of the cash

collateral stipulation filed as Docket No. 43 (the "Cash Collateral Stipulation"). Comerica fully reserves all of its rights and remedies in all respects until Comerica's claim is indefeasibly paid in full.

Dated: April 1, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Michael M. Lauter*
MICHAEL M. LAUTER
KYLE MATHEWS
Attorneys for COMERICA BANK