

**Signed and Filed: May 2, 2019**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                ) Case No. 19-30232 HLB
                                      )
MUNCHERY, INC.,                       ) Chapter 11
                                      )
        Debtor.                       )
_____)

**ORDER CONTINUING HEARING ON MOTION
TO APPROVE MR. BERIKER'S SALARY AND SUCCESS FEE**

This matter comes before the court on Debtor's Motion for Order Pursuant to Sections 363(B) and 503(B) Approving Salary and Success Fee ("Motion"; Dkt. 37) which is currently set for a continued hearing on May 9, 2019. Debtor originally set the Motion for hearing on April 4, 2019. After review of service of the Motion, on March 27, 2019 the court entered the following docket text order:

> The court has reviewed service of the Motion for Order Pursuant to Section 363(b) and 503(b) Approving Salary and Success Fee ("Motion") filed by Debtor and finds it to be defective. Debtor filed and served the motion prior to entry of the court's Order Limiting Service (Dkt. 57) and Debtor did not serve all creditors as required by Fed. R. Bankr. P. 2002(a)(2) and (a)(6). Accordingly, the court ORDERS as follows:(1) The April 4, 2019 hearing on the Motion is continued to May 9, 2019 at 10:00 a.m.; (2) Debtor shall file and serve a notice of continued hearing at least 21 days prior to the continued hearing date; (3) Debtor shall

serve the notice of continued hearing in accordance with the court's Order Limiting Service; (4) at least 21 days prior to the continued hearing dated, Debtor shall serve the moving papers on creditors who were not originally served in accordance with the court's Order Limiting Service; i.e. secured creditors not previously served including all subordinated secured creditors; (5) Debtor shall file a certificate of service proving compliance with this docket text order at least three days prior to the continued hearing.

On April 18, 2019, Debtor timely filed a notice of the continued hearing ("Notice"; Dkt. 154). On May 1, 2019, Debtor filed a certificate of service of the Notice ("COS of Notice"; Dkt. 172), a supplemental certificate of service of the Notice ("Supplemental COS"; Dkt. 173), and a certificate of service of the moving papers ("COS of Motion"; Dkt. 174). The COS of Motion complies with the court's March 27 docket text order. The Notice, and service thereof, however, present a problem requiring the court to further continue the hearing on the Motion.

Bankruptcy Local Rule 9014-1(c)(2) provides:

"where relief is sought generally, and not against an identified, named entity, the motion or application, notice of the hearing, supporting declarations, memoranda, and all other papers shall be filed and served at least 21 days before the actual scheduled hearing date. **Any opposition to the requested relief shall be filed and served on the initiating party no less than 7 days before the actual scheduled hearing date.**"

B.L.R. 9014-1(c)(2) (emphasis added). The Notice provides that any opposition must be filed at least 14 days prior the hearing; i.e. by April 25, 2019. This does not present a problem as to the creditors served with the Notice on April 9, 2019 as reflected the in the COS of Notice. Those creditors had 30 days'

notice of the hearing and ample time to file an objection by April 25, 2019. But, as set forth in the Declaration of Ryan A. Witthans to Accompany Certificates of Service (Dkt. 177), Debtor's service of the Notice on April 9 had deficiencies; i.e. Debtor did not serve several creditors ("Omitted Creditors")[1]. Debtor sought to remedy the deficiencies by serving the Omitted Creditors on April 18, 2019 as reflected in the Supplemental COS. Service of the Notice on April 18 provided 21 days' notice of the hearing, as required by B.L.R. 9014-1(c)(2). The Notice, however, required the Omitted Creditors to object 14 days prior to the hearing rather than 7 days as provided for in the local rule. Because they were not served with the Notice until April 18, the Omitted Creditors did not receive adequate time to object to the Motion.

Accordingly, the court **ORDERS** as follows:

(1) The May 9, 2019 hearing on the Motion is continued to **May 30, 2019 at 10:00 a.m.** at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California 94102

(2) The Omitted Creditors shall have until **May 16, 2019** to file any objection to the Motion.

(3) On or before **May 16, 2019**, Debtor shall serve this order on the Omitted Creditors and all other creditors who should receive notice of the continued hearing.

(4) Debtor shall file any Reply by **May 23, 2019**.

**\*\*END OF ORDER\*\***

---

[1] The list of Omitted Creditors is attached as Exhibit A to the Order.

# **EXHIBIT A**

**EXHIBIT A**

| Description | Creditor | Addr1 | Addr2 | Addr3 | Addr4 | Addr5 |
|---|---|---|---|---|---|---|
| Special Notice Parties | Conrad Chu | c/o Binder & Malter LLP | Attn: Robert G. Harris, Esq. | 2775 Park Ave | Santa Clara, CA 95050 | |
| Special Notice Parties | LA Specialty Produce Co. | dba San Francisco Specialty | c/o Rynn & Janowsky, LLP | Attn: June Monroe | 4100 Newport Pl Dr, Ste 700 | Newport Beach, CA 92660 |
| Secured Party | Andrew N. Allen | 416 Duncan St, Apt. 5 | San Francisco, CA 94131 | | | |
| Secured Party | Apple Financial Services | P.O. Box 35701 | Billings, MT 59107-5701 | | | |
| Secured Party | Apple Financial Services 8220 | P.O. Box 30310 | Los Angeles, CA 90030 | | | |
| Secured Party | Chad Eugene Little | 4156 Old Tree Rd | Palo Alto, CA 94306 | | | |
| Secured Party | Corporation Service Company | P.O. Box 2576 | Springfield, IL 62708-2576 | | | |
| Secured Party | Daniel Dana Jackson | 20 Trail Ln | Woodside, CA 94062 | | | |
| Secured Party | F. Hill Harper | 16-26 Wilcox Ave, Ste 211 | Hollywood, CA 90028 | | | |
| Secured Party | James Beriker | 220 Shaw Road | South San Francisco, CA 94080 | | | |
| Secured Party | Moussefixe LP | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605 | New York, NY 10019 | | |
| Secured Party | Mousserena, LP | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605 | New York, NY 10019 | | |
| Secured Party | Moussescale, LP | Attn: Melisssa Jaehnig | 9 West 57th St, Ste 4605 | New York, NY 10019 | | |
| Secured Party | Ocean Beauty Seafoods LLC | P.O. Box 70739 | Seattle, WA 98127-1539 | | | |
| Secured Party | Sysco Los Angeles, Inc. | 20701 E Currier | Walnut, CA 91789 | | | |
| Secured Party | Sysco Los Angeles, Inc. | 20701 E. Currier Rd | Walnut, CA 91789-2904 | | | |
| Secured Party | Sysco San Francisco, Inc. | 5900 Stewart Ave | Fremont, CA 94538-3134 | | | |
| Secured Party | Xerox Financial Services | 45 Glover Ave | Norwalk, CT 06850-1238 | | | |
| Secured Party | Triplepoint Venture Growth Bdc Corp. | 2755 Sand Hill Rd, Ste 150 | Menlo Park, CA 94025-7087 | | | |
| Secured Party | Andrew N. Allen | Address Redacted | | | | |
| Secured Party | Chad Eugene Little | Address Redacted | | | | |
| Secured Party | Daniel Dana Jackson | Address Redacted | | | | |
| Secured Party | F. Hill Harper | Address Redacted | | | | |
| Secured Party | Moussefixe LP | Address Redacted | | | | |
| Secured Party | Mousserena, LP | Address Redacted | | | | |
| Secured Party | Moussescale, LP | Address Redacted | | | | |
| Creditors Who May Assert a Security Interest | Triple B Corporation, dba Charlie's Produce | c/o Sussman Shank LLP | Attn: Jeffrey C. Misley, Kristen G. Hilton | 1000 SW Broadway, Ste 1400 | Portland, OR 97205-3089 | |

**Court Service List**

[None]