**Exhibit A**

1. **Did the business operate during the entire reporting period?**

No, business ceased operations on January 21, 2019.

2. **Do you plan to continue to operate the business next month?**

No, business ceased operations on January 21, 2019.

9. **Have you timely paid all of your insurance premiums?**

Debtor in Possession has is in current communication with the insurance agent to confirm status of premiums.

**Exhibit B**

1. **Do you have any bank accounts open other than the DIP accounts?**

Yes, four accounts which are used to capture any corporate payments towards outstanding AR. A request was sent to the bank the week of April 15, 2019 to close two of the accounts that have not had activity since the filing.

15. **Have you borrowed money from anyone or has anyone made any payments on your behalf?**

TriplePoint Capital and Comerica Bank are creditors that are lending $600,000 ($300k each) to be recouped by the two creditors upon sale of the asset at 220 Shaw Road.

18. **Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?**

No.

| Date | Description | Amount | Details |
|---|---|---|---|
| 3/8/2019 | Triplepoint Funding | 182,784.36 | DIP Note Funding |
| 3/19/2019 | Deposit | 25,173.70 | Corporate AR/Misc |
| 3/20/2019 | Deposit | 1,057.28 | Corporate AR/Misc |
| 3/22/2019 | Deposit | 506.96 | Corporate AR/Misc |
| 3/25/2019 | Triplepoint Funding | 27,500.00 | DIP Note Funding |
| 3/25/2019 | Comerica Funding | 27,500.00 | DIP Note Funding |
| 3/27/2019 | Google Test Transaction | 0.59 | IP/ Platform |
| 3/29/2019 | Deposit | 6,156.60 | Corporate AR/Misc |
| | **Total** | 270,679.49 | |

| Date | Description | Amount | Details |
|---|---|---:|---|
| 3/11/2019 | Omni Management | 10,000.00 | Bankruptcy Filing/ Service Services |
| 3/11/2019 | PR - Astrinos | 8,424.19 | Post Petition Payroll |
| 3/11/2019 | PR - Beriker | 8,228.24 | Post Petition Payroll |
| 3/12/2019 | Rent + Prop Taxes + Legal Reimbursements | 99,123.36 | Rent, taxes, utilities, insurance, etc. for 220 Shaw Rd. |
| 3/12/2019 | Security | 5,204.00 | 24 x 7 Security at 220 Shaw |
| 3/12/2019 | PR - Barrom | 4,572.58 | Post Petition Payroll |
| 3/14/2019 | IPFS | 30,033.30 | Insurance |
| 3/15/2019 | PR - Beriker | 8,653.85 | Post Petition Payroll |
| 3/15/2019 | PR - Sami | 7,355.01 | Post Petition Payroll |
| 3/20/2019 | PR - Astrinos | 8,653.86 | Post Petition Payroll |
| 3/20/2019 | PR - DeBolt | 2,880.93 | Post Petition Payroll |
| 3/20/2019 | PR - Schristian Rodriguez | 1,102.28 | Replacement- Pre-petition payroll check |
| 3/21/2019 | CA Water | 2,994.34 | Rent, taxes, utilities, insurance, security etc. for 220 Shaw Rd. |
| 3/22/2019 | Security | 9,408.00 | Rent, taxes, utilities, insurance, security etc. for 220 Shaw Rd. |
| 3/26/2019 | Amazon AWS | 6,010.76 | IP/ Platform |
| 3/26/2019 | Captive Fuel | 175.00 | Electrician |
| 3/26/2019 | Orkin | 112.77 | Rent, taxes, utilities, insurance, etc. for 220 Shaw Rd. |
| 3/27/2019 | Margarita Perez - Cleaning | 600.00 | Rent, taxes, utilities, insurance, etc. for 220 Shaw Rd. |
| 3/28/2019 | Kaiser | 7,693.20 | Health Insurance |
| 3/28/2019 | Google G Suite | 5,620.71 | IP/ Platform |
| 3/28/2019 | Aetna | 5,334.03 | Health Insurance |
| 3/28/2019 | Kaiser | 3,220.79 | Health Insurance |
| 3/28/2019 | Ameriflex | 507.80 | Health Insurance |
| 3/29/2019 | PR - Beriker | 8,477.15 | Post Petition Payroll |
| 3/29/2019 | PR - Astrinos | 8,424.19 | Post Petition Payroll |
| | **Total** | **252,810.34** | |

| Date Debt Incurred | Date Due | Vendor | Amount | Purpose |
|---|---|---|---|---|
| 4/22/2019 | 4/22/2019 | Armanino LLP | 6,500.00 | Accounting Professional Services |
| 4/14/2019 | 4/14/2019 | Eagle Protective Services | 4,704.00 | Security Services |
| 4/7/2019 | 4/7/2019 | Eagle Protective Services | 4,704.00 | Security Services |
| 3/31/2019 | 3/31/2019 | Eagle Protective Services | 4,704.00 | Security Services |
| | | **Total** | 20,612.00 | |

| Date Due | Customer | Amount | Purpose |
|---|---|---:|---|
| 1/31/2019 | Amazon Go - San Francisco | 9,449.96 | Meal Delivery |
| 1/31/2019 | Anchor Labs Inc | 2,767.66 | Corporate Meal Delivery Services |
| 1/31/2019 | Atlantic Pacific Manufacturing (DBA Espresso Restorations) | 12,465.51 | Rent - to be covered by potential sublessee |
| 1/31/2019 | Jingchi | 3,267.26 | Corporate Meal Delivery Services |
| 1/31/2019 | JUUL Labs | 5,914.89 | Corporate Meal Delivery Services |
| 1/31/2019 | Kettlebell Kitchen | 17,265.25 | Corporate Meal Delivery Services |
| 1/31/2019 | Pocket Gems | 7,269.58 | Corporate Meal Delivery Services |
| 1/31/2019 | Revfluence, Inc. | 473.40 | Corporate Meal Delivery Services |
| 1/31/2019 | Samba TV | 2,321.25 | Corporate Meal Delivery Services |
| 1/31/2019 | Shift Technologies, Inc. | 400.92 | Corporate Meal Delivery Services |
| 1/31/2019 | Wilson | 1,271.49 | Corporate Meal Delivery Services |
| | **Total** | 62,867.17 | |