Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br><u>Hearing:</u><br>Date:   September 13, 2019<br>Time:   10:00 a.m.<br>Place:  450 Golden Gate Ave., 16th Floor<br>          San Francisco, CA 94102 |

Munchery, Inc., ("Munchery") submits this status conference statement in conjunction with the upcoming status conference.  Munchery apologizes to the Court for filing this statement later than the normal seven days prior to the conference.  Munchery was waiting to see what the results were from its recent intellectual property ("IP Asset") sales effort as bidding closed on September 13, 2019.  Munchery also wanted to have an opportunity to discuss those results with the Creditors Committee (the "Committee") and TriplePoint Venture Growth BDC Corp. ("TriplePoint") to decide on next steps.

///

///

STATUS CONFERENCE STATEMENT                                                                          1

**The Sales Effort:**

Munchery interviewed parties to serve as a sales advisor for the IP Assets and ultimately retained Armanino LLP ("Armanino") to head up its IP sale effort. Armanino and Munchery reached out to dozens of parties attempting to generate interest in the IP, or parts of it. Munchery and Armanino kept a "deal tracker" spreadsheet that was shared with the Committee and TriplePoint on a regular basis. The spreadsheet provided information on the parties contacted and the status of any potential transaction. The potential interest from buyers focused on the following aspects of the IP: the entire IP; the thousands of meal recipes; the customer database, and the "last mile" delivery related portion of the IP. Munchery and Armanino had many calls with potential buyers, in some cases met with the potential buyers and put on numerous demonstrations of the software for interested parties.

Ultimately, the response not been what the parties had hoped for. After consultation with the Committee and TriplePoint, Munchery expects to return to some of the offerors and see if the offers can be improved upon (and in some cases clarified). Munchery will not be seeking approval of any offers this week but anticipates noticing a future hearing, perhaps with a stalking horse bidder, or seeking approval of several transactions at one time.

**Class Action Litigation:** The class action plaintiffs filed a motion in the District Court seeking certification of the class. That motion is set for hearing on October 30, 2019. Plaintiffs and Munchery will seek to mediate the dispute with the Hon. Roger L. Efremsky acting as mediator. The mediation is set for October 25, 2019 in Judge Efremsky's chambers. The Committee will also attend the mediation, as the Debtor views its consent to any settlement as critical.

**PACA Claims:** As previously reported, the Committee and Munchery sought to settle some of the PACA claims but have not achieved any settlements to date. The Committee recently filed an objection to the PACA claim of Triple B Corporation dba Charlie's Produce and Munchery understands the Committee will move forward with further objections absent settlements with the various claimants. There are funds set aside in excess of the total PACA claims so if settlements are reached, Munchery can promptly pay any settled claims.

STATUS CONFERENCE STATEMENT                                                                 2

**Case Administration:**  Debtor is current on its operating reports and the fees due to the U.S. Trustee's office.  It circulates a weekly cash collateral budget to the relevant parties outlining the anticipated expenditures for the coming week.

**Future Events:**  Depending on the outcome of further negotiations with interested parties, Munchery hopes to have a hearing in October 2019 for approval of any IP Asset sales. There remains an unresolved dispute between the Committee and TriplePoint regarding the extent of TriplePoint's security interest in the remaining proceeds from the sale of Munchery's facility assets in April 2019.  Absent interest from a third party, which to date has not stepped forward, Munchery does not anticipate putting forward a conventional plan of reorganization. Depending on the outcome of the IP Asset Sales and resolution of the issues discussed above, a liquidating plan could be forthcoming.

DATED: September 16, 2019 FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Munchery, Inc.