John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:     (415) 263-7000
Facsimile:     (415) 263-7010
E-mail:        jfiero@pszjlaw.com
               jrosell@pszjlaw.com

Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30232 (HLB) |
| MUNCHERY, INC., | Chapter 11 |
| Debtor. | **STIPULATION REGARDING TREATMENT AND ALLOWANCE OF CLAIM NUMBER 63 FILED BY RIVIERA PRODUCE CORP.** |

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor ("Debtor"), the Debtor, and Riviera Produce Corp. ("Riviera" and, collectively with the Committee and Debtor, the "Parties") hereby stipulate, by and through their counsel, as follows:

## RECITALS

A.     On February 28, 2019 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Court").

B.     On March 21, 2019, the United States Trustee appointed the Committee. On March 28, 2019, the United States Trustee appointed two additional members to the Committee.

C.     On March 29, 2019, the Debtor filed amended schedules [Docket No. 94] and listed Riviera as holding an unsecured, non-priority claim against the Debtor in the amount of $19,292.77.

DOCS_SF:102044.2                                                1

STIPULATION REGARDING CLAIM NO. 63
FILED BY RIVIERA PRODUCE CORP.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 19-30232    Doc# 246    Filed: 10/16/19    Entered: 10/16/19 16:01:38    Page 1 of 6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

D.  On April 24, 2019, the Court entered an *Order Granting Motion for Sale of Assets Free and Clear of Liens* [Docket No. 162] ("Sale Order") pursuant to which the Court authorized the Debtor to assign its leasehold interest in real property located in South San Francisco and sell all of its equipment and inventory (collectively, the "SF Assets") to a buyer for a sale price of $5 million.

E.  Paragraph 17 of the Sale Order provides for the adequate protection of allowed claims against the Debtor under the Perishable Agricultural Commodities Act, 7 U.S.C. §§ 499a-499t, by deposit of $350,000 from the sale proceeds of the SF Assets (the "PACA Reserve"), all of which is subject to further order of the Court.  The Sale Order further provides that the "source of the payment of these funds is not intended to limit the rights of any PACA claimants, and this order shall not impact the priority of PACA trust claims, which shall continue with the same scope, priority and validity as existed as of the Petition Date."

F.  On May 24, 2019, Riviera filed claim number 63 (the "Claim") in the amount of $25,721.17, by which Riviera asserts priority claim status under "PACA Trust."  The basis for the Claim is perishable goods sold by Riviera to the Debtor.  The Claim is comprised of a principal amount owed of $18,281.25, prepetition interest of $2,774.92, and attorneys' fees of $4,125.00.

G.  The Committee disputes the priority of the Claim for reasons including that the Committee disputes the existence of a PACA Trust, as governed by applicable law, as of the Petition Date.

H.  The Parties desire to settle the Claim on the terms set forth herein and avoid potentially protracted and costly litigation concerning the validity of the Claim and the existence of a PACA Trust with respect to the Claim.

**NOW THEREFORE**, the Parties hereby stipulate and agree as follows:

1.  Allowance of PACA Claim:  Riviera shall have an allowed priority claim in the amount of $17,000, payable from the PACA Reserve within 7 calendar days after entry of an order approving this Stipulation.

2.  Allowance of Non-Priority General Unsecured Claim.  The balance of the Claim in the amount of $8,721.17 shall be allowed as a non-priority general unsecured claim against the

DOCS_SF:102044.2

2

STIPULATION REGARDING CLAIM NO. 63
FILED BY RIVIERA PRODUCE CORP.

Case: 19-30232    Doc# 246    Filed: 10/16/19    Entered: 10/16/19 16:01:38    Page 2 of 6

Debtor's estate.

3.  <u>Release of Claims</u>.  Except as set forth above, Riviera shall have no other claims against the Debtor or its estate, and any such claims are expressly disallowed.  The Debtor and Committee shall waive and release any actions that may be filed against Riviera pursuant to 11 U.S.C. §547.

4.  <u>Jurisdiction</u>.  The Court shall retain jurisdiction to adjudicate any dispute regarding the interpretation, construction, application and/or effect of this Stipulation.

Dated:    October 16, 2019

MARTYN AND ASSOCIATES

By: _/s/ Eric M. Kyser_____
Eric M. Kyser

Counsel for Riviera Produce Corp.

Dated: October 16, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: _/s/ Jason H. Rosell_____
John D. Fiero
Jason H. Rosell

Counsel for the Official Committee of Unsecured Creditors

Dated: October 16, 2019

FINESTONE HAYES LLP

By: _/s/ Stephen D. Finestone_____
Stephen D. Finestone
Jennifer C. Hayes

Counsel for the Debtor

DOCS_SF:102044.2

3

STIPULATION REGARDING CLAIM NO. 63
FILED BY RIVIERA PRODUCE CORP.

Case: 19-30232    Doc# 246    Filed: 10/16/19    Entered: 10/16/19 16:01:38    Page 3 of 6

John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
        jrosell@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No. 19-30232 (HLB) |
|---|---|
| MUNCHERY, INC., | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | **[No Hearing Required]** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

STATE OF CALIFORNIA        )
                          )
CITY OF SAN FRANCISCO      )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On October 16, 2019, I caused to be served the

**STIPULATION REGARDING TREATMENT AND ALLOWANCE OF CLAIM NUMBER 63 FILED BY RIVIERA PRODUCE CORP.**

in the manner stated below:

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On August 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 16, 2019 at San Francisco, California.

*/s/ Matt Renck*
Matt Renck

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

**In re Munchery, Inc.**
**Case No. 19-30232**

1. **SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   - Mikel R. Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
   - Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - Gail Lin Chung    GL@outtengolden.com, gail.lin@yahoo.com
   - David J. Cook    cook@squeezebloodfromturnip.com
   - Terri H. Didion    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
   - Leonard D. Drubach    leo@9000Law.com
   - Trevor Ross Fehr    trevor.fehr@usdoj.gov
   - John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
   - Stephen D. Finestone    sfinestone@fhlawllp.com
   - Steven T. Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
   - Laurie Hager    lhager@sussmanshank.com
   - Robert G. Harris    rob@bindermalter.com
   - Jennifer C. Hayes    jhayes@fhlawllp.com
   - Kristen G. Hilton    Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
   - Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
   - Eric M. Kyser    ekyser@martynlawfirm.com, admin@martynlawfirm.com
   - Michael Lauter    mlauter@sheppardmullin.com
   - Kyle Mathews    kmathews@sheppardmullin.com
   - Krikor J. Meshefejian    kjm@lnbyb.com
   - June Monroe    june@rjlaw.com, shelly@rjlaw.com
   - Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
   - Jason Rosell    jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
   - Ryan A. Witthans    rwitthans@fhlawllp.com
   - Kaipo K.B. Young    KYoung@BL-Plaw.com

2. **SERVICE VIA US MAIL**

| | | |
|---|---|---|
| Daniel M. Eliades<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 | MUNCHERY INC.<br>James Beriker, PRESIDENT & CEO<br>220 Shaw Rd.<br>South San Francisco, CA 94080 | David S. Catuogno<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 |
| Eric M. Kyser, Esq.<br>Martyn & Associates<br>820 W. Superior Ave. 10th Floor<br>Cleveland, OH 44113 | Riviera Produce Corp.<br>Ben Friedman, OWNER & CEO<br>205 Jackson St.<br>Englewood, NJ 07631 | |

1