John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.,<br><br>               Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>**[No Hearing Required]** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

3   I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On November 14, 2019, I caused to be served the

**REQUEST FOR ENTRY OF AN ORDER BY DEFAULT GRANTING THE JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL OF COMPROMISE REGARDING TREATMENT AND ALLOWANCE OF CLAIM NUMBER 63 FILED BY RIVIERA PRODUCE CORP..**

in the manner stated below:

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On August 30, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 14, 2019 at San Francisco, California.

*/s/ Matt Renck*
Matt Renck

**In re Munchery, Inc.**
**Case No. 19-30232**

1. <u>**SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>
   - **Mikel R. Bistrow**   mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
   - **Christopher Celentino**   chris.celentino@dinsmore.com, caron.burke@dinsmore.com
   - **Gail Lin Chung**   GL@outtengolden.com, gail.lin@yahoo.com
   - **David J. Cook**   cook@squeezebloodfromturnip.com
   - **Terri H. Didion**   terri.didion@usdoj.gov, patti.vargas@usdoj.gov
   - **Leonardo D. Drubach**   leo@9000Law.com
   - **Trevor Ross Fehr**   trevor.fehr@usdoj.gov
   - **John D. Fiero**   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
   - **Stephen D. Finestone**   sfinestone@fhlawllp.com
   - **Steven T. Gubner**   sgubner@ebg-law.com, ecf@ebg-law.com
   - **Laurie Hager**   lhager@sussmanshank.com
   - **Robert G. Harris**   rob@bindermalter.com
   - **Jennifer C. Hayes**   jhayes@fhlawllp.com
   - **Kristen G. Hilton**   Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
   - **Gary M. Kaplan**   gkaplan@fbm.com, calendar@fbm.com
   - **Eric M. Kyser**   ekyser@martynlawfirm.com, admin@martynlawfirm.com
   - **Michael Lauter**   mlauter@sheppardmullin.com
   - **Kyle Mathews**   kmathews@sheppardmullin.com
   - **Krikor J. Meshefejian**   kjm@lnbyb.com
   - **June Monroe**   june@rjlaw.com, shelly@rjlaw.com
   - **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
   - **Jason Rosell**   jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
   - **Ryan A. Witthans**   rwitthans@fhlawllp.com
   - **Kaipo K.B. Young**   KYoung@BL-Plaw.com

2. <u>**SERVICE VIA US MAIL**</u>

| | | |
|---|---|---|
| Daniel M. Eliades<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 | MUNCHERY INC.<br>James Beriker, PRESIDENT & CEO<br>220 Shaw Rd.<br>South San Francisco, CA 94080 | David S. Catuogno<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 |
| Eric M. Kyser, Esq.<br>Martyn & Associates<br>820 W. Superior Ave. 10th Floor<br>Cleveland, OH 44113 | Riviera Produce Corp.<br>Ben Friedman, OWNER & CEO<br>205 Jackson St.<br>Englewood, NJ 07631 | |

1