

Signed and Filed: December 3, 2019

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

Counsel to the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.,<br><br>                Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**AGREED ORDER REGARDING OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIM NO. 80 FILED BY TRIPLE B CORPORATION, DBA CHARLIES PRODUCE** |

This matter came before the Court without a hearing upon consideration of the *Objection of the Official Committee of Unsecured Creditors to Claim No. 80 Filed by Triple B Corporation, dba Charlies Produce* [Docket No. 234] filed on August 30, 2019 (the "Objection"), *Triple B Corporation's Response to the Official Committee of Unsecured Creditors' Objection to Claim No. 80* [Docket No. 242],[1] and the *Reply in Support of the Objection of the Official Committee of Unsecured Creditors to Claim No. 80 Filed by Triple B Corporation, dba Charlies Produce* [Docket No. 250].[2] The Debtor, Official Committee of Unsecured Creditors of Munchery, Inc., and Triple B Corporation dba Charlies Produce consent to the entry of this Order resolving Claim No. 80. Based upon the Court's review of the Objection and notice thereof, all pleadings on file, and good cause appearing therefor,

---

[1] No other responses to the Objection were filed.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Objection.

DOCS_SF:102328.2

1

**IT IS HEREBY ORDERED THAT:**

1. The Objection is GRANTED to the extent set forth herein.

2. The Debtor is authorized and directed to pay $21,637.20 to Triple B Corporation from the PACA Reserve within 7 calendar days after entry of this Order.

3. The balance of Claim No. 80 in the amount of $12,716.45 is allowed as a non-priority general unsecured claim against the Debtor's estate.

4. Except as set forth herein, Triple B Corporation dba Charlies Produce shall have no other claims against the Debtor or its estate, and any such claims are expressly disallowed. The Debtor and Committee waive and release any actions that may be filed against Triple B Corporation dba Charlies Produce pursuant to 11 U.S.C. § 547.

5. The initial status conference on the Objection scheduled for December 12, 2019 at 10:00 a.m. (Pacific Time) is vacated as moot.

6. The Court shall retain jurisdiction to adjudicate any dispute regarding the interpretation, construction, application and/or effect of this Stipulation.

# # # END OF ORDER # # #

**COURT SERVICE LIST**

DOCS_SF:102328.2

Case: 19-30232    Doc# 258    Filed: 12/03/19    Entered: 12/03/19 13:35:44    Page 3 of 3