John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

Counsel to the Official
Committee of Unsecured Creditors

Stephen Finestone (CA Bar No. 125675)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
E-mail: sfinestone@fhlawllp.com

Counsel to the Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.,<br><br>                        Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF JAMES BERIKER IN SUPPORT OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTOR PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL OF COMPROMISE REGARDING TREATMENT AND ALLOWANCE OF CLAIM NUMBER 12 FILED BY OAKVILLE PRODUCE PARTNERS, LLC**<br><br>[No Hearing Required unless requested pursuant to Local Bankruptcy Rule 9014-1(b)(3)] |

I, James Beriker, declare as follows:

1. I am the current Chief Executive Officer and sole member of the Board of Directors of Munchery, Inc. ("the "Debtor"). I make this declaration in support of the *Joint Motion of the*

*Official Committee of Unsecured Creditors and Debtor Pursuant to Bankruptcy Rule 9019 for Approval of Compromise Regarding Treatment and Allowance of Claim Number 12 Filed by Oakville Produce Partners, LLC* (the "Motion"),[1] filed concurrently herewith. I have personal knowledge of the facts set forth below, except those stated on information and belief, and as to those facts, I am informed and believe them to be true. If called upon to testify as a witness, I could and would competently testify to those facts.

2. I have reviewed the Claim, at true and correct copy of which is attached to the Motion as Exhibit A, and support therefor. On information and belief, proceeds from Claimant's produce, if any, were spent on general operating expenses and are not traceable to any specific funds.

3. I am familiar with the Debtor and Committee's objections to the alleged priority of the Claim. In light of the disputed factual and legal issues between the Parties, I understand that litigation of the objections to the Claim would be expensive and, if subject to an evidentiary hearing and briefing, would likely cost in excess of $30,065.40. Based on the potential costs and benefits of litigation, I support the Settlement. I believe that the Settlement is fair and reasonable and in the best interests of general unsecured creditors.

4. After discussions between and among counsel, the Parties entered into a *Stipulation Regarding Treatment and Allowance of Claim Number 12 Filed by Oakville Produce Partners, LLC*, attached to the Motion as Exhibit B, which sets forth the terms of the Settlement.

I declare under penalty of perjury that the forgoing is true and correct. Executed on December 20, 2019 in San Francisco, California.

/s/ James Beriker
James Beriker

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.