Ariella T. Simonds (CA Bar No. 260940)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re

MUNCHERY, INC.,

               Debtor.

Case No. 19-30232 (HLB)

Chapter 11

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE AUTOMATIC STAY**

Munchery, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, and TableArt Inc. ("TableArt" and, collectively with the Debtor, the "Parties") hereby stipulate, by and through their counsel, as follows:

## RECITALS

A.      WHEREAS, on February 28, 2019 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Court"); and

B.      WHEREAS, TableArt, as Lessee, is party to that certain real property lease (including all addenda thereto the "Original Master Lease"), dated as of August 29, 2014, with LA Wave LLC, as Lessor (the "Master Lessor"), for the property commonly known as 5242 W. Washington Blvd. in Los Angeles, California (the "Master Lease Property"), with a term commencing on September 1, 2014 and expiring on August 31, 2019; and

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

C.     WHEREAS, TableArt, as Lessee, and Master Lessor, as Lessor, are party to that certain first amendment to real property lease (the "Master Lease Amendment" and, collectively with the Original Master Lease, the "Master Lease"), pursuant to which the term of the Master Lease was extended to August 31, 2024; and

D.     WHEREAS, the Debtor, as Sublessee, and TableArt, as Sublessor, are party to that certain real property sublease dated as of December 11, 2014 (including all addenda thereto, the "Sublease") for the easternmost portion (consisting of approximately 2,900 square feet) of the Master Lease Property (as more precisely defined in the Sublease, the "Premises"), with a term commencing on December 15, 2014 and expiring on August 31, 2019; and

E.     WHEREAS, the Debtor, as Sublessor, and Light & Green, LLC (the "Light & Green"), as Sublessee, are party to that certain real property sublease dated as of August 15, 2017 (including all addenda thereto, the "Sub-Sublease") for the Premises, with a term commencing on August 1, 2017 and expiring on August 31, 2019; and

F.     WHEREAS, the terms of the Master Lease are incorporated into the Sublease pursuant to Section 6.3 of the Sublease and the terms of the Sublease are incorporated into the Sub-Sublease pursuant to Section 6.3 of the Sub-Sublease; and

G.     WHEREAS, (a) pursuant to Section 7.1 of the Sub-Sublease, Debtor assigned and transferred to TableArt Debtor's interest in the Sub-Sublease and (b) pursuant to Section 7.2 of the Sub-Sublease, Debtor agreed that, following a default by Debtor, TableArt was authorized to "receive and collect, directly from [Light & Green], all Rent owing and to be owed under" the Sub-Sublease; and

H.     WHEREAS, under the Sublease, Debtor was obligated to pay TableArt for the months January 2018 through August 2019: (a) base rent in the monthly amount of $6,691.15 (the "Sublease Base Rent"), (b) Utilities Expenses in excess of the Base Amount (each as defined in the Sublease) ("Sublessee's Utilities Expenses Obligations"), and (c) Sublessee's Share of any increase in Net Fees (each as defined in the Sublease) that TableArt was required to pay the Master Lessor under the Master Lease ("Sublessee's Net Fees Obligations"); and

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

I.     WHEREAS, Debtor did not pay TableArt the Sublease Base Rent or any additional rent owed under the terms of the Sublease for January 2019 or any subsequent month; and

J.     WHEREAS, Light & Green did not pay the Debtor any base rent or any other amount owed under the terms of the Sub-Sublease since at least the Petition Date; and

K.     WHEREAS, the terms of the Sublease and the Sub-Sublease have expired; and

L.     WHEREAS, Light & Green remains in possession of the Premises; and

M.     WHEREAS, TableArt asserts an administrative expense priority claim against the Debtor's estate for all outstanding Rent (as defined in the Sublease) (including, without limitation, all Base Rent, Sublessee's Utilities Expenses Obligations, and Sublessee's Net Fees Obligations) and any and all other amounts owing under the Sublease related to the period from the Petition Date to the present; and

N.     WHEREAS, TableArt is holding a security deposit made by the Debtor to secure its obligations under the Sublease in the amount of $13,382.30 (the "Sublease Security Deposit"); and

O.     WHEREAS, TableArt is holding a security deposit made by Light & Green to secure its obligations under the Sub-Sublease in the amount of $13,050.00 (the "Sub-Sublease Security Deposit" and, together with the Sublease Security Deposit, the "Security Deposits"); and

P.     WHEREAS, the Parties wish to modify the stay imposed by section 362(a) of the Bankruptcy Code (the "Automatic Stay") to the extent necessary to permit TableArt to: (a) apply the Sublease Security Deposit to the Debtor's outstanding obligations under the Sublease, (b) enforce the terms of the Sub-Sublease against, and collect outstanding rent and other obligations owed under the Sub-Sublease directly from, Light & Green, and (c) apply Sub-Sublease Security Deposit to Light & Green's outstanding obligations under the Sub-Sublease.

**NOW THEREFORE**, the Parties hereby stipulate and agree as follows:

1.     TableArt may apply the Sublease Security Deposit to reduce the Debtor's outstanding obligations under the Sublease.

2.     TableArt may collect directly from Light & Green any and all amounts owed by Light & Green under the terms of the Sub-Sublease.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1    3.    TableArt may apply the Sub-Sublease Security Deposit to reduce Light & Green's

2  outstanding obligations under the Sub-Sublease.

3    4.    The Automatic Stay is hereby modified to the extent necessary to permit TableArt

4  to take the actions described in Paragraphs 1-3 above.

5    5.    The Parties reserve all of their respective rights with regard to TableArt's asserted

6  administrative expense priority claim; provided, however, that any and all amounts (a) collected

7  by TableArt from Light & Green on account of amounts due and owing from Light & Green under

8  the Sub-Sublease and (b) from the Security Deposits applied by TableArt shall reduce TableArt's

9  ultimate administrative expense priority claim on a dollar-for-dollar basis.

10   Dated: December 23, 2019          KLEE, TUCHIN, BOGDANOFF & STERN LLP

11

12                                    By:  */s/ Ariella T. Simonds*
                                           Ariella T. Simonds

13
                                           Counsel for TableArt Inc.
14

15
     Dated: December 23, 2019          FINESTONE HAYES LLP
16

17
                                           */s/ Stephen D. Finestone*
18                                         Stephen D. Finestone
                                           Jennifer C. Hayes
19
                                           Counsel for the Debtor
20

21

22
     SO ORDERED this _____ day of _____, 2020
23

24

25                                         _____
                                           HONORABLE HANNAH L. BLUMENSTEIL
26                                         UNITED STATES BANKRUPTCY JUDGE

27

28

STATE OF CALIFORNIA )
                    )
CITY OF LOS ANGELES )

I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

On December 23, 2019, I caused to be served the following document in the manner stated below:

- **STIPULATION AND [PROPOSED] ORDER MODIFYING THE AUTOMATIC STAY**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document.  On **December 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 23, 2019 at Los Angeles, California.

/s/ Shanda D. Pearson
Shanda D. Pearson

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

2
- Mikel R. Bistrow     mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino     chris.celentino@dinsmore.com, caron.burke@dinsmore.com
3
- Gail Lin Chung     GL@outtengolden.com, gail.lin@yahoo.com
- David J. Cook     cook@squeezebloodfromturnip.com
4
- Terri H. Didion     terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- Leonardo D. Drubach     leo@9000Law.com
5
- Trevor Ross Fehr     trevor.fehr@usdoj.gov
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
6
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Steven T. Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
7
- Laurie Hager     lhager@sussmanshank.com
- Robert G. Harris     rob@bindermalter.com
8
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Kristen G. Hilton     Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
9
- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
- Eric M. Kyser     ekyser@martynlawfirm.com, admin@martynlawfirm.com
10
- Michael Lauter     mlauter@sheppardmullin.com
- Kyle Mathews     kmathews@sheppardmullin.com
11
- Krikor J. Meshefejian     kjm@lnbyb.com
- June Monroe     june@rjlaw.com, shelly@rjlaw.com
12
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Jason Rosell     jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
13
- Ryan A. Witthans     rwitthans@fhlawllp.com
- Kaipo K.B. Young     KYoung@BL-Plaw.com
14

15  **SERVED VIA U.S. MAIL:**
    Armanino, LLP
16  12657 Alcosta Blvd., Suite 500
    San Ramon, CA 94583
17
    James Beriker
18  220 Shaw Rd.
    South San Francisco, CA 94080
19
    David S. Catuogno
20  K&L Gates LLP
    1 Newark Center, 10th Fl.
21  Newark, NJ 07102

22  Daniel M. Eliades
    K&L Gates LLP
23  1 Newark Center, 10th Fl.
    Newark, NJ 07102
24
    Gail C. Lin
25  Outten & Golden LLP
    One California Street, Suite 1250
26  San Francisco, CA 94111

27  Pachulski Stang Ziehl & Jones LLP
    150 California St., 15th Floor
28  San Francisco, CA 94111-4500