Ariella T. Simonds (CA Bar No. 260940)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone:     (310) 407-4000
Facsimile:     (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING REGARDING MOTION TO APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY** |

**PLEASE TAKE NOTICE** that the TableArt, Inc. ("TableArt") has filed its *Motion to Approve Stipulation Modifying the Automatic Stay* (the "Motion"). The Motion seeks entry of an order approving the terms of the *Stipulation and [Proposed] Order Modifying the Automatic Stay* (the "Stipulation") between TableArt and Munchery, Inc., the above-captioned Debtor (collectively, the "Parties") modifying the automatic stay. The Motion is based on the Stipulation, this Notice and Opportunity for Hearing, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that the Parties are seeking relief without setting a hearing, and the following notice provisions are set forth verbatim pursuant to Bankruptcy Local Rule 9014-1(b)(3):

> **Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice.**

Case: 19-30232    Doc# 278    Filed: 12/23/19    Entered: 12/23/19 13:32:27    Page 1 of 4
177051.1

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position.**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

Dated: December 23, 2019　　　　　KLEE, TUCHIN, BOGDANOFF & STERN LLP

　　　　　　　　　　　　　　　　By:　*/s/ Ariella T. Simonds*
　　　　　　　　　　　　　　　　　　　Ariella T. Simonds

　　　　　　　　　　　　　　　　Counsel for TableArt Inc.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

STATE OF CALIFORNIA    )
                       )
CITY OF LOS ANGELES    )

I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

On December 23, 2019, I caused to be served the following document in the manner stated below:

- **NOTICE AND OPPORTUNITY FOR HEARING REGARDING MOTION TO APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **December 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 23, 2019 at Los Angeles, California.

*/s/ Shanda D. Pearson*
Shanda D. Pearson

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Mikel R. Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Gail Lin Chung    GL@outtengolden.com, gail.lin@yahoo.com
- David J. Cook    cook@squeezebloodfromturnip.com
- Terri H. Didion    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- Leonardo D. Drubach    leo@9000Law.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Steven T. Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Laurie Hager    lhager@sussmanshank.com
- Robert G. Harris    rob@bindermalter.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Kristen G. Hilton    Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Eric M. Kyser    ekyser@martynlawfirm.com, admin@martynlawfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kyle Mathews    kmathews@sheppardmullin.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- June Monroe    june@rjlaw.com, shelly@rjlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Jason Rosell    jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Kaipo K.B. Young    KYoung@BL-Plaw.com

**SERVED VIA U.S. MAIL:**

Armanino, LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

James Beriker
220 Shaw Rd.
South San Francisco, CA 94080

David S. Catuogno
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Daniel M. Eliades
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Gail C. Lin
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111

Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000