Ariella T. Simonds (CA Bar No. 260940)
KTBS Law LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone:     (310) 407-4000
Facsimile:      (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>            Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**REQUEST FOR ENTRY OF AN ORDER BY DEFAULT GRANTING THE MOTION TO APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY** |

Munchery, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, and TableArt Inc. ("TableArt" and, collectively with the Debtor, the "Parties") hereby submit this *Request for Entry of an Order By Default Granting the Motion to Approve Stipulation Modifying the Automatic Stay* (the "Default Request").[1]  This Default Request is brought pursuant to Bankruptcy Rule 9014-1(b)(4).

The *Stipulation and [Proposed] Order Modifying the Automatic Stay* [Docket No. 276] (the "Stipulation"), the *Motion to Approve Stipulation Modifying the Automatic Stay* [Docket No. 277] (the "Motion"), and the *Notice and Opportunity for Hearing Regarding Motion to Approve Stipulation Modifying the Automatic Stay* [Docket No. 278] (the "Notice") were filed on December 23, 2019.  A certificate of service was attached to the Stipulation, the Motion, and the Notice.

---

[1]     Capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Pursuant to the Motion, the Parties requested approval of the Stipulation to modify the automatic stay. The Parties have agreed to permit TableArt to exercise its contractual right to collect amounts outstanding under the Sub-Sublease directly from Light & Green. In addition, TableArt would be permitted to apply the Security Deposits provided by the Debtor and Light & Green to the Debtor's and Light & Green's respective obligations under the Sublease and the Sub-Sublease. Lastly, any and all amounts that TableArt is able to collect from Light & Green and any amounts that TableArt applies from the Security Deposits will directly reduce the amount of TableArt's Administrative Claim against the Debtor's estate on a dollar-for-dollar basis.

The deadline to respond or object to the Motion was January 13, 2020. As set forth in the declaration of Ariella T. Simonds, attached hereto as **Exhibit A**, no objection or other response with respect to the Motion or the relief requested therein has been received as of the date hereof.

WHEREFORE, the Parties respectfully request that the Court approve the Stipulation and enter the order submitted herewith.

Dated: January 16, 2020        KTBS Law LLP

                               By:  */s/ Ariella T. Simonds*
                                    Ariella T. Simonds

                                    *Counsel for TableArt Inc.*

Dated: January 16, 2020        FINESTONE HAYES LLP

                                    */s/ Stephen D. Finestone*
                                    Stephen D. Finestone
                                    Jennifer C. Hayes

                                    *Counsel for the Debtor*

# EXHIBIT A
**(DECLARATION OF ARIELLA T. SIMONDS)**

Ariella T. Simonds (CA Bar No. 260940)
KTBS Law LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>                    Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF ARIELLA T. SIMONDS IN SUPPORT OF REQUEST FOR ENTRY OF AN ORDER BY DEFAULT GRANTING THE MOTION TO APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY** |

I, Ariella T. Simonds, hereby declare, under penalty of perjury, as follows:

1.    I am an attorney with the firm of KTBS Law LLP, counsel for TableArt Inc. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    I submit this declaration in support of the *Request for Entry of an Order By Default Granting the Motion to Approve Stipulation Modifying the Automatic Stay* (the "Default Request").

3.    The *Stipulation and [Proposed] Order Modifying the Automatic Stay* [Docket No. 276] (the "Stipulation"), the *Motion to Approve Stipulation Modifying the Automatic Stay* [Docket No. 277] (the "Motion"), and the *Notice and Opportunity for Hearing Regarding Motion to Approve Stipulation Modifying the Automatic Stay* [Docket No. 278] (the "Notice") were filed on

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  December 23, 2019.  A certificate of service was attached to the Stipulation, the Motion, and the
2  Notice.

3      4.    As set forth in the Motion, the Parties request approval of the Stipulation to modify
4  the automatic stay.  The Parties have agreed to permit TableArt to exercise its contractual right to
5  collect amounts outstanding under the Sub-Sublease directly from Light & Green.  In addition,
6  TableArt would be permitted to apply the Security Deposits provided by the Debtor and Light &
7  Green to the Debtor's and Light & Green's respective obligations under the Sublease and the Sub-
8  Sublease.  Lastly, any and all amounts that TableArt is able to collect from Light & Green and any
9  amounts that TableArt applies from the Security Deposits will directly reduce the amount of
10 TableArt's Administrative Claim against the Debtor's estate on a dollar-for-dollar basis.

11     5.    The deadline to respond or object to the Motion was January 13, 2020.  As of the
12 date hereof, no objection or other response with respect to the Motion or the relief requested
13 therein has been received.

14 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
15 and correct to the best of my knowledge and belief.

16 Executed this 16th day of January 2020 at Los Angeles, California.

*/s/ Ariella T. Simonds*
Ariella T. Simonds