Ariella T Simonds (State Bar No. 260940)
KTBS LAW LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone    310-407-4000
Facsimile    310-407-9090
Email:       asimonds@ktbslaw.com

Counsel for TableArt Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>        Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**STIPULATION RE APPLICATION OF CREDITOR TABLEART, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTIONS 365(d)(3) AND 503(b)(1) OF THE BANKRUPTCY CODE**<br><br>Hearing Date:  June 4, 2020<br>Time:            10:00 a.m. (PDT)<br>Judge & Crtrm:  Hon. Hanna L. Bluemenstiel<br>                              450 Golden Gate Avenue<br>                              16th floor<br>                              Courtroom 19<br>                              San Francisco, CA 94102 |

TableArt Inc. ("TableArt"), Munchery, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, and the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee" and, collectively with TableArt and the Debtor, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

## RECITALS

A.  WHEREAS, on April 29, 2020, *TableArt filed its Application of Creditor TableArt, Inc. for Allowance and Payment of Its Administrative Expense Claim Pursuant to Sections 365(d)(3) and 503(b)(1) of the Bankruptcy Code* [Docket No. 320] (the "Application"); and

B.  WHEREAS, on May 19, 2020 the Debtor filed the *Debtor's Limited Opposition to Motion for Allowance of and Payment of Administrative Claim* [Dkt. No. 328] (the "Limited Objection"); and

C.  WHEREAS, on May 21, 2020, the Committee joined the Limited Objection [Dkt. No. 328] (the "Committee Joinder"); and

D.  WHEREAS, the Parties have discussed and resolved the Limited Objection and Joinder and agreed on a revised form of proposed order granting the Application, a copy of which is attached hereto as Exhibit A and is being uploaded concurrently with the filing of this stipulation.

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Parties consent to entry of an order by the Court granting the Application and allowing TableArt an administrative expense claim in the amount of $13,714.60, provided that such order (i) does not direct the Debtor to pay TableArt's allowed administrative claim; (ii) provides that TableArt's right to payment of its allowed administrative claim and the Debtor's obligation to pay such claim shall be governed by the Bankruptcy Code; and (iii) requires TableArt to advise the Debtor should it recover any additional amounts on account of Debtor's sublease with Light and Green, which amounts will reduce the amount of the administrative claim.

2. The revised form of proposed order attached hereto as Exhibit A is consistent with the agreement described in the foregoing paragraph and is acceptable to each of the Parties.

| | |
|---|---|
| DATED: June 2, 2020 | KTBS LAW LLP |
| | By: /s/ Ariella T. Simonds<br>Ariella T. Simonds<br>*Counsel for TableArt Inc.* |
| DATED: June 2, 2020 | FINESTONE HAYES LLP |
| | By: /s/ Stephen D. Finestone<br>Stephen D. Finestone<br>*Counsel for Debtor* |
| DATED: June 2, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | By: /s/ Jason Rosell<br>Jason Rosell<br>*Counsel for the Official Committee of Unsecured Creditors* |

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

178786.2

Case: 19-30232    Doc# 334    Filed: 06/02/20    Entered: 06/02/20 13:43:17    Page 3 of 9

# EXHIBIT A

Ariella T. Simonds
CA Bar No. 260940
KTBS LAW LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone:     (310) 407-4000
Facsimile:      (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>          Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING APPLICATION OF CREDITOR TABLEART, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTIONS 365(d)(3) AND 503(b)(1) OF THE BANKRUPTCY CODE** |

Upon the *Application of Creditor Tableart, Inc. for Allowance and Payment of its Administrative Expense Claim Pursuant to Sections 365 (d)(3) and 503(b)(1) of the Bankruptcy Code* (the "Application")[1] TableArt, Inc. ("TableArt") in the above-captioned chapter 11 case, pursuant to sections 365(d)(3) and 503(b)(1)(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*(the "Bankruptcy Code"), for an order approving, allowing and authorizing immediate payment of an administrative expense claim in the amount of $13,714.60 on account of post-petition rent, all as more fully set forth in the Application; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and the Memorandum of Points and Authorities attached to the Application; and all objections to the Application having been resolved or overruled; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. TableArt is allowed an administrative expense claim in the amount of $13,714.60.

3. TableArt shall advise the Debtor should it recover any additional amounts on account of Debtor's sublease with Light and Green, which amounts will reduce the amount of the administrative claim.

4. Notwithstanding anything to the contrary contained in the Motion, this Order does not direct the Debtor to pay TableArt's allowed administrative claim. TableArt's right to payment of its allowed administrative claim and the Debtor's obligation to pay such claim shall be governed by the Bankruptcy Code.

**\*\*\*END OF ORDER\*\*\***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

**Court Service List:**
All ECF Participants

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF LOS ANGELES ) |

I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

On June 2, 2020, I caused to be served the following document in the manner stated below:

- **STIPULATION RE APPLICATION OF CREDITOR TABLEART, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTIONS 365(d)(3) AND 503(b)(1) OF THE BANKRUPTCY CODE**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **June 2, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 2, 2020 at Los Angeles, California.

*/s/ Shanda D. Pearson*
Shanda D. Pearson

Case: 19-30232    Doc# 334    Filed: 06/02/20    Entered: 06/02/20 13:43:17    Page 8 of 9
176875.2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Mikel R. Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Gail Lin Chung    gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com
- David J. Cook    cook@squeezebloodfromturnip.com
- Terri H. Didion    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- Leonardo D. Drubach    leo@9000Law.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Steven T. Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Laurie Hager    lhager@sussmanshank.com
- Robert G. Harris    rob@bindermalter.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Kristen G. Hilton    Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Eric M. Kyser    ekyser@martynlawfirm.com, admin@martynlawfirm.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kyle Mathews    kmathews@sheppardmullin.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- June Monroe    june@rjlaw.com, shelly@rjlaw.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Jason Rosell    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- Ariella T. Simonds    asimonds@ktbslaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Kaipo K.B. Young    KYoung@BL-Plaw.com

**SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| Armanino, LLP<br>12657 Alcosta Blvd., Suite 500<br>San Ramon, CA 94583 | James Beriker<br>220 Shaw Rd.<br>South San Francisco, CA 94080 | David S. Catuogno<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 |
| Daniel M. Eliades<br>K&L Gates LLP<br>1 Newark Center, 10th Fl.<br>Newark, NJ 07102 | Gail C. Lin<br>Outten & Golden LLP<br>One California Street, Suite 1250<br>San Francisco, CA 94111 | Pachulski Stang Ziehl & Jones LLP<br>150 California St., 15th Floor<br>San Francisco, CA 94111-4500 |
| Prince George's County, Maryland<br>c/o Meyers, Rodbell &<br>Rosenbaum, P.A.<br>6801 Kenilworth Ave., #400<br>Riverdale, MD 20737-1385 | | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000