**Entered on Docket**
**June 03, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**CHANGES MADE BY COURT**

Signed and Filed: June 3, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Ariella T. Simonds
CA Bar No. 260940
KTBS LAW LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: asimonds@ktbslaw.com

*Counsel for TableArt Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF CREDITOR TABLEART, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTIONS 365(d)(3) AND 503(b)(1) OF THE BANKRUPTCY CODE** |

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Upon the *Application of Creditor Tableart, Inc. for Allowance and Payment of its Administrative Expense Claim Pursuant to Sections 365 (d)(3) and 503(b)(1) of the Bankruptcy Code* (the "Application")[1] TableArt, Inc. ("TableArt") in the above-captioned chapter 11 case, pursuant to sections 365(d)(3) and 503(b)(1)(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*(the "Bankruptcy Code"), for an order approving, allowing and authorizing immediate payment of an administrative expense claim in the amount of $13,714.60 on account of post-petition rent, all as more fully set forth in the Application; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and the Memorandum of Points and Authorities attached to the Application; and all objections to the Application having been resolved or overruled; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. TableArt is allowed an administrative expense claim in the amount of $13,714.60.

3. TableArt shall advise the Debtor should it recover any additional amounts on account of Debtor's sublease with Light and Green, which amounts will reduce the amount of the administrative claim.

4. Notwithstanding anything to the contrary contained in the Motion, this Order does not direct the Debtor to pay TableArt's allowed administrative claim. TableArt's right to payment of its allowed administrative claim and the Debtor's obligation to pay such claim shall be governed by the Bankruptcy Code.

5. **The June 4, 2020 hearing on the Application is VACATED.**

_____ \*\*\*END OF ORDER\*\*\*

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

**Court Service List:**
All ECF Participants