1  Jacquelyn H. Choi (SBN 211560)
   RIMON, P.C.
2  2029 Century Park East, Suite 400N
   Los Angeles, CA 90067-2905
3  Telephone: (310) 525-5859
4  Facsimile: (213) 375-3811
   jacquelyn.choi@rimonlaw.com
5
   Attorneys for Creditor,
6  LOS ANGELES COUNTY

7  **UNITED STATES BANKRUPTCY COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9  **SAN FRANCISCO DIVISION**

10

| In re: | Case No. 19-30232 (HLB) |
|---|---|
| MUNCHERY, INC. | Chapter 11 |
| Debtor and Debtor-in-Possession. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND LOS ANGELES COUNTY'S DEADLINE TO RESPOND AND REQUEST HEARING ON OBJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)** |
|  | [NO HEARING REQUIRED] |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

Munchery, Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case and the Los Angeles County ("County" and collectively with the Debtor, the "Parties"), hereby enter into this *Stipulation and [Proposed] Order to Extend Los Angeles County's*

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON OBJECTION TO CLAIM
OF LOS ANGELES COUNTY (CLAIM NO. 45)                    CASE NO. 19-30232-HLB

Case: 19-30232   Doc# 376   Filed: 08/13/20   Entered: 08/13/20 13:55:55   Page 1 of 6

*Deadline to Respond and Request Hearing on Objection to Claim of Los Angeles County* (Claim No. 45) (the "Stipulation"), by and through their respective counsel, with reference to the following facts:

## RECITALS

A. WHEREAS, on February 28, 2019, the Debtor initiated a voluntary petition under chapter 11 of Title 11 of the United States Code.

B. WHEREAS, on July 24, 2020, the Debtor filed an *Objection to Claim of Los Angeles County (Claim No. 45)* [Docket No. 364] (the "Claim Objection").

C. WHEREAS, on July 24, 2020, the Debtor filed a *Notice for Opportunity for Hearing on Debtor's Objection to Claim of Los Angeles County (Claim No. 45)* [Docket No. 365] (the "Notice"). According to the Notice, the deadline for the County to respond and request a hearing on the Claim Objection is August 21, 2020 (the "Response Deadline").

D. WHEREAS, the County has requested, and the Debtor has agreed, to extend the Response Deadline for approximately thirty (30) days through and including September 21, 2020.

**NOW THEREFORE**, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. The County's Response Deadline is hereby extended from August 21, 2020 through and including September 21, 2020.

2. Any and all other deadlines are hereby extended in accordance with Local Bankruptcy Rules 3007-1 and Rule 9014-1.

Dated: August 12, 2020

FINESTONE HAYES LLP

By: *Stephen D. Finestone*
Stephen D. Finestone
Jennifer C. Hayes
Attorneys for Debtor and
Debtor-in-Possession

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON OBJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)    CASE NO. 19-30232-HLB

Case: 19-30232    Doc# 376    Filed: 08/13/20    Entered: 08/13/20 13:55:55    Page 2 of 6

Dated: August 12, 2020					RIMON, P.C.


							By: /s/ *Jacquelyn H. Choi*
							    Jacquelyn H. Choi
							    Attorneys for Los Angeles County

**SO ORDERED THIS _____ DAY OF _____, 2020**


							_____
							HON. HANNAH L. BLUMENSTEIL
							UNITED STATES BANKRUPTCY JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON OBJECTION TO CLAIM
OF LOS ANGELES COUNTY (CLAIM NO. 45)					CASE NO. 19-30232-HLB

# CERTIFICATE OF SERVICE

I, Tad Prizant, am employed in the city of Menlo Park, County San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 Oak Grove Avenue, Ste. 250, Menlo Park, CA 94025.

On August 13, 2020, I caused the following document(s) to be served in the manner stated below:

1. **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON BJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)**

| | |
|---|---|
| **[X]** | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 13, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| **[X]** | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid on **August 13, 2020** at Menlo Park, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated: August 13, 2020 at Menlo Park, California

*/s/Tad Prizant*
Tad Prizant

4

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON OBJECTION TO CLAIM
OF LOS ANGELES COUNTY (CLAIM NO. 45)   CASE NO. 19-30232-HLB

Case: 19-30232   Doc# 376   Filed: 08/13/20   Entered: 08/13/20 13:55:55   Page 4 of 6

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Mikel R. Bistrow mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- Christopher Celentino chris.celentino@dinsmore.com, caron.burke@dinsmore.com
- Gail Lin Chung GL@outtengolden.com, gail.lin@yahoo.com
- David J. Cook cook@squeezebloodfromturnip.com
- Terri H. Didion terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- Leonardo D. Drubach leo@9000Law.com
- Trevor Ross Fehr trevor.fehr@usdoj.gov
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Stephen D. Finestone sfinestone@fhlawllp.com
- Steven T. Gubner sgubner@ebg-law.com, ecf@ebg-law.com
- Laurie Hager lhager@sussmanshank.com
- Robert G. Harris rob@bindermalter.com
- Jennifer C. Hayes jhayes@fhlawllp.com
- Kristen G. Hilton Khilton@sussmanshank.com, Jbolstad@sussmanshank.com
- Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com
- Eric M. Kyser ekyser@martynlawfirm.com, admin@martynlawfirm.com
- Michael Lauter mlauter@sheppardmullin.com
- Kyle Mathews kmathews@sheppardmullin.com
- Krikor J. Meshefejian kjm@lnbyb.com
- June Monroe june@rjlaw.com, shelly@rjlaw.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Jason Rosell jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- Ryan A. Witthans rwitthans@fhlawllp.com
- Kaipo K.B. Young KYoung@BL-Plaw.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON OBJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)　　　　CASE NO. 19-30232-HLB

Case: 19-30232　Doc# 376　Filed: 08/13/20　Entered: 08/13/20 13:55:55　Page 5 of 6

**SERVED VIA U.S. MAIL:**

Armanino, LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

James Beriker
220 Shaw Rd.
South San Francisco, CA 94080

David S. Catuogno
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Daniel M. Eliades
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Gail C. Lin
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111

Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500

6

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON OBJECTION TO CLAIM
OF LOS ANGELES COUNTY (CLAIM NO. 45)    CASE NO. 19-30232-HLB

Case: 19-30232    Doc# 376    Filed: 08/13/20    Entered: 08/13/20 13:55:55    Page 6 of 6