Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Counsel for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**DEBTOR'S STATEMENT IN SUPPORT OF THE SECOND INTERIM FEE APPLICATION BY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing:<br>Date: August 20, 2020<br>Time: 10:00 a.m.<br>Place: Via Courtcall |

     Debtor files the following statement regarding the Second Interim Fee Application of Pachulski Stang Ziehl & Jones LLP ("PSZJ").

     Debtor supports the PSZJ application. PSZJ has been critical in bringing this case toward confirmation. It worked to bring the various constituencies together to reach the agreement represented in the Restructuring Support Agreement, which agreement was ultimately approved by the Court and forms the basis for the joint plan of reorganization. PSZJ also handled the lion's share of analyzing and objecting to the claims asserted by creditors under Perishable Agricultural Commodities Act, and then ultimately working with Debtor and its counsel to

STATEMENT RE PSZJ FEE APPLICATION                                  1

resolve those claims in a reasonable manner. Finally, PSZJ worked collaboratively with Debtor and its counsel in formulating the jointly proposed plan of reorganization and related disclosure statement.

Accordingly, Debtor supports the allowance of the PSZJ second interim application.

DATED: August 13, 2020                    FINESTONE HAYES LLP


/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Munchery, Inc.