John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

Counsel to the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.,<br><br>　　　　　　　　　Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

**PLEASE TAKE NOTICE THAT** Pachulski Stang Ziehl & Jones LLP hereby withdraws its *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 1, 2019 through June 30, 2020* [Docket No. 361].

Dated: August 14, 2020　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　*/s/ Jason H. Rosell*
　　　　　　　　　　　　　　　　　　　John D. Fiero
　　　　　　　　　　　　　　　　　　　Jason H. Rosell

　　　　　　　　　　　　　　　　　　　Counsel to the Official
　　　　　　　　　　　　　　　　　　　Committee of Unsecured Creditors