```
United States Bankruptcy Court
Northern District of California
```

In re:                                                                  Case No. 19-30232-HLB
Munchery, Inc.                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: bgapuz      Page 1 of 2      Date Rcvd: Aug 13, 2020
                       Form ID: pdfeoc      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
```
aty            +Daniel M. Eliades,    K&L Gates LLP,    1 Newark Center, 10th Fl.,    Newark, NJ 07102-5237
aty            +David S. Catuogno,    K&L Gates LLP,    1 Newark Center, 10th Fl.,    Newark, NJ 07102-5237
aty            +Pachulski Stang Ziehl & Jones LLP,    150 California St.,    15th Floor,
                 San Francisco, CA 94111-4554
consult        +Armanino, LLP,    12657 Alcosta Blvd., Suite 500,    San Ramon, CA 94583-4406
               +Gail C. Lin,    Outten & Golden LLP,    One California Street, Suite 1250,
                 San Francisco, CA 94111-5470
rspi           +James Beriker,    220 Shaw Rd.,    South San Francisco, CA 94080-6604
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
op*            +Armanino, LLP,    12657 Alcosta Blvd., Suite 500,    San Ramon, CA 94583-4406
```
                                                                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
```
              Ariella T. Simonds    on behalf of Interested Party    TableArt Inc. asimonds@ktbslaw.com
              Christopher Celentino     on behalf of Creditor     PayPal, Inc. sometimes doing business as
               Braintree chris.celentino@dinsmore.com,    caron.burke@dinsmore.com
              David J. Cook    on behalf of Creditor    Performance Food Group, Inc.
               cook@squeezebloodfromturnip.com
              Eric M. Kyser    on behalf of Creditor    Riviera Produce Corp. ekyser@martynlawfirm.com,
               admin@martynlawfirm.com
              Gail Lin Chung    on behalf of Plaintiff Christina  Brooks gcl@raisnerroupinian.com,
               jenny--hoxha--5459@ecf.pacerpro.com
              Gary M. Kaplan    on behalf of Creditor    Nextdoor.com gkaplan@fbm.com,   calendar@fbm.com
              Jacquelyn H. Choi    on behalf of Creditor    County of Los Angeles jacquelyn.choi@rimonlaw.com
              Jason Rosell    on behalf of Attorney    Official Committee of Unsecured Creditors
               jrosell@pszjlaw.com,    mrenck@pszjlaw.com
              Jennifer C. Hayes    on behalf of Debtor    Munchery, Inc. jhayes@fhlawllp.com
              John D. Fiero    on behalf of Attorney    Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com,    ocarpio@pszjlaw.com
              Julie C. Reagin    on behalf of Creditor    IRS julie.reagin@usdoj.gov,    manik.bowie@usdoj.gov
              June Monroe    on behalf of Creditor    L.A. Specialty Produce Co. dba San Francisco Specialty
               june@rjlaw.com,    shelly@rjlaw.com
              Krikor J. Meshefejian    on behalf of Creditor    Urban Leaf Co. dba The Produce Company
               kjm@lnbyb.com
              Kristen G. Hilton    on behalf of Creditor    Triple B Corporation dba Charlies Produce
               Jbolstad@sussmanshank.com
              Kyle Mathews    on behalf of Creditor    Comerica Bank kmathews@sheppardmullin.com
              Laurie Hager    on behalf of Creditor    Triple B Corporation dba Charlies Produce
               lhager@sussmanshank.com
              Leonardo D. Drubach    on behalf of Creditor    EUREKA VENTURES VI, LLC leo@9000Law.com
              Michael Lauter    on behalf of Creditor    Comerica Bank mlauter@sheppardmullin.com
              Mikel R. Bistrow    on behalf of Creditor    PayPal, Inc. sometimes doing business as Braintree
               mikel.bistrow@dinsmore.com,    caron.burke@dinsmore.com
              Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
              Robert G. Harris    on behalf of Interested Party Conrad  Chu rob@bindermalter.com
              Ryan A. Witthans    on behalf of Debtor    Munchery, Inc. rwitthans@fhlawllp.com
              Stephen D. Finestone    on behalf of Debtor    Munchery, Inc. sfinestone@fhlawllp.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Steven T. Gubner   on behalf of Creditor   Ryder System, Inc. sgubner@ebg-law.com, ecf@bg.law
        Terri H. Didion   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
         terri.didion@usdoj.gov, patti.vargas@usdoj.gov
        Trevor Ross Fehr   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
         trevor.fehr@usdoj.gov

TOTAL: 26

Signed and Filed: August 13, 2020



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067-2905
Telephone: (310) 525-5859
Facsimile: (213) 375-3811
jacquelyn.choi@rimonlaw.com

Attorneys for Creditor,
LOS ANGELES COUNTY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**ORDER TO EXTEND LOS ANGELES COUNTY'S DEADLINE TO RESPOND AND REQUEST HEARING ON OBJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)**<br><br>[NO HEARING REQUIRED] |

Munchery, Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case and the Los Angeles County ("County" and collectively with the Debtor, the "Parties"), entered into a *Stipulation and [Proposed] Order to Extend Los Angeles County's Deadline to Respond and Request Hearing on Objection to Claim of Los Angeles County* (Claim No. 45) (the "Stipulation"), which was filed in the above-captioned Court on August 13, 2020 [Docket No. 376],[1]

Upon consideration of the Stipulation as Docket No. 376, and good cause appearing therefore, the Court hereby orders as follows:

_____
[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Stipulation.

1. The County's Response Deadline is hereby extended from August 21, 2020 through and including September 21, 2020; and
2. Any and all other deadlines are hereby extended in accordance with Local Bankruptcy Rules 3007-1 and Rule 9014-1.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

ECF Recipients

**VIA U.S. MAIL**

Armanino, LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

James Beriker
220 Shaw Rd.
South San Francisco, CA 94080

David S. Catuogno
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Daniel M. Eliades
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Gail C. Lin
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111

Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500