EDD  DE 6415
PO BOX 826880 MIC 92E
SACRAMENTO, CA 94280-0001



| | |
|---|---|
| Letter ID: | L1878933984 |
| Issued Date: | August 10, 2020 |
| Customer ID: | XXXX-XXX9056 |

U S BANKRUPTCY COURT
450 GOLDEN GATE AVENUE
MAIL BOX 36099
SAN FRANCISCO, CA 94102

| Re: | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| MUNCHERY, INC. | CASE NUMBER: 19-30232 |
| | TAXPAYER ID: XXXX-XXX9056 |
| | CHAPTER: Chapter 11 |

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Expense of Administration Proof of Claim in the amount of $40,006.72 dated March 25, 2020.

By _/s/ MARY HERRICK_
/s/ MARY HERRICK
Tax Administrator