```
 1  Stephen D. Finestone (125675)
    Jennifer C. Hayes (197252)
 2  Ryan A. Witthans (301432)
    FINESTONE HAYES LLP
 3  456 Montgomery Street, Floor 20
    San Francisco, CA 94104
 4  Telephone: (415) 616-0466
    Facsimile: (415) 398-2820
 5  Email: sfinestone@fhlawllp.com
    Email: jhayes@fhlawllp.com
 6  Email: rwitthans@fhlawllp.com

 7  Attorneys for Munchery, Inc.
    Debtor
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 19-30232-HLB |
|---|---|
| MUNCHERY, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following document:

**BALLOT TABULATION FOR PLAN CONFIRMATION (ECF 383)**

to be served in the manner stated below.

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On August 17, 2020, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF transmission at the email addresses stated below.

Mikel R. Bistrow on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
chris.celentino@dinsmore.com, caron.burke@dinsmore.com

Jacquelyn H. Choi on behalf of Creditor County of Los Angeles
jacquelyn.choi@rimonlaw.com

CERTIFICATE OF SERVICE                                                                                        1/3

Gail Lin Chung on behalf of Plaintiff Christina Brooks
gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com

David J. Cook on behalf of Creditor Performance Food Group, Inc.
cook@squeezebloodfromturnip.com

Terri H. Didion on behalf of Debtor Munchery, Inc.
terri.didion@usdoj.gov, patti.vargas@usdoj.gov

Leonardo D. Drubach on behalf of Creditor EUREKA VENTURES VI, LLC
leo@9000Law.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

John D. Fiero on behalf of Attorney Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Stephen D. Finestone on behalf of Debtor Munchery, Inc.
sfinestone@fhlawllp.com

Steven T. Gubner on behalf of Creditor Ryder System, Inc.
sgubner@ebg-law.com, ecf@bg.law

Laurie Hager on behalf of Creditor Triple B Corporation dba Charlies Produce
lhager@sussmanshank.com

Robert G. Harris on behalf of Interested Party Conrad Chu
rob@bindermalter.com

Jennifer C. Hayes on behalf of Debtor Munchery, Inc.
jhayes@fhlawllp.com

Kristen G. Hilton on behalf of Creditor Triple B Corporation dba Charlies Produce
Jbolstad@sussmanshank.com

Gary M. Kaplan on behalf of Creditor Nextdoor.com
gkaplan@fbm.com, calendar@fbm.com

Eric M. Kyser on behalf of Creditor Riviera Produce Corp.
ekyser@martynlawfirm.com, admin@martynlawfirm.com

Michael Lauter on behalf of Creditor Comerica Bank
mlauter@sheppardmullin.com

Kyle Mathews on behalf of Creditor Comerica Bank
kmathews@sheppardmullin.com

| | |
|---|---|
| 1 | Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company |
| 2 | kjm@lnbyb.com |

Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company
kjm@lnbyb.com

June Monroe on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty
june@rjlaw.com, shelly@rjlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Julie C. Reagin on behalf of Creditor IRS
julie.reagin@usdoj.gov, manik.bowie@usdoj.gov

Jason Rosell on behalf of Attorney Official Committee of Unsecured Creditors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Ariella T. Simonds on behalf of Interested Party TableArt Inc.
asimonds@ktbslaw.com

Ryan A. Witthans on behalf of Debtor Munchery, Inc.
rwitthans@fhlawllp.com

2. **SERVICE BY FIRST CLASS MAIL**

On August 17, 2020, I served the following persons and/or entities at the last known addresses in this action by placing a true and correct copy above-referenced document(s) in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Triple Point Venture Growth BDC Corp.
c/o Riley Orloff
340 Madison Ave
New York, NY 10173-1922

Triplepoint Venture Growth BDC Corp.
Attn: Kevin Thorne
2755 Sand Hill Rd, Ste 150
Menlo Park, CA 94025-7087

Prince George's County, Maryland
Nicole C. Kenworthy
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2020, in Fayetteville, Arkansas.

                                                       /s/ Ryan A. Witthans
                                                      Ryan A. Witthans