Form OCP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Munchery, Inc. | Case No.: 19–30232 HLB 11 |
|---|---|---|
| | dba Munchery | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 08/20/2020 confirming the plan of reorganization filed by the debtor(s) on June 10, 2020 .

Dated: 8/20/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court