Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Munchery, Inc.
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following documents:

1. **NOTICE OF ENTRY OF ORDER CONFIRMING CHAPTER 11 PLAN AND SETTING ADMINISTRATIVE CLAIMS BAR DATE (ECF 389); and**
2. **ORDER CONFIRMING THE FIRST AMENDED JOINTLY PROPOSED PLAN DATED JUNE 10, 2020 (ECF 389-1)**

to be served in the manner stated below.

[*Certificate(s) of service for mail notice to additional creditors
and email notice to customer creditors to follow*]

1. **SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the above documents was accomplished by the court via NEF and link to the document. On August 26, 2020, I checked the CM/ECF notifications for this action and determined that the following persons received the documents by NEF transmission at the following email addresses:

Mikel R. Bistrow on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
chris.celentino@dinsmore.com, caron.burke@dinsmore.com

Jacquelyn H. Choi on behalf of Creditor County of Los Angeles
jacquelyn.choi@rimonlaw.com

Gail Lin Chung on behalf of Plaintiff Christina Brooks
gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com

David J. Cook on behalf of Creditor Performance Food Group, Inc.
cook@squeezebloodfromturnip.com

Terri H. Didion on behalf of Debtor Munchery, Inc.
terri.didion@usdoj.gov, patti.vargas@usdoj.gov

Leonardo D. Drubach on behalf of Creditor EUREKA VENTURES VI, LLC
leo@9000Law.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

John D. Fiero on behalf of Attorney Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Stephen D. Finestone on behalf of Debtor Munchery, Inc.
sfinestone@fhlawllp.com

Steven T. Gubner on behalf of Creditor Ryder System, Inc.
sgubner@ebg-law.com, ecf@bg.law

Laurie Hager on behalf of Creditor Triple B Corporation dba Charlies Produce
lhager@sussmanshank.com

Robert G. Harris on behalf of Interested Party Conrad Chu
rob@bindermalter.com

Jennifer C. Hayes on behalf of Debtor Munchery, Inc.
jhayes@fhlawllp.com

Kristen G. Hilton on behalf of Creditor Triple B Corporation dba Charlies Produce
Jbolstad@sussmanshank.com

Gary M. Kaplan on behalf of Creditor Nextdoor.com
gkaplan@fbm.com, calendar@fbm.com

Eric M. Kyser on behalf of Creditor Riviera Produce Corp.
ekyser@martynlawfirm.com, admin@martynlawfirm.com

CERTIFICATE OF SERVICE 2/6

| | |
|---|---|
| 1 | Michael Lauter on behalf of Creditor Comerica Bank |
| 2 | mlauter@sheppardmullin.com |

Michael Lauter on behalf of Creditor Comerica Bank
mlauter@sheppardmullin.com

Kyle Mathews on behalf of Creditor Comerica Bank
kmathews@sheppardmullin.com

Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company
kjm@lnbyb.com

June Monroe on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty
june@rjlaw.com, shelly@rjlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Julie C. Reagin on behalf of Creditor IRS
julie.reagin@usdoj.gov, manik.bowie@usdoj.gov

Jason Rosell on behalf of Attorney Official Committee of Unsecured Creditors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Ariella T. Simonds on behalf of Interested Party TableArt Inc.
asimonds@ktbslaw.com

Ryan A. Witthans on behalf of Debtor Munchery, Inc.
rwitthans@fhlawllp.com

2. **SERVICE BY EMAIL**

On August 26, 2020, I served electronic copies of all documents on the following persons and/or entities by email:

*Service entities that are also CM/ECF notice recipients:*

Mikel R. Bistrow on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
chris.celentino@dinsmore.com, caron.burke@dinsmore.com

Gail Lin Chung on behalf of Plaintiff Christina Brooks
gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com

David J. Cook on behalf of Creditor Performance Food Group, Inc.
cook@squeezebloodfromturnip.com

CERTIFICATE OF SERVICE 3/6

Terri H. Didion on behalf of U.S. Trustee Office of the U.S. Trustee / SF
terri.didion@usdoj.gov, patti.vargas@usdoj.gov

Leonardo D. Drubach on behalf of Creditor EUREKA VENTURES VI, LLC
leo@9000Law.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

John D. Fiero on behalf of Attorney Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Steven T. Gubner on behalf of Creditor Ryder System, Inc.
sgubner@ebg-law.com, ecf@bg.law

Laurie Hager on behalf of Creditor Triple B Corporation dba Charlies Produce
lhager@sussmanshank.com

Robert G. Harris on behalf of Interested Party Conrad Chu
rob@bindermalter.com

Kristen G. Hilton on behalf of Creditor Triple B Corporation dba Charlies Produce
Jbolstad@sussmanshank.com

Gary M. Kaplan on behalf of Creditor Nextdoor.com
khilton@sussmanshank.com, gkaplan@fbm.com, calendar@fbm.com

Eric M. Kyser on behalf of Creditor Riviera Produce Corp.
ekyser@martynlawfirm.com, admin@martynlawfirm.com

Michael Lauter on behalf of Creditor Comerica Bank
mlauter@sheppardmullin.com

Kyle Mathews on behalf of Creditor Comerica Bank
kmathews@sheppardmullin.com

Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company
kjm@lnbyb.com

June Monroe on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty
june@rjlaw.com, shelly@rjlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Julie C. Reagin on behalf of Creditor IRS
julie.reagin@usdoj.gov, manik.bowie@usdoj.gov

CERTIFICATE OF SERVICE 4/6

| | |
|---|---|
| 1 | Jason Rosell on behalf of Attorney Official Committee of Unsecured Creditors |
| 2 | jrosell@pszjlaw.com, mrenck@pszjlaw.com |
| 3 | Ariella T. Simonds on behalf of Interested Party TableArt Inc. |
|   | asimonds@ktbslaw.com |

*Service entities that do not receive CM/ECF notifications in this case:*

City and County of San Francisco
bianca.polovina@sfgov.org

State Fund Compensation Insurance
IMMoscoso@scif.com

Google
collections-google@google.com

Rocker Bros Meat
sgolper@rockerbrosmeat.com

Del Monte Meat
karend@delmontemeat.com

DLA Piper LLP
peter.astiz@dlapiper.com

Costarella Seafoods, Inc.
ac@costarellaseafoods.com

Crossover Markets, Inc.
finance@crossover.com

Woodruff-Sawyer & Co.
accounting-premiumreceivables@wsandco.com

Modesto Food Distributors – Shaw
chicken@modestoorders.com, marlene.modesto@pacbell.net

I. Halper
jennifer@ihalper8.onmicrosoft.com

San Mateo County
VAusten@smcacre.org

Fenwick & West
accountsreceivable@fenwick.com

Littler Mendelson, PC
billingsupport@littler.com, clientpayments@littler.com

| | |
|---|---|
| 1 | Kael Foods |
| 2 | info@kaelfoods.com |
| 3 | UNFI – CA |
| 4 | payments_unfiw@unfi.com |
| 5 | Gary Rosenbaum on behalf of TriplePoint Venture Growth BDC Corp. |
| 6 | grosenbaum@mwe.com |
| 7 | Riley Orloff on behalf of TriplePoint Venture Growth BDC Corp. |
| 8 | rorloff@mwe.com |

Kael Foods
info@kaelfoods.com

UNFI – CA
payments_unfiw@unfi.com

Gary Rosenbaum on behalf of TriplePoint Venture Growth BDC Corp.
grosenbaum@mwe.com

Riley Orloff on behalf of TriplePoint Venture Growth BDC Corp.
rorloff@mwe.com

Thomas Gieselmann on behalf of BV Eventure Fund II, LP
tom@eventures.vc

Pravin Vazirani on behalf of Menlo Entrepreneurs Fund XII, L.P., Menlo Ventures XI, L.P., Menlo Ventures XII, L.P., MMEF XI, L.P., and MMEF XII, L.P.
pravin@menlovc.com

Mark Siegel on behalf of Menlo Entrepreneurs Fund XII, L.P., Menlo Ventures XI, L.P., Menlo Ventures XII, L.P., MMEF XI, L.P., and MMEF XII, L.P.
mark@menlovc.com

Brian Yee on behalf of Sherpa Ventures Fund, LP and SherpaEverest Fund, LP
byee@sherpa.com

Scott Sanford on behalf of Sherpa Ventures Fund, LP and SherpaEverest Fund, LP
scott@sherpa.com

Jack Helfand on behalf of VIVE VC Fund, L.P.
jack@vivevc.com

Ahmed Fattouh on behalf of VIVE VC Fund, L.P.
afattouh@interprivate.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2020, in Fayetteville, Arkansas.

                                          /s/ Ryan A. Witthans
                                          Ryan A. Witthans