Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for Munchery, Inc.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following document:

1. **REQUEST FOR ENTRY OF DEFAULT ORDER APPROVING STIPULATION REGARDING TURNOVER OF SECURITY DEPOSIT**

to be served in the manner stated below.

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On August 28, 2020, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

  Mikel R. Bistrow on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
  mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com

  Christopher Celentino on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
  chris.celentino@dinsmore.com, caron.burke@dinsmore.com

CERTIFICATE OF SERVICE 1/3

Jacquelyn H. Choi on behalf of Creditor County of Los Angeles
jacquelyn.choi@rimonlaw.com

Gail Lin Chung on behalf of Plaintiff Christina Brooks
gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com

David J. Cook on behalf of Creditor Performance Food Group, Inc.
cook@squeezebloodfromturnip.com

Terri H. Didion on behalf of Debtor Munchery, Inc.
terri.didion@usdoj.gov, patti.vargas@usdoj.gov

Leonardo D. Drubach on behalf of Creditor EUREKA VENTURES VI, LLC
leo@9000Law.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

John D. Fiero on behalf of Attorney Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Stephen D. Finestone on behalf of Debtor Munchery, Inc.
sfinestone@fhlawllp.com

Steven T. Gubner on behalf of Creditor Ryder System, Inc.
sgubner@ebg-law.com, ecf@bg.law

Laurie Hager on behalf of Creditor Triple B Corporation dba Charlies Produce
lhager@sussmanshank.com

Robert G. Harris on behalf of Interested Party Conrad Chu
rob@bindermalter.com

Jennifer C. Hayes on behalf of Debtor Munchery, Inc.
jhayes@fhlawllp.com

Kristen G. Hilton on behalf of Creditor Triple B Corporation dba Charlies Produce
Jbolstad@sussmanshank.com

Gary M. Kaplan on behalf of Creditor Nextdoor.com
gkaplan@fbm.com, calendar@fbm.com

Eric M. Kyser on behalf of Creditor Riviera Produce Corp.
ekyser@martynlawfirm.com, admin@martynlawfirm.com

Michael Lauter on behalf of Creditor Comerica Bank
mlauter@sheppardmullin.com

CERTIFICATE OF SERVICE 2/3

Kyle Mathews on behalf of Creditor Comerica Bank
kmathews@sheppardmullin.com

Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company
kjm@lnbyb.com

June Monroe on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty
june@rjlaw.com, shelly@rjlaw.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Julie C. Reagin on behalf of Creditor IRS
julie.reagin@usdoj.gov, manik.bowie@usdoj.gov

Jason Rosell on behalf of Attorney Official Committee of Unsecured Creditors
jrosell@pszjlaw.com, mrenck@pszjlaw.com

Ariella T. Simonds on behalf of Interested Party TableArt Inc.
asimonds@ktbslaw.com

Ryan A. Witthans on behalf of Debtor Munchery, Inc.
rwitthans@fhlawllp.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2020, in Fayetteville, Arkansas.

                                                   /s/ Ryan A. Witthans
                                                 Ryan A. Witthans