Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**PROOF OF SERVICE OF REQUEST FOR ENTRY OF ORDER BY DEFAULT ON OBJECTION TO CLAIM OF SAN MATEO COUNTY (CLAIM NO. 38)** |

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the above-entitled case; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Orders and Local Bankruptcy Rules, service of the foregoing was accomplished by the court via NEF and link to the document. On September 12, 2020, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. The NEF transmissions that are on the list to receive are:

**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON OBJECTION TO CLAIM OF SAN MATEO COUNTY (CLAIM NO. 38)**

**DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT ON OBJECTION TO CLAIM OF SAN MATEO COUNTY**

1

**(CLAIM NO. 38)**

Mikel R. Bistrow on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Creditor PayPal, Inc. sometimes doing business as Braintree
chris.celentino@dinsmore.com, caron.burke@dinsmore.com

Jacquelyn H. Choi on behalf of Creditor County of Los Angeles
jacquelyn.choi@rimonlaw.com

Gail Lin Chung on behalf of Plaintiff Christina Brooks
gcl@raisnerroupinian.com, jenny--hoxha--5459@ecf.pacerpro.com

David J. Cook on behalf of Creditor Performance Food Group, Inc.
cook@squeezebloodfromturnip.com

Terri H. Didion on behalf of Debtor Munchery, Inc.
terri.didion@usdoj.gov, patti.vargas@usdoj.gov

Leonardo D. Drubach on behalf of Creditor EUREKA VENTURES VI, LLC
leo@9000Law.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

John D. Fiero on behalf of Attorney Official Committee of Unsecured Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Stephen D. Finestone on behalf of Debtor Munchery, Inc.
sfinestone@fhlawllp.com

Steven T. Gubner on behalf of Creditor Ryder System, Inc.
sgubner@ebg-law.com, ecf@bg.law

Laurie Hager on behalf of Creditor Triple B Corporation dba Charlies Produce
lhager@sussmanshank.com

Robert G. Harris on behalf of Interested Party Conrad Chu
rob@bindermalter.com

Jennifer C. Hayes on behalf of Debtor Munchery, Inc.
jhayes@fhlawllp.com

Kristen G. Hilton on behalf of Creditor Triple B Corporation dba Charlies Produce
Jbolstad@sussmanshank.com

| | |
|---|---|
| 1 | Gary M. Kaplan on behalf of Creditor Nextdoor.com |
| 2 | gkaplan@fbm.com, calendar@fbm.com |
| 3 | Eric M. Kyser on behalf of Creditor Riviera Produce Corp. |
| | ekyser@martynlawfirm.com, admin@martynlawfirm.com |
| 4 | |
| 5 | Michael Lauter on behalf of Creditor Comerica Bank |
| | mlauter@sheppardmullin.com |
| 6 | |
| 7 | Kyle Mathews on behalf of Creditor Comerica Bank |
| | kmathews@sheppardmullin.com |
| 8 | Krikor J. Meshefejian on behalf of Creditor Urban Leaf Co. dba The Produce Company |
| 9 | kjm@lnbyb.com |
| 10 | June Monroe on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty |
| 11 | june@rjlaw.com, shelly@rjlaw.com |
| 12 | Office of the U.S. Trustee / SF |
| | USTPRegion17.SF.ECF@usdoj.gov |
| 13 | |
| 14 | Julie C. Reagin on behalf of Creditor IRS |
| | julie.reagin@usdoj.gov, manik.bowie@usdoj.gov |
| 15 | |
| 16 | Jason Rosell on behalf of Attorney Official Committee of Unsecured Creditors |
| | jrosell@pszjlaw.com, mrenck@pszjlaw.com |
| 17 | Ariella T. Simonds on behalf of Interested Party TableArt Inc. |
| 18 | asimonds@ktbslaw.com |
| 19 | Ryan A. Witthans on behalf of Debtor Munchery, Inc. |
| | rwitthans@fhlawllp.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2020, in Contra Costa County, California.

*Jennifer C. Hayes*
Jennifer C. Hayes

3