Signed and Filed: September 14, 2020



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 19-30232-HLB<br>Chapter 11<br><br>**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF SAN MATEO COUNTY (CLAIM NO. 38)** |

Upon due consideration and good cause appearing therefor, based upon the Objection to Claim of San Mateo County (Claim No. 38) (the "Objection") (ECF 367), it appearing that the Objection and related Notice were properly served (ECF 367, 369) and that the affected claimholder did not file or serve a response by the deadline for doing so, the Court hereby orders as follows:

1. The Objection is sustained.

2. The penalty portion of Claim No. 38, totaling $7,118.84, is equitably subordinated to the claims of general unsecured creditors.

3. Claim No. 38 is otherwise allowed as a priority tax claim, pursuant to 11 U.S.C. §507(a)(8), in the sum of $40,729.11.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Participants Only