```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                          Case No. 19-30232-HLB
Munchery, Inc.                                                  Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: jbolts          Page 1 of 1          Date Rcvd: Sep 14, 2020
                              Form ID: DCLM         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
14937772       +Smelly Mel s Plumbling,    300 Shaw Rd,    South San Francisco, CA 94080-6606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
              Ariella T. Simonds    on behalf of Interested Party    TableArt Inc. asimonds@ktbslaw.com
              Christopher Celentino    on behalf of Creditor    PayPal, Inc. sometimes doing business as
               Braintree chris.celentino@dinsmore.com,    caron.burke@dinsmore.com
              David J. Cook    on behalf of Creditor    Performance Food Group, Inc.
               cook@squeezebloodfromturnip.com
              Eric M. Kyser    on behalf of Creditor    Riviera Produce Corp. ekyser@martynlawfirm.com,
               admin@martynlawfirm.com
              Gail Lin Chung    on behalf of Plaintiff Christina    Brooks gcl@raisnerroupinian.com,
               jenny--hoxha--5459@ecf.pacerpro.com
              Gary M. Kaplan    on behalf of Creditor    Nextdoor.com gkaplan@fbm.com,    calendar@fbm.com
              Jacquelyn H. Choi    on behalf of Creditor    County of Los Angeles jacquelyn.choi@rimonlaw.com
              Jason Rosell    on behalf of Attorney    Official Committee of Unsecured Creditors
               jrosell@pszjlaw.com,    mrenck@pszjlaw.com
              Jennifer C. Hayes    on behalf of Debtor    Munchery, Inc. jhayes@fhlawllp.com
              John D. Fiero    on behalf of Attorney    Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com,    ocarpio@pszjlaw.com
              Julie C. Reagin    on behalf of Creditor    IRS julie.reagin@usdoj.gov,    manik.bowie@usdoj.gov
              June Monroe    on behalf of Creditor    L.A. Specialty Produce Co. dba San Francisco Specialty
               june@rjlaw.com,    shelly@rjlaw.com
              Krikor J. Meshefejian    on behalf of Creditor    Urban Leaf Co. dba The Produce Company
               kjm@lnbyb.com
              Kristen G. Hilton    on behalf of Creditor    Triple B Corporation dba Charlies Produce
               Jbolstad@sussmanshank.com
              Kyle Mathews    on behalf of Creditor    Comerica Bank kmathews@sheppardmullin.com
              Laurie Hager    on behalf of Creditor    Triple B Corporation dba Charlies Produce
               lhager@sussmanshank.com
              Leonardo D. Drubach    on behalf of Creditor    EUREKA VENTURES VI, LLC leo@9000Law.com
              Michael Lauter    on behalf of Creditor    Comerica Bank mlauter@sheppardmullin.com
              Mikel R. Bistrow    on behalf of Creditor    PayPal, Inc. sometimes doing business as Braintree
               mikel.bistrow@dinsmore.com,    caron.burke@dinsmore.com
              Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
              Robert G. Harris    on behalf of Interested Party Conrad    Chu rob@bindermalter.com
              Ryan A. Witthans    on behalf of Debtor    Munchery, Inc. rwitthans@fhlawllp.com
              Stephen D. Finestone    on behalf of Debtor    Munchery, Inc. sfinestone@fhlawllp.com
              Steven T. Gubner    on behalf of Creditor    Ryder System, Inc. sgubner@ebg-law.com,    ecf@bg.law
              Terri H. Didion    on behalf of Debtor    Munchery, Inc. terri.didion@usdoj.gov,
               patti.vargas@usdoj.gov
              Trevor Ross Fehr    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               trevor.fehr@usdoj.gov
                                                                                             TOTAL: 26

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Munchery, Inc. | Case No.: 19–30232 HLB 11 |
|---|---|---|
| | dba Munchery | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number 101 filed electronically in this case on 9/11/2020 by Smelly Mel's Plumbing Inc. is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☐ Wrong PDF Attached

☐ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☑ Other Proof of Claim Form 410 not included

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 9/14/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court