1  John D. Fiero (CA Bar No. 136557)
   Jason H. Rosell (CA Bar No. 269126)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA  94111
   Telephone:    (415) 263-7000
4  Facsimile:    (415) 263-7010
   E-mail:       jfiero@pszjlaw.com
5               jrosell@pszjlaw.com

6  Counsel for the Official
   Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.,<br><br>                            Debtor. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF OPPORTUNITY FOR HEARING ON SECOND AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD (MARCH 26, 2019 THROUGH SEPTEMBER 5, 2020) INCLUDING THE SECOND FEE PERIOD (JULY 1, 2019 THROUGH SEPTEMBER 5, 2020)**<br><br>Hearing Date:<br>Date:    October 15, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  **Telephonic/Video Appearances Only**<br>          450 Golden Gate Avenue<br>          16th Floor, Courtroom 19<br>          San Francisco, CA 94109<br>Judge:  Hon. Hannah L. Blumenstiel |

**PLEASE TAKE NOTICE** that, on October 15, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, will hear the second and final fee application filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor.  The

second and final fee application of PSZJ (the "Fee Application") seeks final allowance of fees, in the amount of $252,037.00, and expenses, in the amount of $8,285.14, for a total of $260,322.14.

**PLEASE TAKE FURTHER NOTICE** that each interested party opposing or responding to the Fee Application must file and serve the response on undersigned counsel no later than October 8, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of the Fee Application can be obtained by contacting the undersigned counsel, and if no timely response or opposition to the Fee Applications is received, the Court may enter an order granting the relief requested therein without further notice.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: September 22, 2020     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason Rosell*
John D. Fiero
Jason H. Rosell

Counsel to the Official
Committee of Unsecured Creditors