United States Bankruptcy Court

Northern District of California

In re:                                                                           Case No. 19-30232-HLB

Munchery, Inc.                                                     Chapter 11

       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0971-3                          User: bgapuz                                  Page 1 of 2

Date Rcvd: Sep 30, 2020                   Form ID: pdfeoc                            Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol     Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Daniel M. Eliades, K&L Gates LLP, 1 Newark Center, 10th Fl., Newark, NJ 07102-5237 |
| aty | + | David S. Catuogno, K&L Gates LLP, 1 Newark Center, 10th Fl., Newark, NJ 07102-5237 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 150 California St., 15th Floor, San Francisco, CA 94111-4554 |
| consult | + | Armanino, LLP, 12657 Alcosta Blvd., Suite 500, San Ramon, CA 94583-4406 |
| | + | Gail C. Lin, Outten & Golden LLP, One California Street, Suite 1250, San Francisco, CA 94111-5470 |
| rspi | + | James Beriker, 220 Shaw Rd., South San Francisco, CA 94080-6604 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | *+ | Armanino, LLP, 12657 Alcosta Blvd., Suite 500, San Ramon, CA 94583-4406 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020                                 Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ariella T. Simonds | on behalf of Interested Party TableArt Inc. asimonds@ktbslaw.com |
| Christopher Celentino | on behalf of Creditor PayPal Inc. sometimes doing business as Braintree chris.celentino@dinsmore.com, caron.burke@dinsmore.com |

| Name | Role |
|---|---|
| David J. Cook | on behalf of Creditor Performance Food Group Inc. cook@squeezebloodfromturnip.com |
| Eric M. Kyser | on behalf of Creditor Riviera Produce Corp. ekyser@martynlawfirm.com admin@martynlawfirm.com |
| Gail Lin Chung | on behalf of Plaintiff Christina Brooks gcl@raisnerroupinian.com jenny--hoxha--5459@ecf.pacerpro.com |
| Gary M. Kaplan | on behalf of Creditor Nextdoor.com gkaplan@fbm.com calendar@fbm.com |
| Jacquelyn H. Choi | on behalf of Creditor County of Los Angeles jacquelyn.choi@rimonlaw.com |
| Jason Rosell | on behalf of Attorney Official Committee of Unsecured Creditors jrosell@pszjlaw.com mrenck@pszjlaw.com |
| Jennifer C. Hayes | on behalf of Debtor Munchery Inc. jhayes@fhlawllp.com |
| John D. Fiero | on behalf of Attorney Official Committee of Unsecured Creditors jfiero@pszjlaw.com ocarpio@pszjlaw.com |
| Julie C. Reagin | on behalf of Creditor IRS julie.reagin@usdoj.gov manik.bowie@usdoj.gov |
| June Monroe | on behalf of Creditor L.A. Specialty Produce Co. dba San Francisco Specialty june@rjlaw.com shelly@rjlaw.com |
| Krikor J. Meshefejian | on behalf of Creditor Urban Leaf Co. dba The Produce Company kjm@lnbyb.com |
| Kristen G. Hilton | on behalf of Creditor Triple B Corporation dba Charlies Produce Jbolstad@sussmanshank.com |
| Kyle Mathews | on behalf of Creditor Comerica Bank kmathews@sheppardmullin.com |
| Laurie Hager | on behalf of Creditor Triple B Corporation dba Charlies Produce lhager@sussmanshank.com |
| Leonardo D. Drubach | on behalf of Creditor EUREKA VENTURES VI LLC leo@9000Law.com |
| Michael Lauter | on behalf of Creditor Comerica Bank mlauter@sheppardmullin.com |
| Mikel R. Bistrow | on behalf of Creditor PayPal Inc. sometimes doing business as Braintree mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Robert G. Harris | on behalf of Interested Party Conrad Chu rob@bindermalter.com |
| Ryan A. Witthans | on behalf of Debtor Munchery Inc. rwitthans@fhlawllp.com |
| Stephen D. Finestone | on behalf of Debtor Munchery Inc. sfinestone@fhlawllp.com |
| Steven T. Gubner | on behalf of Creditor Ryder System Inc. sgubner@ebg-law.com, ecf@bg.law |
| Terri H. Didion | on behalf of Debtor Munchery Inc. terri.didion@usdoj.gov, patti.vargas@usdoj.gov |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov |

TOTAL: 26

Entered on Docket
September 30, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 30, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067-2905
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

Attorneys for Creditor,
LOS ANGELES COUNTY

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MUNCHERY, INC.<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 19-30232 (HLB)<br><br>Chapter 11<br><br>**ORDER TO EXTEND LOS ANGELES COUNTY'S DEADLINE TO RESPOND AND REQUEST HEARING ON OBJECTION TO CLAIM OF LOS ANGELES COUNTY (CLAIM NO. 45)**<br><br>[NO HEARING REQUIRED] |

Munchery, Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case and the Los Angeles County ("County" and collectively with the Debtor, the "Parties"), entered into a *Third Stipulation and [Proposed] Order to Extend Los Angeles County's Deadline to Respond and Request Hearing on Objection to Claim of Los Angeles County* (Claim No. 45) (the "Third Stipulation"), which was filed in the above-captioned Court on September 30, 2020 [Docket No. 409],[1]

Upon consideration of the Second Stipulation as Docket No. 399, and good cause appearing

---
[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Third Stipulation.

therefore, the Court hereby orders as follows:

1. The County's Response Deadline is hereby extended from October 5, 2020 through and including October 19, 2020; and
2. Any and all other deadlines are hereby extended in accordance with Local Bankruptcy Rules 3007-1 and Rule 9014-1.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

ECF Recipients

**VIA U.S. MAIL**

Armanino, LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

James Beriker
220 Shaw Rd.
South San Francisco, CA 94080

David S. Catuogno
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Daniel M. Eliades
K&L Gates LLP
1 Newark Center, 10th Fl.
Newark, NJ 07102

Gail C. Lin
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111

Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500