Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel.:　(415) 616-0466
Fax:　(415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.<br><br>　　　　Debtor. | Case No. 19-30232 HLB<br><br>Chapter 11<br><br>**APPLICATION FOR FINAL DECREE** |

　　　　The Debtor, Munchery, Inc. ("Munchery"), hereby applies for entry of a Final Decree in this case and represents as follows:

　　　　1.　　The *First Amended Jointly Proposed Combined Chapter 11 Plan of Liquidation and Tentatively Approved Disclosure Statement Dated as of June 10, 2020* (the "Plan") was confirmed by order of this Court on August 20, 2020. ECF 386.

　　　　2.　　All administrative claims have been determined and approved by the Court. All outstanding objections to claims have been resolved. Munchery has performed a number of aspects of the Plan, including making the $1,000,000 payment to TriplePoint Venture Growth BDC Corp. and transferring certain intellectual property assets to it. Munchery has also paid all priority claims.

　　　　3.　　Munchery filed operating reports for (1) July 2020; (2) the partial third quarter covering August and September 2020; and (3) the partial fourth quarter covering October and November 2020. *See* ECF 395 (July 2020 monthly operating report), 430 (third quarter 2020

report), and 434 (fourth quarter 2020 report). Munchery has sent payment to the U.S. Trustee for quarterly fees based upon the disbursements in those reports, and Munchery is current as to all prior U.S. Trustee's fees.

    Wherefore, Munchery requests that the Court enter a Final Decree in this matter.

DATED: December 18, 2020     FINESTONE HAYES LLP

By: /s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Debtor