**Entered on Docket**
**January 04, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: January 4, 2021**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel.: (415) 616-0466
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for Debtor
Munchery, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MUNCHERY, INC.<br><br>Debtor. | Case No. 19-30232 HLB<br><br>Chapter 11<br><br>**FINAL DECREE** |

Having considered the Debtor's *Application for Final Decree* and good cause appearing:

**IT IS ORDERED** that the Debtor's request is granted and the case is hereby closed.

****** END OF ORDER ******

**Court Service List**

ECF Participants Only